Fill in this information to identify the case:

Debtor name: **Mountain Crane Service LLC**

United States Bankruptcy Court for the: **DISTRICT OF UTAH**

Case number (if known): **18-20225**

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Trinity Logistics Inc<br>PO Box 62702<br>Baltimore, MD 21264-2702 | | | | | | $1,047,487.81 |
| Reynolds Rigging & Crane Servi<br>4981 Cake Parkway<br>DeForest, WI 53532 | | | | | | $234,623.00 |
| Operating Engineers Trust Fund for UT (L<br>1600 Harbor Bay Parkway Ste 200<br>Alameda, CA 94502-3035 | | | | | | $229,606.44 |
| Coast 2 Coast Logistics<br>4003 Crater Lake Hwy<br>Medford, OR 97504 | | | | | | $224,060.00 |
| H&E<br>PO Box 849850<br>Dallas, TC 75284 | | | | | | $207,977.87 |
| Zions Bank<br>1875 Redwood Rd<br>Salt Lake City, UT 84104-5112 | | | | | | $201,417.79 |
| Continental Bank<br>15 W. South Temple, Suite 300<br>Salt Lake City, UT 84101 | | | | | | $196,208.22 |
| Wells Fargo Equipment Finance<br>PO Box 856937<br>Minneapolis, MN 55485-6937 | | | | | | $181,061.34 |

Debtor **Mountain Crane Service LLC**
Name

Case number *(if known)* **18-20225**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Terex Financial Services**  12460 Collections Center Dr.  Chicago, IL 60693-0124 | | | | | | $155,132.98 |
| **Park City Towing**  4115 Atkinson Ave  Park City, UT 84098 | | | | | | $152,124.38 |
| **Tom Randall Distributing**  415 North Sugar Street  Layton, UT 84041 | | | | | | $125,351.12 |
| **Texas Comptroller of Public Accounts**  PO Box 149354  Austin, TX 78714-9354 | | | | | | $116,259.70 |
| **Leavitt Cranes USA Inc**  PO Box 94672  Seattle, WA 98124-6972 | | | | | | $108,750.00 |
| **Western Heavy Haul, Inc.**  PO BOX 672  Prineville, OR 97754 | | | | | | $106,309.00 |
| **Moventas**  8823 North Harborgate  Portland, OR 97203 | | | | | | $99,623.00 |
| **Southwest Visa Chase**  PO Box 94014  Palatine, IL 60094 | | | | | | $87,768.43 |
| **Construction Truck & Trailer,**  4475 W. 2100 S.  West Valley City, UT 84120 | | | | | | $87,285.00 |
| **Bigge Equipment Co.**  PO Box 1657  Dallas, TX 75320-5224 | | | | | | $76,487.23 |
| **Steve Sharp Transportation**  PO Box 160  Cokeville, WY 83114 | | | | | | $65,500.00 |

Debtor **Mountain Crane Service LLC**
Name

Case number *(if known)* **18-20225**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **ATS Specialized Inc.**<br>**LBX 7130**<br>**PO Box 1450**<br>**Minneapolis, MN 55485** | | | | | | $65,005.00 |

**Fill in this information to identify the case:**

Debtor name: **Mountain Crane Service LLC**

United States Bankruptcy Court for the: DISTRICT OF UTAH

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1/8/2018     X _____
                           Signature of individual signing on behalf of debtor

                           **Paul Belcher**
                           Printed name

                           **Managing Member**
                           Position or relationship to debtor