**Fill in this information to identify the case:**

Debtor name    **Mountain Crane Service LLC**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    **18-20225**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $ **206,611.58**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $ **79,171,755.46**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................... $ **79,378,367.04**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ **51,637,941.35**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $ **518,574.90**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$ **11,028,686.23**

4.   **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b    $ **63,185,202.48**

**Fill in this information to identify the case:**

Debtor name    **Mountain Crane Service LLC**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    **18-20225**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$3,459.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First National Bank of Layton** | **Operating account** | | $830,996.02 |
| 3.2. | **First National Bank of Layton** | **Money market account** | | $271,388.30 |
| 3.3. | **Wells Fargo Bank** | | | $5,799.00 |
| 3.4. | **Jordan Credit Union** | **Savings** | | $51.75 |
| 3.5. | **First National Bank** | **Savings** | | $100.06 |
| 3.6. | **Mountain America Credit Union** | **Savings** | | $965.93 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Mountain Crane Service LLC** | Case number *(If known)* **18-20225** |
|---|---|---|
| | Name | |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | **$1,112,760.06** |
|---|---|

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Trans Lease Inc.** | **$1,450.00** |
| 8.2. | **Alliance Funding Group Lease Security Payment** | **$2,181.98** |
| 8.3. | **Trans Lease Inc. First Monthly Lease Payment** | **$6,427.33** |
| 8.4. | **Trans Lease Inc. Security Deposit** | **$6,500.00** |
| 8.5. | **Alliance Funding Group First & Last Month Deposit** | **$14,787.66** |
| 8.6. | **Continental Bank Deposit HCR-110-1** | **$40,000.00** |
| 8.7. | **Continental Bank Lease Deposit for RT-90-17 & RT-90-15** | **$41,799.76** |
| 8.8. | **Continental Bank Pre-Paid Residual** | **$73,000.00** |
| 8.9. | **Prepaid Fuel** | **$100,000.00** |
| 8.10. | **Prepaid Insurance** | **$638,771.16** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Mountain Crane Service LLC**                                    Case number *(If known)*  **18-20225**
          Name

9.    **Total of Part 2.**                                                                    | $924,917.89 |
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:            **13,366,308.23**    -    **6,923,791.00**    = ....    | $6,442,517.23 |
                                     face amount                doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                   | $6,442,517.23 |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- |
| 14.    **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity:                                              % of ownership | | |
| 15.1.    **Mountain Heavy Transport, LLC**            **100%** % | **Book** | $191,660.05 |
| 15.2.    **Mountain Transport, LLC (liabilities exceed assets)**    **100%** % | **Book** | $0.00 |
| 15.3.    **MC Wyoming, LLC (liabilities exceed assets)**    **100%** % | **Book** | $0.00 |
| 15.4.    **Mountain National Heavy Haul, LLC**            % | | Unknown |
| 15.5.    **Schuch Mountain Holdings, LLC**            **50%** % | **Book** | $18,104.45 |
| 15.6.    **PC Land Holdings, LLC**            % | | Unknown |

| Debtor | **Mountain Crane Service LLC** | Case number *(If known)* **18-20225** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 15.7. | **Style-Crete, Inc.** | % | | Unknown |
| 15.8. | **Reaching Higher LLC** | % | | Unknown |
| 15.9. | **MTN Wind** **(ceased operations in 3/2017)** | **100%** % | **Book** | **$411,323.07** |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.    **Total of Part 4.**

      Add lines 14 through 16.  Copy the total to line 83.

| | $621,087.57 |
|---|---|

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☐ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Steel Tables Crane Shop (Steelco)** | **$997.35** | **Book** | **$997.35** |
| | **Office Table** | **$2.55** | **Book** | **$2,547.77** |
| | **Bookshelf** | **$0.00** | | **Unknown** |
| | **Desk** | **$0.00** | | **Unknown** |
| | **Large Conference Table** | **$0.00** | | **Unknown** |
| | **Office Tables & Chair** | **$0.00** | | **Unknown** |

| Debtor | **Mountain Crane Service LLC** | Case number *(If known)* **18-20225** |
|---|---|---|
| | Name | |

40.     **Office fixtures**

41.     **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| (1) HP 700XT Computer | $30.07 | Book | $30.07 |
| (2) Vizio TV Screens 50" | $102.59 | Book | $102.59 |
| (1) HP EliteBook Pro 9480M | $111.44 | Book | $111.44 |
| (1) HP EliteBook Pro 9480M | $148.28 | Book | $148.28 |
| (1) Dell XPS 8700 | $374.05 | Book | $374.05 |
| (4) Dell Ultrasharp Monitors | $547.09 | Book | $547.09 |
| Dual Monitor & PC | $898.00 | Book | $898.00 |
| Macbook Pro (Vern) | $930.49 | Book | $930.49 |
| (6) HP EliteBook Pro 9480M | $1.75 | Book | $1,754.21 |
| (6) HP EliteBook Pro 9480M | $2.24 | Book | $2,237.90 |
| 1 HP Monitors & PC's | $2.50 | Book | $2,502.00 |
| (5) HP Elite Pro 9480M | $2.54 | Book | $2,538.13 |
| Monitors, Scanner & Hardware Replacement | $3.83 | Book | $3,825.47 |
| NexGen FMS Software License & FCC Upgrades | $29.03 | Book | $29,027.78 |
| (2) HP EliteBook Folio 9470M | $0.00 | | Unknown |
| (2) PCs | $0.00 | | Unknown |
| (3) Dell PC's | $0.00 | | Unknown |
| (4) 24" Monitors | $0.00 | | Unknown |
| 6 Phones & Phone Line | $0.00 | | Unknown |
| Auto Cad | $0.00 | | Unknown |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    **Mountain Crane Service LLC**                                    Case number *(If known)*  **18-20225**
　　　　　　Name

| | | |
|---|---|---|
| **Auto Cad 2012 Software & License** | $0.00 | Unknown |
| **Camera** | $0.00 | Unknown |
| **Computer - Engineering** | $0.00 | Unknown |
| **Computer (Best Buy)** | $0.00 | Unknown |
| **Computer Desktop** | $0.00 | Unknown |
| **Computer Equipment** | $0.00 | Unknown |
| **Computer Equipment for Yard** | $0.00 | Unknown |
| **Computers** | $0.00 | Unknown |
| **Dell Laptop** | $0.00 | Unknown |
| **Dell Laptop, MacBook Pro, HP Folio, HP EliteB** | $0.00 | Unknown |
| **Fax Machine** | $0.00 | Unknown |
| **HP Elite Book Folio 9470m** | $0.00 | Unknown |
| **HP Elite Book Folio i5 Dispatch** | $0.00 | Unknown |
| **HP Elite Book Folio i5 Project Mgr** | $0.00 | Unknown |
| **KM C224E Network Printer/Scanner** | $0.00 | Unknown |
| **Laptop** | $0.00 | Unknown |
| **Laptop** | $0.00 | Unknown |
| **Laptops, Monitors, Docking Stations & Printer** | $0.00 | Unknown |
| **Mac Computer** | $0.00 | Unknown |
| **Manitowoc Food Service Ice Makers** | $0.00 | Unknown |
| **Microsoft Server and Other Computer Equipment** | $0.00 | Unknown |

Debtor    **Mountain Crane Service LLC**                    Case number *(If known)* **18-20225**
Name

| | | |
|---|---|---|
| **Office Computer** | **$0.00** | **Unknown** |
| **Phone System for Office** | **$0.00** | **Unknown** |
| **Printer** | **$0.00** | **Unknown** |
| **ProSoft 2013 Auto Cad License & Software** | **$0.00** | **Unknown** |
| **Ricoh MP C4500 Copy Machine S/N C3008105** | **$0.00** | **Unknown** |
| **Sage 300 CRE Software License** | **$0.00** | **Unknown** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                                  $48,572.62
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 49.1.    **1981 Beechcraft King Air B200 (MC #AIR-1)** | **$0.00** | **Liquidation** | **$500,000.00** |
| 50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**2014 Polaris Ranger Crew 570EFI** | **$7.65** | **Liquidation** | **$6,500.00** |
| **2016 Grove GMK4115 MC Unit # AT-115-1** | **$921.21** | **Liquidation** | **$690,000.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Mountain Crane Service LLC** | | Case number *(If known)* **18-20225** | |
|--------|--------------------------------|---|--------------------------------------|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| **2014 Liebherr LTM 1200 MC Unit # AT-275-6** | $1.01 | **Liquidation** | $900,000.00 |
| **2014 Grove GMK6300 MC Unit # AT-350-2** | $1.46 | **Liquidation** | $1,180,000.00 |
| **2012 Liebherr LTM 1400 with a 2012 Nelson CBC-30ST Tridem Boom Dolly MC Unit ## AT-500-3 and TL-94** | $1.69 | **Liquidation** | $1,800,000.00 |
| **2016 Liebherr LTM 1400 with a 2014 Nelson CBC-30 Tridem Boom Dolly MC Unit ## AT-500-4 and TL-243** | $3.13 | **Liquidation** | $2,400,000.00 |
| **2014 Grove GMK7550 MC Unit # AT-550-1** | $2.43 | **Liquidation** | $1,900,000.00 |
| **2015 Liebherr LTM 1750 MC Unit # AT-900-1** | $4.50 | **Liquidation** | $3,800,000.00 |
| **1981 Grove Neckbreaker RT58B MC Unit # CD-15-1** | $0.00 | **Liquidation** | $5,000.00 |
| **2000 Grove YB4415XT MC Unit # CD-15-2** | $450.83 | **Liquidation** | $27,000.00 |
| **1989 Grove AP308 MC Unit # CD-8.5-1** | $0.00 | **Liquidation** | $5,000.00 |
| **2000 Shuttle Lift Y23330 SL Carrydeck MC Unit # CD-8.5-2** | $0.00 | **Liquidation** | $8,500.00 |
| **2004 Shuttle Lift 3330E MC Unit # CD-8.5-4** | $6.99 | **Liquidation** | $12,500.00 |
| **2004 Grove YB4409 MC Unit # CD-9-1** | $1.89 | **Liquidation** | $25,000.00 |
| **3/4 Yard Tooth Bucket MC Unit # Clamshell 1** | $0.00 | | **Unknown** |
| **3/4 Yard Smooth Bucket MC Unit # Clamshell 2** | $0.00 | | **Unknown** |
| **2007 Liebherr LR1160 MC Unit # CR-200-1** | $830.67 | **Liquidation** | $730,000.00 |
| **1998 Manitowoc 777 MC Unit # CR-200-3** | $342.25 | **Liquidation** | $340,000.00 |
| **2002 Manitowoc 777 MC Unit # CR-200-5** | $314.50 | **Liquidation** | $400,000.00 |
| **Manitowoc 4100 Model Crane (1/4 Scale Replica) MC Unit # CR-20-1** | $1.68 | **Book** | $1,677.67 |
| **2014 Liebherr LR1250 MC Unit # CR-275-3** | $1.33 | **Liquidation** | $1,225,000.00 |

| Debtor | **Mountain Crane Service LLC** | | Case number *(If known)* **18-20225** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2005 LinkBelt LS348 MC Unit # CR-300-1 | $481.87 | Liquidation | $870,000.00 |
| 2007 LinkBelt LS348 MC Unit # CR-300-5 | $1.03 | Liquidation | $950,000.00 |
| 2009 Manitowoc 16000 MC Unit # CR-440-2 | $0.00 | Liquidation | $1,850,000.00 |
| 2013 Liebherr LR1600/2 MC Unit # CR-660-2 | $2.57 | Liquidation | $2,500,000.00 |
| 2016 Liebherr LR1600/2 MC Unit # CR-660-3 | $4.05 | Liquidation | $3,050,000.00 |
| 2006 Gehl DL12H40 Telehandler MC Unit # FL-05 | $0.00 | Liquidation | $21,000.00 |
| 1999 Gehl DL8L42 Telehandler MC Unit # FL-3 | $0.00 | Liquidation | $14,000.00 |
| 2012 Bobcat 3400 MC Unit # FL-8 | $1.27 | Liquidation | $3,500.00 |
| 2012 Bobcat 3400 MC Unit # FL-9 | $1.45 | Liquidation | $3,500.00 |
| 60K Generator CJ4T60SQ MC Unit # G-1 | $0.00 | Liquidation | $7,500.00 |
| 2013 Magnum MMG25 Generator MC Unit # G-2 / MG-25-1 | $3.98 | Liquidation | $2,500.00 |
| 2013 Magnum MMG025 Generator MC Unit # G-3 / MG-25-2 | $3.98 | Liquidation | $5,700.00 |
| 2012 Magnum MMG045 Generator MC Unit # G-4 | $4.77 | Liquidation | $6,500.00 |
| 1994 Osh Kosh Tugger M1070 8x8 Tractor MC Unit # GHT-1 | $4.46 | Book | $4,462.50 |
| 1994 OSh Kosh Tugger M1070 MC Unit # GHT-2 | $19.88 | Book | $19,882.67 |
| 1994 Ottawa CYT30 HD Truck MC Unit # GOAT-1 | $1.62 | Book | $1,620.56 |
| 1995 Ottawa YT30 Yard Spotter MC Unit # GOAT-2 | $7.69 | Liquidation | $6,500.00 |
| 1995 Ottawa Comdo YT30 Yard Spotter MC Unit # GOAT-3 | $7.69 | Liquidation | $6,500.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Mountain Crane Service LLC** | | Case number *(If known)* **18-20225** | |
|--------|-------------------------------|---|---|---|
| | Name | | | |

| | | | |
|---|---:|---|---:|
| **1981 Magnum S/A Terminal Tractor  MC Unit # GOAT-4** | $0.00 | Liquidation | $3,000.00 |
| **Ottawa S/A Terminal Tractor  MC Unit # GOAT-5** | $0.00 | Liquidation | $3,000.00 |
| **Ottawa S/A Terminal Tractor  MC Unit # GOAT-6** | $0.00 | Liquidation | $10,500.00 |
| **Frost FIghter OHV-500 #835, #805 MC Unit # HEATER-1** | $999.27 | Liquidation | $300.00 |
| **2003 Kenworth Heavy Haul Semi MC Unit # HH-17** | $10.04 | Liquidation | $26,000.00 |
| **2007 Peterbilt 379 Tractor MC Unit # HH-18** | $31.93 | Liquidation | $47,000.00 |
| **1997 Kenworth Heavy Haul Semi MC Unit # HH-19** | $0.00 | Liquidation | $15,000.00 |
| **2000 International TAG Semi MC Unit # HH-9** | $2.87 | Liquidation | $13,000.00 |
| **2013 Grove TMS 9000E MC Unit # HT-110-2** | $603.58 | Liquidation | $448,000.00 |
| **2014 Grove TMS 9000E MC Unit # HT-110-3** | $661.19 | Liquidation | $487,000.00 |
| **2012 Grove TMS 9000E MC Unit # HT-110-4** | $595.19 | Liquidation | $427,000.00 |
| **2011 Grove TMS 9000E MC Unit # HT-110-5** | $563.75 | Liquidation | $400,000.00 |
| **2016 Grove TMS 9000E MC Unit # HT-110-6** | $784.09 | Liquidation | $600,000.00 |
| **2009 Peterbilt 388 MC Unit # HT-12** | $11.95 | Liquidation | $56,000.00 |
| **2006 Peterbilt 379 Tractor MC Unit # HT-7** | $7.50 | Liquidation | $52,000.00 |
| **2009 Trail-Eze TE130DG Trailer with Accessories MC Unit ## HTL-12, TL-119, TL-120 and TL-121** | $17.55 | Book | $17,550.00 |
| **2001 Kalyn Siebert 13-Axle Lowboy with Accessories MC Unit ## HTL-28, HTL-29 and HTL-30** | $16.67 | Liquidation | $92,000.00 |
| **500T Hydra Slide Jack & Roll System MC Unit # Jack and Slide** | $8.18 | Book | $8,176.87 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Mountain Crane Service LLC**                          Case number *(If known)* **18-20225**
Name

| | | | |
|---|---|---|---|
| **Volvo L120C Loader Semi MC Unit # LD-1** | $8.96 | Liquidation | $24,000.00 |
| **Allmand Nightlite Pro Light Plant MC Unit # LP-026-00** | $2.17 | Liquidation | $1,300.00 |
| **2013 Magnum MLT30605 Light Tower MC Unit # LT-1 / LP-0-4** | $793.11 | Liquidation | $4,300.00 |
| **2013 Magnum MLT30605 Light Tower MC Unit # LT-2 / LP-0-5** | $793.11 | Liquidation | $4,100.00 |
| **2013 Magnum MLT30605 Light Tower MC Unit # LT-3** | $793.11 | Liquidation | $3,500.00 |
| **2013 Magnum MLT30605 Light Tower MC Unit # LT-4 / LP-020-00** | $793.11 | Liquidation | $3,600.00 |
| **2013 Magnum MLT30605 Light Tower MC Unit # LT-5** | $793.11 | Liquidation | $3,500.00 |
| **2013 Magnum MLT30605 Light Tower MC Unit # LT-6** | $793.11 | Liquidation | $3,500.00 |
| **AL PRO AL PRO NLII MC Unit # LT-7** | $0.00 | | Unknown |
| **2015 Lakeshore M44 2 Person Basket / Suspended Personnel Platform - Lake MC Unit # M-44** | $0.00 | Liquidation | $2,000.00 |
| **Lift Equipment Co ML-3 Double Man Basket MC Unit # MB-1** | $2.87 | Liquidation | $1,300.00 |
| **2013 Lift Equipment Co ML-3 2 Person Man Basket MC Unit # MB-10** | $0.00 | Liquidation | $2,000.00 |
| **T-S 4 Person Man Basket - Jakes Crane & Rigging** | $1.83 | Liquidation | $1,300.00 |
| **Lift Equipment Co. ML-3 5 Person Man Basket MC Unit # MB-3** | $600.00 | Liquidation | $1,300.00 |
| **Lift Equipment Co. ML-3 5 Person Man Basket MC Unit # MB-4** | $600.00 | Liquidation | $1,300.00 |
| **Lift Equipment Co. ML-3 2 Person Man Basket - Reliable Crane MC Unit # ML-5** | $1.27 | Liquidation | $1,300.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Mountain Crane Service LLC**                    Case number *(If known)*  **18-20225**
Name

| | | | |
|---|---|---|---|
| **Lift Equipment Co. ML-3 2 Person Man Basket w/Loadout & Delivery** | $745.20 | Liquidation | $1,300.00 |
| **2013 Lift Equipment Co ML-3 Crane Man Basket - Wstn States** | $373.97 | Liquidation | $2,000.00 |
| **Lift Equipment Co. ML-3 Man Basket - Reliable Crane MC Unit # MB-8** | $960.00 | Liquidation | $1,300.00 |
| **New Goose Neck attachment for Cozad MC Unit # OTHER** | $0.00 | | Unknown |
| **Snow Plow MC Unit # OTHER** | $0.00 | | Unknown |
| **Easy Kleen Magnum Pressure Washer MC Unit # PW-1** | $0.00 | | $0.00 |
| **Landa SDHW6-3500 Pressure Washer MC Unit # PW-2** | $1.58 | Liquidation | $3,000.00 |
| **2013 Terex Quad Star 1100 MC Unit # RT-110-1** | $470.05 | Liquidation | $400,000.00 |
| **2014 Terex Rough Terrain Quad Star 1100 MC Unit # RT-110-2** | $523.51 | Liquidation | $445,000.00 |
| **2013 Terex Quadstar MC Unit # RT-110-3** | $547.38 | Liquidation | $400,000.00 |
| **2013 Terex Quad Star MC Unit # RT-110-4** | $572.00 | Liquidation | $400,000.00 |
| **2014 Terex Quad Star MC Unit # RT-110-5** | $604.00 | Liquidation | $345,000.00 |
| **2012 Grove RT9130 MC Unit # RT-130-2** | $712.00 | Liquidation | $525,000.00 |
| **2007 Terex RT-555-1 MC Unit # RT-60-10** | $172.73 | Liquidation | $90,000.00 |
| **2004 Terex RT-555-1 MC Unit # RT-60-13** | $170.93 | Liquidation | $65,000.00 |
| **2008 Grove RT760E MC Unit # RT-60-5** | $175.72 | Liquidation | $120,000.00 |
| **2006 Terex RT-555-1 MC Unit # RT-60-6** | $189.21 | Liquidation | $81,000.00 |
| **2006 Terex RT-555-1 MC Unit # RT-60-8** | $170.93 | Liquidation | $81,000.00 |
| **2007 Terex RT-555-1 MC Unit # RT-60-9** | $170.93 | Liquidation | $90,000.00 |

| Debtor | **Mountain Crane Service LLC** | | Case number *(If known)* **18-20225** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **2012 Grove RT880 MC Unit # RT-80-3** | **$364.78** | **Liquidation** | **$280,000.00** |
| **2006 Terex RT780 MC Unit # RT-80-4** | **$284.21** | **Liquidation** | **$160,000.00** |
| **2007 Terex RT780 MC Unit # RT-80-5** | **$256.75** | **Liquidation** | **$180,000.00** |
| **2007 Terex RT780 MC Unit # RT-80-6** | **$256.75** | **Liquidation** | **$180,000.00** |
| **2007 Terex RT780 MC Unit # RT-80-8** | **$256.75** | **Liquidation** | **$180,000.00** |
| **2012 Grove RT890E MC Unit # RT-90-16** | **$444.07** | **Liquidation** | **$310,000.00** |
| **2010 Grove RT890E MC Unit # RT-90-18** | **$354.17** | **Liquidation** | **$260,000.00** |
| **2010 Grove RT890E MC Unit # RT-90-19** | **$395.71** | **Liquidation** | **$250,000.00** |
| **2010 Grove RT890E MC Unit # RT-90-7** | **$0.00** | **Liquidation** | **$300,000.00** |
| **GAR-BRO 8000LB MC Unit # SP-2** | **$0.00** | | **Unknown** |
| **Lift Equipment 4000LB MC Unit # SP-3** | **$0.00** | | **Unknown** |
| **SKIP PAN MC Unit # SP-4** | **$0.00** | | **Unknown** |
| **SKIP PAN MC Unit # SP-5** | **$0.00** | | **Unknown** |
| **RANSWORLD 4000LB MC Unit # SP-6** | **$0.00** | | **Unknown** |
| **SKIP PAN MC Unit # SP-7** | **$0.00** | | **Unknown** |
| **SKIP PAN MC Unit # SP-8** | **$0.00** | | **Unknown** |
| **1990 P&H 9150 MC Unit # TC-150-2** | **$0.00** | **Liquidation** | **$140,000.00** |
| **2007 GMC 3500 MC Unit # TK-1** | **$0.00** | **Liquidation** | **$4,300.00** |
| **2011 Dodge 4500 MC Unit # TK-15.1** | **$0.00** | | **$16,000.00** |
| **2008 Chevy Silverado MC Unit # TK-23** | **$0.00** | **Liquidation** | **$6,200.00** |
| **2006 Chevy Silverado MC Unit # TK-24** | **$0.00** | **Liquidation** | **$3,000.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Mountain Crane Service LLC**                     Case number *(If known)*  **18-20225**
Name

| | | | |
|---|---|---|---|
| **2012 Dodge Ram 1500 MC Unit # TK-32** | $0.00 | **Liquidation** | $5,000.00 |
| **2007 Chevy Flatbed Trailer MC Unit # TK-34** | $0.00 | **Liquidation** | $9,000.00 |
| **2012 Dodge Ram 1500 MC Unit # TK-38** | $0.00 | **Liquidation** | $5,500.00 |
| **2000 Chevy  MC Unit # TK-4** | $0.00 | **Liquidation** | $500.00 |
| **2012 Dodge Ram 1500 MC Unit # TK-40** | $0.00 | **Liquidation** | $11,000.00 |
| **1993 Ford F350 MC Unit # TK-43** | $225.00 | **Liquidation** | $2,500.00 |
| **2008 GMC Sierra 2500 MC Unit # TK-44** | $1.41 | **Liquidation** | $3,000.00 |
| **2012 Dodge Ram 3500 MC Unit # TK-45** | $4.86 | **Liquidation** | $16,500.00 |
| **2012 GMC Sierra 2500 MC Unit # TK-47** | $4.37 | **Liquidation** | $7,500.00 |
| **2013 Dodge Ram 1500 MC Unit # TK-49** | $4.89 | **Liquidation** | $7,500.00 |
| **2006 GMC Sierra 3500 HD MC Unit # TK-61** | $1.02 | **Liquidation** | $2,600.00 |
| **2011 Chevy Silverado MC Unit # TK-72** | $3.69 | **Liquidation** | $4,000.00 |
| **2006 Ford E350 Bus MC Unit # TK-73** | $7.61 | **Liquidation** | $4,300.00 |
| **2016 Dodge Ram 2500 MC Unit # TK-83** | $40.24 | **Book** | $40,239.69 |
| **1982 Ford 9000 Tandem Roll Off Truck MC Unit # TK-87** | $0.00 | **Liquidation** | $5,000.00 |
| **2014 Ford F550 MC Unit # TK-97** | $42.17 | **Liquidation** | $31,000.00 |
| **1995 Striker Step Deck Trailer with Ramps MC Unit # TL-05** | $0.00 | **Liquidation** | $9,000.00 |
| **1980  Tandem Hiboy Trailer  MC Unit # TL-1** | $0.00 | **Liquidation** | $2,250.00 |
| **1998 Utility Flat Bed MC Unit # TL-10** | $0.00 | | Unknown |
| **1998 Comm Flatbed Trailer MC Unit # TL-12** | $0.00 | **Liquidation** | $10,000.00 |
| **2006 Trail King Lowboy MC Unit # TL-139** | $40.93 | **Liquidation** | $30,000.00 |

Debtor     **Mountain Crane Service LLC**                     Case number *(if known)*  **18-20225**
Name

| | | | |
|---|---|---|---|
| **1995 FLT 53' Aluminum Step Deck Trailer MC Unit # TL-14** | $0.00 | Liquidation | $9,000.00 |
| **2000 Homemade P&H Boom Trailer MC Unit # TL-15** | $0.00 | | Unknown |
| **2006 PJ 43' Gooseneck MC Unit # TL-16** | $0.00 | Liquidation | $6,000.00 |
| **2001 Wilson Flatbed Trailer MC Unit # TL-19** | $0.00 | Liquidation | $8,300.00 |
| **2000 Great Dane Flat Bed MC Unit # TL-2** | $0.00 | | Unknown |
| **1980 Trao Flatbed Trailer MC Unit # TL-200** | $0.00 | Liquidation | $3,400.00 |
| **2002 Lufkin Flatbed Trailer MC Unit # TL-201** | $0.00 | Liquidation | $12,300.00 |
| **1995 Trail King Flatbed Trailer MC Unit # TL-202** | $0.00 | Liquidation | $6,100.00 |
| **2003 Fontaine Spread Step Deck Trailer MC Unit # TL-203** | $716.67 | Liquidation | $14,800.00 |
| **1975 Comm Flatbed Trailer MC Unit # TL-205** | $0.00 | Liquidation | $1,650.00 |
| **1984 Freuaf 45' Flatbed Trailer MC Unit # TL-206** | $1.40 | Liquidation | $2,900.00 |
| **1979 Trail Mobile Tandem Hiboy Trailer MC Unit # TL-207** | $0.00 | Liquidation | $2,100.00 |
| **1988 Transcraft MC Unit # TL-208** | $700.00 | Liquidation | $3,700.00 |
| **2000 Fontaine Step Deck Trailer MC Unit # TL-209** | $1.63 | Liquidation | $12,300.00 |
| **2000 Fontaine Step Deck Trailer MC Unit # TL-210** | $1.63 | Liquidation | $12,300.00 |
| **1998 Wilson 48' Flatbed Trailer MC Unit # TL-211** | $875.00 | Liquidation | $6,900.00 |
| **2000 Wilson 48' Flatbed Trailer MC Unit # TL-212** | $875.00 | Liquidation | $7,800.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

| Debtor | **Mountain Crane Service LLC** | Case number *(If known)* **18-20225** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 1990 COMM New Bob Cat Trailer MC Unit # TL-213 | $0.00 | | Unknown |
| 1990 Comm Car Hauler in PC MC Unit # TL-214 | $466.67 | Book | $466.67 |
| 2006 Manac Tandem Spread Axle Step Deck Trailer MC Unit # TL-217 | $0.00 | Liquidation | $17,800.00 |
| 2006 Fontaine 1DFT-6-8048WSAWK Tandem Spread Axle Step Deck Trailer MC Unit # TL-218 | $0.00 | Liquidation | $17,800.00 |
| 1995 Reinke 53' 3-Axle Flatbed Trailer MC Unit # TL-219 | $2.50 | Liquidation | $5,700.00 |
| 1970 Transcraft TH-40 Tandem Hiboy Trailer MC Unit # TL-22 | $0.00 | Liquidation | $1,500.00 |
| 1997 Alloy Tandem Hiboy Trailer MC Unit # TL-220 | $0.00 | Liquidation | $6,500.00 |
| 1988 Great Dane 48' Step Deck Trailer MC Unit # TL-221 | $4.27 | Liquidation | $5,800.00 |
| 1990 Transcraft Step Deck Trailer MC Unit # TL-222 | $1.83 | Liquidation | $6,500.00 |
| 1996 Doonan Step Deck Trailer MC Unit # TL-223 | $2.82 | Liquidation | $9,600.00 |
| 2014 C&B 30' Steel Gooseneck Flat Trailer w/Twin Jacks & Goose MC Unit # TL-224 | $1.72 | Book | $1,722.70 |
| 2014 C&B 30' Steel Gooseneck Flat Trailer w/Twin Jacks & Goose MC Unit # TL-225 | $1.72 | Liquidation | $3,500.00 |
| 1998 Doonan 53' 3-Axle Step Deck Trailer MC Unit # TL-226 | $3.27 | Liquidation | $9,500.00 |
| 2000 Alloy 48' Spread-Axle Step Trailer MC Unit # TL-227 | $2.25 | Liquidation | $7,800.00 |
| 2000 Fontaine 48' Spread-Axle Step Trailer MC Unit # TL-228 | $2.25 | Liquidation | $12,300.00 |
| 1995 Transcraft 48' Sliding Tandem Flatbed Trailer MC Unit # TL-229 | $1.63 | Liquidation | $5,700.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Mountain Crane Service LLC**                    Case number *(If known)*   **18-20225**
Name

| | | | |
|---|---|---|---|
| **1999 Great Dane 48' Flatbed Trailer MC Unit # TL-230** | $1.63 | Liquidation | $7,300.00 |
| **2000 Transcraft 48' Sliding Tandem Flatbed Trailer MC Unit # TL-231** | $1.75 | Liquidation | $7,800.00 |
| **2000 Transcraft 48' Sliding Tandem Flatbed Trailer MC Unit # TL-232** | $1.75 | Liquidation | $7,800.00 |
| **2000 Transcraft 48' Sliding Tandem Flatbed Trailer MC Unit # TL-233** | $1.75 | Liquidation | $7,800.00 |
| **1995 Great Dane 48' Sliding Tandem Flatbed Trailer MC Unit # TL-234** | $2.00 | Liquidation | $5,700.00 |
| **2014 Valley Implement 750-Gallon Fuel Trailer MC Unit # TL-235** | $2.80 | Liquidation | $11,000.00 |
| **2014 Valley Implement 990-Gallon Fuel Trailer MC Unit # TL-236** | $4.64 | Liquidation | $11,000.00 |
| **2004 Great Dane Tandem Spread Axle Step Deck Trailer  MC Unit # TL-238** | $0.00 | Liquidation | $15,100.00 |
| **1991 Great Dane GPDWSAR-248 Tandem Spread Axle Step Deck Trailer  MC Unit # TL-239** | $0.00 | Liquidation | $7,000.00 |
| **1990 COMM Flat Bed MC Unit # TL-240** | $0.00 | | Unknown |
| **1987 Comm Flatbed Trailer MC Unit # TL-241** | $1.64 | Liquidation | $3,700.00 |
| **2000 Haulmark Enclosed Cargo Trailer MC Unit # TL-244** | $1.42 | Liquidation | $2,500.00 |
| **1989 Fontaine Flatbed Trailer MC Unit # TL-25** | $0.00 | Liquidation | $3,950.00 |
| **2006 Fontaine Step Deck Trailer MC Unit # TL-252** | $4.75 | Liquidation | $17,800.00 |
| **2006 Fontaine Step Deck Trailer MC Unit # TL-253** | $4.75 | Liquidation | $17,800.00 |
| **1994 Reitnouer/Reinke Flatbed Trailer MC Unit # TL-254** | $3.80 | Liquidation | $5,350.00 |
| **1994 Comm Flatbed Trailer MC Unit # TL-257** | $2.67 | Liquidation | $5,350.00 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 17

| Debtor | **Mountain Crane Service LLC** | Case number *(If known)* **18-20225** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **2002 Transcraft 48' Flatbed Trailer MC Unit # TL-258** | $1.93 | Liquidation | $8,800.00 |
| **2002 Transcraft 48' Flatbed Trailer MC Unit # TL-259** | $1.93 | Liquidation | $8,800.00 |
| **1989 Fontaine Flatbed Trailer MC Unit # TL-26** | $0.00 | Liquidation | $3,950.00 |
| **1997 Daco 48' Flatbed Trailer MC Unit # TL-261** | $5.00 | Liquidation | $6,450.00 |
| **2015 Cargo Mate ORELG8 Cargo Trailer MC Unit # TL-262** | $7.01 | Liquidation | $10,000.00 |
| **2007 Manac Step Deck Trailer MC Unit # TL-263** | $13.48 | Liquidation | $16,500.00 |
| **2007 Doonan 3-Axle Step Deck Trailer MC Unit # TL-264** | $16.14 | Liquidation | $15,000.00 |
| **2007 Doonan 3-Axle Step Deck Trailer MC Unit # TL-265** | $16.14 | Liquidation | $15,000.00 |
| **2007 Doonan 3-Axle Step Deck Trailer MC Unit # TL-266** | $16.14 | Liquidation | $15,000.00 |
| **2000 Western 3-Axle Step Deck Trailer MC Unit # TL-267** | $13.38 | Liquidation | $10,000.00 |
| **1997 Western 3-Axle Step Deck Trailer MC Unit # TL-268** | $13.38 | Liquidation | $9,000.00 |
| **1996 Wilson 3-Axle Step Deck Trailer MC Unit # TL-269** | $13.38 | Liquidation | $8,400.00 |
| **1998 Alloy 48' Flatbed Trailer MC Unit # TL-27** | $0.00 | Liquidation | $6,900.00 |
| **1995 Wilson 3-Axle Step Deck Trailer MC Unit # TL-270** | $13.38 | Liquidation | $7,800.00 |
| **1999 Fontaine Spread-Axle Step Trailer MC Unit # TL-271** | $11.07 | Liquidation | $7,300.00 |
| **1999 Fontaine Spread-Axle Step Trailer MC Unit # TL-272** | $11.07 | Liquidation | $11,600.00 |

Debtor    **Mountain Crane Service LLC**
Name

Case number *(If known)* **18-20225**

| | | | |
|---|---|---|---|
| **1993 Fontaine Spread-Axle Step Trailer MC Unit # TL-273** | $8.76 | Liquidation | $8,000.00 |
| **1993 Fontaine Spread-Axle Step Trailer MC Unit # TL-274** | $8.76 | Liquidation | $8,000.00 |
| **1990 Trail King Spread-Axle Step Trailer MC Unit # TL-275** | $9.23 | Liquidation | $6,500.00 |
| **2009 Trail King 3-Axle Step Deck Trailer MC Unit # TL-277** | $17.07 | Liquidation | $21,000.00 |
| **2009 Trail King 3-Axle Step Deck Trailer MC Unit # TL-278** | $17.07 | Liquidation | $21,000.00 |
| **2008 Motorsport Trailer MC Unit # TL-279** | $6.52 | Liquidation | $7,000.00 |
| **2006 Manac Step Deck Trailer MC Unit # TL-281** | $9.91 | Liquidation | $17,800.00 |
| **2006  Tandem Enclosed Cargo Trailer MC Unit # TL-283** | $0.00 | Liquidation | $2,200.00 |
| **1999 Wabash Flatbed Trailer MC Unit # TL-284** | $6.17 | Liquidation | $7,300.00 |
| **2004 Transcraft Flatbed Trailer MC Unit # TL-285** | $6.17 | Liquidation | $9,900.00 |
| **2015 IPIPM CAR HAULER MC Unit # TL-287** | $0.00 | | Unknown |
| **2002 Wilson Flatbed Trailer MC Unit # TL-288** | $5.55 | Liquidation | $8,800.00 |
| **1999 Haulmark G820T2-102 Tandem Enclosed Cargo Trailer MC Unit # TL-289** | $0.00 | Liquidation | $3,000.00 |
| **1998 Alloy 48' Flatbed Trailer MC Unit # TL-29** | $0.00 | Liquidation | $6,900.00 |
| **2008 UTILITY HOMEMADE MC Unit # TL-290** | $0.00 | | Unknown |
| **2000 PACE Shadow 8x18 Trailer MC Unit # TL-291** | $4.85 | Liquidation | $800.00 |
| **2017 C&M 16x83 Tandem Utility Trailer MC Unit # TL-293** | $0.00 | Liquidation | $2,700.00 |
| **1996 Fontaine Flatbed Trailer MC Unit # TL-3** | $0.00 | Liquidation | $9,600.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Mountain Crane Service LLC**                    Case number *(If known)* **18-20225**
Name

| | | | |
|---|---|---|---|
| **2007 Homemade P&H Boom Trailer MC Unit # TL-30** | $0.00 | | Unknown |
| **1998 Tandem Spread Axle Step Deck Trailer MC Unit # TL-31** | $0.00 | Liquidation | $10,000.00 |
| **1984 Great Dane Step Deck Trailer MC Unit # TL-33** | $2.29 | Liquidation | $4,500.00 |
| **1998 Utility 48' Flatbed Trailer MC Unit # TL-34** | $0.00 | | Unknown |
| **1998 Utility 48' Flatbed Trailer MC Unit # TL-35** | $0.00 | Liquidation | $6,900.00 |
| **1979 Transcraft Flat Bed MC Unit # TL-38** | $0.00 | | Unknown |
| **1978 Tandem Hiboy Trailer MC Unit # TL-4** | $0.00 | Liquidation | $2,000.00 |
| **1989 Lufkin Flatbed Trailer MC Unit # TL-40** | $0.00 | Liquidation | $3,950.00 |
| **1988 Comm 4-Axle Lowboy MC Unit # TL-41** | $0.00 | Liquidation | $22,000.00 |
| **1994 16' Tandem Garbage Trailer MC Unit # TL-42** | $0.00 | Liquidation | $1,000.00 |
| **2001 Doonan 48' Spread Step Deck with a 1995 Great Dane Tandem Spread Axle Hiboy Trailer MC Unit ## TL-43 and TL-45** | $0.00 | Liquidation | $13,000.00 |
| **1979 Horse Trailer Tire Trailer MC Unit # TL-46** | $0.00 | | Unknown |
| **1995 BIG TEX Bobcat Trailer MC Unit # TL-47** | $0.00 | | Unknown |
| **2005 PJ 45' Flatbed Trailer MC Unit # TL-48** | $341.69 | Liquidation | $2,200.00 |
| **1995 Fontaine 40' Step Deck Trailer MC Unit # TL-49** | $0.00 | Liquidation | $9,000.00 |
| **1996 Fontaine 40' Step Deck Trailer MC Unit # TL-50** | $0.00 | Liquidation | $9,600.00 |
| **1997 Fontaine 40' Step Deck Trailer MC Unit # TL-51** | $0.00 | Liquidation | $10,200.00 |
| **1997 Fontaine 40' Step Deck Trailer MC Unit # TL-52** | $0.00 | Liquidation | $10,200.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Mountain Crane Service LLC**                                    Case number *(If known)*  **18-20225**

Name

| | | | |
|---|---|---|---|
| **1996 Fontaine 40' Step Deck Trailer MC Unit # TL-53** | $0.00 | Liquidation | $9,600.00 |
| **1990 Transcraft 60' 2-Axle Step Deck Trailer MC Unit # TL-54** | $0.00 | Liquidation | $5,400.00 |
| **2001 homemade Boom Dolly MC Unit # TL-57** | $0.00 | | Unknown |
| **1996 Kalyn Siebert Step Deck Trailer MC Unit # TL-58** | $0.00 | Liquidation | $9,500.00 |
| **1996 Kalyn Siebert Flatbed Trailer MC Unit # TL-60** | $0.00 | Liquidation | $9,500.00 |
| **1991 Great Dane Flatbed Trailer MC Unit # TL-61** | $0.00 | Liquidation | $4,750.00 |
| **1996 Kalyn Siebert Step Deck Trailer MC Unit # TL-62** | $0.00 | Liquidation | $9,500.00 |
| **1996 Fontaine Step Deck Trailer MC Unit # TL-65** | $0.00 | Liquidation | $8,400.00 |
| **1992 TRM Flatbed Trailer MC Unit # TL-66** | $0.00 | Liquidation | $4,750.00 |
| **1995 Great Dane Tandem Spread Axle Hiboy Trailer  MC Unit # TL-70** | $0.00 | Liquidation | $5,700.00 |
| **1994 Pratt Double Drop Flatbed Trailer MC Unit # TL-71** | $0.00 | Liquidation | $7,800.00 |
| **1994 Pratt Double Drop Flatbed Trailer MC Unit # TL-72** | $0.00 | Liquidation | $10,000.00 |
| **1994 Pratt Double Drop Flatbed Trailer MC Unit # TL-73** | $0.00 | Liquidation | $7,800.00 |
| **2006 Utility 48' Flatbed Trailer MC Unit # TL-74** | $0.00 | Liquidation | $11,000.00 |
| **2006 Utility 48' Flatbed Trailer MC Unit # TL-75** | $0.00 | Liquidation | $11,000.00 |
| **2006 Utility 48' Flatbed Trailer MC Unit # TL-76** | $0.00 | Liquidation | $11,000.00 |
| **1991 Great Dane Box Trailer MC Unit # TL-78** | $0.00 | Liquidation | $3,000.00 |

| Debtor | **Mountain Crane Service LLC** | | Case number *(If known)* **18-20225** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **1983 Great Dane 721Z1B S/A Dry Van Trailer MC Unit # TL-81** | $0.00 | Liquidation | $2,500.00 |
| **1996 PMF Rentals 40' Tridem Chassis Trailer MC Unit # TL-82** | $0.00 | Liquidation | $5,000.00 |
| **1971 Freuaf Stretch Flatbed Trailer MC Unit # TL-87** | $1.73 | Liquidation | $1,300.00 |
| **1989 Freuaf Step Deck Trailer MC Unit # TL-88** | $3.20 | Liquidation | $6,200.00 |
| **1999 Reinke Aluminum 48' Flatbed Trailer MC Unit # TL-9** | $0.00 | Liquidation | $7,300.00 |
| **2000 Pace American Box Trailer MC Unit # TL-91** | $0.00 | Liquidation | $2,400.00 |
| **1996 Comm Flatbed Trailer MC Unit # TL-92** | $0.00 | Liquidation | $7,500.00 |
| **1995 Comm Flatbed Trailer MC Unit # TL-93** | $0.00 | Liquidation | $5,700.00 |
| **2012 Thunder Creek Fuel Trailer MC Unit # TL-95** | $0.00 | Liquidation | $9,000.00 |
| **Trailer Dollies - Shurtleff & Andrews MC Unit # TL-96** | $0.00 | Liquidation | $15,000.00 |
| **N/A CustomBuilt 4/4 Line Vessel Dolly MC Unit # TL-97** | $0.00 | Liquidation | $15,000.00 |
| **1997 Fontaine Flatbed Trailer MC Unit # TL-98** | $0.00 | Liquidation | $10,200.00 |
| **1994 Comm Flatbed Trailer MC Unit # TL-99** | $0.00 | Liquidation | $5,350.00 |
| **1997 Kenworth Semi MC Unit # TR-1** | $0.00 | Liquidation | $13,000.00 |
| **2006 Kenworth  MC Unit # TR-15** | $23.33 | Liquidation | $25,000.00 |
| **2006 Kenworth  MC Unit # TR-16** | $22.50 | Liquidation | $23,000.00 |
| **2006 Kenworth  MC Unit # TR-17** | $22.50 | Liquidation | $14,000.00 |
| **2005 Kenworth  MC Unit # TR-18** | $0.00 | Liquidation | $24,500.00 |
| **1998 Kenworth Semi MC Unit # TR-2** | $0.00 | Liquidation | $17,000.00 |

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor   **Mountain Crane Service LLC**                    Case number *(If known)* **18-20225**
         Name

| | | | |
|---|---|---|---|
| **2007 Kenworth  MC Unit # TR-20** | $30.03 | Liquidation | $29,000.00 |
| **2007 International 8600 Semi MC Unit # TR-27** | $8.53 | Liquidation | $12,500.00 |
| **2007 International  MC Unit # TR-28** | $8.53 | Liquidation | $11,500.00 |
| **1998 Kenworth Semi MC Unit # TR-3** | $0.00 | Liquidation | $10,000.00 |
| **1996 Peterbilt  MC Unit # TR-4** | $0.00 | Liquidation | $8,500.00 |
| **2000 Kenworth  MC Unit # TR-5** | $0.00 | | Unknown |
| **1996 Kenworth  MC Unit # TR-6** | $0.00 | Liquidation | $13,500.00 |
| **MC Unit # W-1** | $2.03 | Book | $2,025.00 |
| **70K Generator** | $8.67 | Liquidation | $0.00 |
| **Semi Trailer for Rigging Storage** | $66.67 | Book | $66.67 |
| **Manitowoc 16000 Boom Ladders** | $175.00 | Book | $175.00 |
| **20' Container** | $185.00 | Book | $185.00 |
| **Misc Rigging - R & R Equipment** | $191.67 | Book | $191.67 |
| **20' Container** | $225.00 | Book | $225.00 |
| **Cash Purchase of 2008 Kenworth T-2000** | $373.33 | Book | $373.33 |
| **Steel Plate & Tubing** | $543.33 | Book | $543.33 |
| **Nelson Tower & Rocker Assembly** | $873.34 | Book | $873.34 |
| **5 Containers** | $1.39 | Book | $1,388.90 |
| **Hydratight HTDD6125108D S/N 00753** | $1.61 | Book | $1,613.33 |
| **Hydratight HTDD6125108D S/N 00758** | $1.61 | Book | $1,613.33 |
| **Hydratight HTDD6125108D S/N 01258** | $1.61 | Book | $1,613.33 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Mountain Crane Service LLC** | | Case number *(if known)* **18-20225** | |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| Hydratight HTDD6125108D S/N 01259 | $1.61 | Book | $1,613.33 |
| Hydratight HTDD6125108D S/N 01262 | $1.61 | Book | $1,613.33 |
| Hydratight HTPB6220200C M42x4.5 Tensioner | $1.61 | Book | $1,613.33 |
| Hydratight HTPB6220200C M42x4.5 Tensioner | $1.61 | Book | $1,613.33 |
| Hydraulic Bottle Jacks Stands | $1.93 | Book | $1,928.27 |
| 2013 Lift Equipment Co ML-3 2 Person Man Basket | $0.00 | Liquidation | $2,000.00 |
| CDI 2503-F-DTT Electronic Torque Tester 06168 | $2.08 | Book | $2,079.73 |
| Tag Line 1" Double Esterlon Tub (Dakota Rigge | $2.77 | Book | $2,772.00 |
| Top Tower Beam 16-08-095 | $3.10 | Book | $3,102.00 |
| Williams TM-393 Bar 18216002 | $3.13 | Book | $3,132.95 |
| Mid-Tower Beam 16-08-094 (LiftPRO Inv #70491) | $3.14 | Book | $3,135.73 |
| Base Tower Beam 16-08-093 (LiftPRO Inv 70491) | $3.26 | Book | $3,256.00 |
| Hytoc Heads and Pumps | $3.29 | Book | $3,293.33 |
| Modulift Spreader Bars | $3.37 | Book | $3,374.73 |
| 2005 Sullair Compressor MC Unit # COMPRESSOR-1 | $3.40 | Book | $3,397.83 |
| Mod 34 Ton Spreader Kit (Elko Inv #20440) | $3.61 | Book | $3,608.48 |
| Mod 34 Ton Spreader Kit (Elko Inv #20440) | $3.61 | Book | $3,608.48 |
| V-RAD10 (Great Lakes Hydraulics Inv 6328) | $3.73 | Book | $3,726.67 |
| Miller Trailblazer 302 Welder | $3.87 | Book | $3,866.67 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Mountain Crane Service LLC** | | Case number *(If known)* **18-20225** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **60 Ton Rolling Block S/N (Elko Inv 19447)** | $4.89 | Book | $4,888.52 |
| **60 Ton Rolling Block S/N (Elko Inv 19447)** | $4.89 | Book | $4,888.52 |
| **DV-RAD2500 S/N (Great Lakes Hydraulics Inv 63** | $4.99 | Book | $4,991.58 |
| **Nacelle Beam GE 2.0-204 MW 16-08-096** | $5.05 | Book | $5,049.73 |
| **DV-RAD2500 S/N (Great Lakes Hydraulics Inv 63** | $5.06 | Book | $5,060.00 |
| **DV-RAD2500 S/N DV00435 (Great Lakes Hydraulic** | $5.06 | Book | $5,060.00 |
| **2015 UPPER ROCKING ASSY FOR EXISTING BOOM DOL** | $5.17 | Book | $5,169.23 |
| **Office Connex (CIC)** | $5.83 | Book | $5,833.33 |
| **ERAD3000 BLU S/N E13875 (Great Lakes Hydrauli** | $9.17 | Book | $9,166.67 |
| **ERAD3000 S/N(Great Lakes Hydraulics Inv 6334)** | $9.17 | Book | $9,166.67 |
| **Fall Arrest Systems (12) (eBAC Inv 1195)** | $9.84 | Book | $9,842.87 |
| **LinkBelt Suspension** | $13.00 | Book | $13,000.00 |
| **Sunshine Spreader Bar** | $17.05 | Book | $17,053.47 |
| **Manitowoc 16000 150T 5 Sheave Double Hook Blo** | $19.94 | Book | $19,937.50 |
| **Manitowoc 160000 5 Sheave Duplex** | $22.02 | Book | $22,016.25 |
| **(2) 40' Twin Path Slingmax TPXCF-4000 (Elko I** | $22.78 | Book | $22,781.53 |
| **LinkBelt LS348 Boom Section** | $23.75 | Book | $23,750.00 |
| **Torque Testing Table S/N 16308-2(Alltite Inv** | $28.07 | Book | $28,067.30 |
| **2015 XLP 150 SKID SYSTEM** | $28.37 | Book | $28,372.75 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Mountain Crane Service LLC**                    Case number (If known) **18-20225**
          Name

| | | | |
|---|---|---|---|
| 3 Dumpsters | $28.42 | Book | $28,416.67 |
| Backhoe | $32.93 | Book | $32,933.33 |
| 170' Long Reach Boom LS348 | $81.67 | Book | $81,666.67 |
| Manitowoc 777 Crawler Luffer 1 | $138.75 | Book | $138,750.00 |
| Manitowoc 777 Crawler Luffer 2 | $138.75 | Book | $138,750.00 |
| 2007 LinkBelt LS348 Luffing Jib Attachment | $140.54 | Book | $140,544.46 |
| Manitowoc 2250 Lufing Jib S/N 2251020 | $213.33 | Book | $213,333.33 |
| (12) 48" round 4.5" thick premium pads | $0.00 | | Unknown |
| (12) 60" Round 3.75" thick premium pads | $0.00 | | Unknown |
| (131) 12"x48"x20' Used EB HW Timber Mats - St | $0.00 | | Unknown |
| (199) 4'x20'x12" Mats - Sterling Lumber | $0.00 | | Unknown |
| (2)TS40-12 40 ton&(2) TS25-16 25 ton Spreader | $0.00 | | Unknown |
| (40) 20'x4'x12" Crane Mats - Laramie Crane | $0.00 | | Unknown |
| (9) 8'x14' CLT Mats - Sterling Lumber | $0.00 | | Unknown |
| (90) Grade A used hardwood 4'x20'x12" mats | $0.00 | | Unknown |
| 12"x4"x10' Mixed Hardwood Transition Mats-St | $0.00 | | Unknown |
| 20 Hardwood Mats - Viking Forest Products | $0.00 | | Unknown |
| 40 ft. Container - The Shipping Container Sto | $0.00 | | Unknown |
| 8'x10' Mats - Greenfield Products | $0.00 | | Unknown |
| Crane Mats-Rocky Mtn Pads | $0.00 | | Unknown |

Debtor    **Mountain Crane Service LLC**                    Case number *(If known)*  **18-20225**
        Name

| | | | |
|---|---|---|---|
| **Cross Laminated Timber Mats - Sterling Lumber** | $0.00 | | Unknown |
| **Cross Laminated Timber Mats - Sterling Lumber** | $0.00 | | Unknown |
| **Fuel Master Control System - Westech Equipmnt** | $0.00 | | Unknown |
| **Heartland Crane - Crane Mats** | $0.00 | | Unknown |
| **Heavy Lift Wind Attachment #16007010** | $0.00 | | Unknown |
| **Lift Equip - SB10-16 Spreader Beam** | $0.00 | | Unknown |
| **Lift Equip - TS25-16 Telescopic spreader bar** | $0.00 | | Unknown |
| **Lift Equip - TS25-16 Telescopic spreader bar** | $0.00 | | Unknown |
| **Linkbelt LS348 40' Jib** | $0.00 | | Unknown |
| **Modulift 12x6 ft. with Shackles - Elko Wire R** | $0.00 | | Unknown |
| **Modulift Bar** | $0.00 | | Unknown |
| **Modulift Spreader Bars** | $0.00 | | Unknown |
| **PTTP - Crane Mats** | $0.00 | | Unknown |
| **Rigging** | $0.00 | | Unknown |
| **Sunshine Spreader Bar** | $0.00 | | Unknown |
| **Used 20' Container -UT Container & Tank** | $0.00 | | Unknown |
| **Used 20' Container -UT Container & Tank** | $0.00 | | Unknown |
| **Whipline & Single Part Block for LR1600** | $0.00 | | Unknown |
| **See attached Schedule B-1 Property in Which BBVA Compass Finance Holds a Secured Interest** | $0.00 | Liquidation | $5,870,000.00 |

Debtor    **Mountain Crane Service LLC**                    Case number *(If known)*  **18-20225**
         Name

| | | | |
|---|---|---|---|
| See attached Schedule B-2 Property in Which CIT Holds a Secured Interest | $2,416,800.00 | Liquidation | $1,338,000.00 |
| See attached Schedule B-3 Property in Which Commercial Credit Group Holds a Secured Interest | $0.00 | Liquidation | $761,000.00 |
| See attached Schedule B-4 Property in Which Commercial Credit Group Holds a Secured Interest | $0.00 | Liquidation | $1,635,000.00 |
| See attached Schedule B-5 Property in Which Commercial Credit Group Holds a Secured Interest | $1,307,394.39 | Liquidation | $1,225,000.00 |
| See attached Schedule B-6 Property in Which Commercial Credit Group Holds a Secured Interest | $0.00 | Liquidation | $1,265,000.00 |
| See attached Schedule B-7 Property in Which Equify Holds a Secured Interest | $1,291,861.95 | Liquidation | $1,180,000.00 |
| See attached Schedule B-8 Property in Which Everbank Holds a Secured Interest | $718,729.17 | Liquidation | $830,000.00 |
| See attached Schedule B-9 Property in Which Everbank Holds a Secured Interest | $57,534.77 | Liquidation | $161,550.00 |
| See attached Schedule B-10 Property in Which Everbank Holds a Secured Interest | $0.00 | Liquidation | $140,000.00 |
| See attached Schedule B-11 Property in Which Terex Financial Serivces Holds a Secured Interest | $341,856.46 | Liquidation | $146,000.00 |
| See attached Schedule B-12 Property in Which Terex Financial Serivces Holds a Secured Interest | $941,178.02 | Liquidation | $630,000.00 |
| See attached Schedule B-13 Property in Which Terex Financial Serivces Holds a Secured Interest | $1,176,000.00 | Liquidation | $745,000.00 |

51.    **Total of Part 8.**                                                      | $51,764,213.13 |

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Mountain Crane Service LLC** | Case number *(If known)* | **18-20225** |
|---|---|---|---|
| | Name | | |

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

**Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Fixed Assets - Lease Hold Improvements** | | $206.61 | Book | $206,611.58 |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | $206,611.58 |
|---|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

**Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** **Customer Lists** | $173.41 | Book | $173,406.88 |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** **Goodwill** | $360.60 | Book | $360,600.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Mountain Crane Service LLC** | Case number *(If known)*  **18-20225** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 66. | **Total of Part 10.** | |
| | Add lines 60 through 65. Copy the total to line 89. | **$534,006.88** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | | | | |
| | **Note Receivable - Mountain States Steel** | 42,688.00 -<br>Total face amount | 0.00 =<br>doubtful or uncollectible amount | | **$42,688.00** |
| | **Note Receivable - PC Land Holding** | 48,972.93 -<br>Total face amount | 0.00 =<br>doubtful or uncollectible amount | | **$48,972.93** |
| | **Intercompany Note Receivable - Mountain Wind** | 85,582.82 -<br>Total face amount | 0.00 =<br>doubtful or uncollectible amount | | **$85,582.82** |
| | **Note Receivable - National Equipment Service** | 808,049.15 -<br>Total face amount | 0.00 =<br>doubtful or uncollectible amount | | **$808,049.15** |
| | **Intercompany Note Receivable - Mountain Heavy Transport** | 840,575.40 -<br>Total face amount | 0.00 =<br>doubtful or uncollectible amount | | **$840,575.40** |
| | **Intercompany Note Receivable - MC Wyoming** | 1,054,227.32 -<br>Total face amount | 0.00 =<br>doubtful or uncollectible amount | | **$1,054,227.32** |
| | **Note Receivable - J & S Equipment Leasing** | 1,618,183.81 -<br>Total face amount | 0.00 =<br>doubtful or uncollectible amount | | **$1,618,183.81** |
| | **Intercompany Note Receivable - Mountain Transport** | 13,225,400.65 -<br>Total face amount | 0.00 =<br>doubtful or uncollectible amount | | **$13,225,400.65** |

| Debtor | **Mountain Crane Service LLC** | Case number *(If known)* | **18-20225** |
|---|---|---|---|
| | Name | | |

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit
has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78.  **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

    **$17,723,680.08**

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Mountain Crane Service LLC** | Case number *(If known)* **18-20225** |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,112,760.06 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $924,917.89 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $6,442,517.23 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $621,087.57 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $48,572.62 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $51,764,213.13 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................................> | | $206,611.58 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $534,006.88 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $17,723,680.08 | |
| 91. **Total.** Add lines 80 through 90 for each column | $79,171,755.46 | + 91b.  $206,611.58 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $79,378,367.04 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Schedule B-1**

**Property in Which BBVA Compass Finance Holds a Secured Interest**

| General description | Net book value of debtor's interest ($) | Valuation method used for current value | Current value of debtor's interest ($) |
|---|---|---|---|
| 2008 Demag AC140 and 3-Axle Boom Dolly MC Unit # AT-170-1 | 406,291.67 | Liquidation | 410,000.00 |
| 2009 Grove GMK5275 MC Unit # AT-275-2 | - | Liquidation | 595,000.00 |
| 2012 Manitowoc 11000 MC Unit # CR-110-1 | 310,272.60 | Liquidation | 450,000.00 |
| 2007 Manitowoc 2250 MC Unit # CR-300-3 | 853,333.33 | Liquidation | 1,000,000.00 |
| 2008 Manitowoc 16000 MC Unit # CR-440-1 | - | Liquidation | 1,400,000.00 |
| 2009 Grove TMS 800E MC Unit # HT-80-2 | - | Liquidation | 225,000.00 |
| 2009 Grove RT9130 MC Unit # RT-130-1 | - | Liquidation | 400,000.00 |
| 2008 Grove RT880 MC Unit # RT-80-1 | - | Liquidation | 210,000.00 |
| 2010 Grove RT890E MC Unit # RT-90-4 | - | Liquidation | 280,000.00 |
| 2010 Grove RT890E MC Unit # RT-90-5 | - | Liquidation | 270,000.00 |
| 2007 Grove RT890E MC Unit # RT-90-6 | - | Liquidation | 180,000.00 |
| 1998 LinkBelt HC-278H MC Unit # TC-300-1 | 471,250.00 | Liquidation | 450,000.00 |

Sub-total of Schedule B-1                                                                             5,870,000.00

**Schedule B-2**

**Property in Which CIT Holds a Secured Interest**

| General description | Net book value of debtor's interest ($) | Valuation method used for current value | Current value of debtor's interest ($) |
|---|---|---|---|
| 2013 Tadano GR1000XL-2 MC Unit # RT-100-3 | 624,000.00 | Liquidation | 360,000.00 |
| 2007 LinkBelt RTC8090 MC Unit # RT-90-26 | 359,200.00 | Liquidation | 190,000.00 |
| 2008 Grove RT890E MC Unit # RT-90-27 | 356,000.00 | Liquidation | 200,000.00 |
| 2008 LinkBelt RTC8090 MC Unit # RT-90-28 | 359,200.00 | Liquidation | 198,000.00 |
| 2008 LinkBelt RTC8090 MC Unit # RT-90-29 | 359,200.00 | Liquidation | 185,000.00 |
| 2009 LinkBelt RTC8090 MC Unit # RT-90-30 | 359,200.00 | Liquidation | 205,000.00 |

Sub-total of Schedule B-2                                                                    1,338,000.00

### Schedule B-3

### Property in Which Commercial Credit Group Holds a Secured Interest

| General description | Net book value of debtor's interest ($) | Valuation method used for current value | Current value of debtor's interest ($) |
|---|---|---|---|
| 2007 Sterling International (14127) MC Unit # BT-40-1 | 34,817.68 | Liquidation | 70,000.00 |
| 2005 Grove RT530E MC Unit # RT-30-1 | - | Liquidation | 50,000.00 |
| 2008 Grove RT530E MC Unit # RT-30-2 | 74,866.28 | Liquidation | 70,000.00 |
| 2009 Cozad Heavy Haul Trailer with Accessories MC Unit # HTL-8 / TL-101 | - | Liquidation | 295,000.00 |
| 2008 Eager Beaver 60GSL / 4-Axle with 2008 Eager Beaver Jeep Trailer MC Unit ## HTL-1 and HTL-2 | 4,479.82 | Liquidation | 74,000.00 |
| 2006 Eager Beaver Stinger Trailer MC Unit # HTL-3 | - | Liquidation | 10,000.00 |
| 2011 Eager Beaver 70GSL / 3-Axle Lowboy Trailer MC Unit # HTL-4 | - | Liquidation | 75,000.00 |
| Additional Pieces for 2009 Cozad Trailer MC Unit # HTL-11 | - | Liquidation | 0.00 |
| 2002 Peterbilt Cozad Trailer Deck TL-103 and HH-4 with a 2006 31' Beam Deck MC Unit ## HT-3 and HTL-10 | - | Liquidation | 28,000.00 |
| 2010 Kenworth T370 MC Unit # TK-26 | 11,587.46 | Liquidation | 61,000.00 |
| 2005 Kenworth T300 MC Unit # TK-50 | 7,573.99 | Liquidation | 28,000.00 |

Sub-total of Schedule B-3                                                          761,000.00

**Schedule B-4**

**Property in Which Commercial Credit Group Holds a Secured Interest**

| General description | Net book value of debtor's interest ($) | Valuation method used for current value | Current value of debtor's interest ($) |
|---|---|---|---|
| 2009 Manitowoc 10000 MC Unit # CR-100-1 | - | Liquidation | 325,000.00 |
| 2007 Kobelco 7250 MC Unit # CR-275-1 | 441,711.18 | Liquidation | 580,000.00 |
| 2013 Goldhofer THP/SL 4 HD Modular Trailer with 4/4 Line Platform MC Unit ## GHTL-1, GHTL-2, GHTL-3 and GHTL-4 | 500,508.33 | Liquidation | 495,000.00 |
| 2014 Goldhofer Offroad Transport Chassis MC Unit ## GHTL-5 and GHTL-6 | 270,100.00 | Liquidation | 235,000.00 |
| Sub-total of Schedule B-4 | | | 1,635,000.00 |

**Schedule B-5**

**Property in Which Commercial Credit Group Holds a Secured Interest**

| General description | Net book value of debtor's interest ($) | Valuation method used for current value | Current value of debtor's interest ($) |
|---|---|---|---|
| 2013 Liebherr LTM 1200 MC Unit # AT-275-5 | 849,127.72 | Liquidation | 825,000.00 |
| 2012 Grove TMS 9000E MC Unit # HT-110-1 | 458,266.67 | Liquidation | 430,000.00 |
| Sub-total of Schedule B-5 | | | 1,255,000.00 |

{00366408.DOCX /}

**Schedule B-6**

**Property in Which Commercial Credit Group Holds a Secured Interest**

| General description | Net book value of debtor's interest ($) | Valuation method used for current value | Current value of debtor's interest ($) |
|---|---|---|---|
| 2009 Liebherr LTM 1160 MC Unit # AT-200-2 | 506,250.00 | Liquidation | 575,000.00 |
| 2006 Grove RT600E MC Unit # RT-50-1 | - | Liquidation | 120,000.00 |
| 2010 Grove RT890E MC Unit # RT-90-11 | 268,239.91 | Liquidation | 210,000.00 |
| 2013 Grove RT890E MC Unit # RT-90-13 | 853,333.33 | Liquidation | 360,000.00 |

Sub-total of Schedule B-6                                                                          1,265,000.00

**Schedule B-7**

**Property in Which Equify Holds a Secured Interest**

| General description | Net book value of debtor's interest ($) | Valuation method used for current value | Current value of debtor's interest ($) |
|---|---|---|---|
| 2002 Manitowoc M555 MC Unit # CR-150-1 | 352,695.28 | Liquidation | 100,000.00 |
| 2007 LinkBelt LS348 MC Unit # CR-300-6 | 939,166.67 | Liquidation | 1,080,000.00 |

Sub-total of Schedule B-7                                               1,180,000.00

{00366408.DOCX /}

**Schedule B-8**

**Property in Which Everbank Holds a Secured Interest**

| General description | Net book value of debtor's interest ($) | Valuation method used for current value | Current value of debtor's interest ($) |
|---|---|---|---|
| 2004 LinkBelt RTC8050 MC Unit # RT-50-2 | 1,810.24 | Liquidation | 80,000.00 |
| 2012 Grove RT890E MC Unit # RT-90-12 | 329,698.10 | Liquidation | 310,000.00 |
| 2012 Grove RT890E MC Unit # RT-90-14 | 357,037.50 | Liquidation | 340,000.00 |
| 2007 International  MC Unit # TR-21 | 1,583.33 | Liquidation | 15,000.00 |
| 2007 International  MC Unit # TR-22 | 1,583.33 | Liquidation | 19,000.00 |
| 2007 International  MC Unit # TR-23 | 1,583.33 | Liquidation | 14,000.00 |
| 2013 Kalyn Siebert LBO-5-60/70T MC Unit # HTL-31 / TL-133 | 12,716.67 | Liquidation | 26,000.00 |
| 2013 Kalyn Siebert LBO-5-60/70T MC Unit # HTL-32 / TL-134 | 12,716.67 | Liquidation | 26,000.00 |

Sub-total of Schedule B-8                                                         830,000.00

**Schedule B-9**

**Property in Which Everbank Holds a Secured Interest**

| General description | Net book value of debtor's interest ($) | Valuation method used for current value | Current value of debtor's interest ($) |
|---|---|---|---|
| 2009 International 9200i Semi MC Unit # TR-24 | 6,891.12 | Liquidation | 10,000.00 |
| 2009 International 9200i Semi MC Unit # TR-25 | 6,891.12 | Liquidation | 7,500.00 |
| 2009 International 9200i Semi MC Unit # TR-26 | 7,291.12 | Liquidation | 10,500.00 |
| 2009 Trail-Eze TE130DG Trailer with Accessories MC Unit ## HTL-12, TL-119, TL-120 and TL-121 | 17,550.00 | | 17,550.00 |
| 2013 Trail King TK120HD Trailer with Tri/A Double Drop Lowbed Trailer and S/A Hyd Flip Up Stinger MC Unit ## HTL-5, HTL-6 and HTL-7 | 18,911.41 | Liquidation | 116,000.00 |

Sub-total of Schedule B-9                                                                                      161,550.00

**Schedule B-10**

**Property in Which Galena Holds a Secured Interest**

| General description | Net book value of debtor's interest ($) | Valuation method used for current value | Current value of debtor's interest ($) |
|---|---|---|---|
| 1999 Grove RT860 MC Unit # RT-60-2 | - | Liquidation | 70,000.00 |
| 1999 Grove RT860 MC Unit # RT-60-3 | - | Liquidation | 70,000.00 |
| Sub-total of Schedule B-10 | | | 140,000.00 |

**Schedule B-11**

**Property in Which Terex Financial Services Holds a Secured Interest**

| General description | Net book value of debtor's interest ($) | Valuation method used for current value | Current value of debtor's interest ($) |
|---|---|---|---|
| 2004 Terex RT-555-1 MC Unit # RT-60-13 | 170,928.23 | Liquidation | 65,000.00 |
| 2006 Terex RT-555-1 MC Unit # RT-60-8 | 170,928.23 | Liquidation | 81,000.00 |

Sub-total of Schedule B-11                                                                 146,000.00

**Schedule B-12**

**Property in Which Terex Financial Services Holds a Secured Interest**

| General description | Net book value of debtor's interest ($) | Valuation method used for current value | Current value of debtor's interest ($) |
|---|---|---|---|
| 2007 Terex RT-555-1 MC Unit # RT-60-9 | 170,928.23 | Liquidation | 90,000.00 |
| 2007 Terex RT780 MC Unit # RT-80-5 | 256,749.93 | Liquidation | 180,000.00 |
| 2007 Terex RT780 MC Unit # RT-80-6 | 256,749.93 | Liquidation | 180,000.00 |
| 2007 Terex RT780 MC Unit # RT-80-8 | 256,749.93 | Liquidation | 180,000.00 |

Sub-total of Schedule B-12                                                                                                630,000.00

**Schedule B-13**

**Property in Which Terex Financial Services Holds a Secured Interest**

| General description | Net book value of debtor's interest ($) | Valuation method used for current value | Current value of debtor's interest ($) |
|---|---|---|---|
| 2013 Terex Quad Star MC Unit # RT-110-4 | 572,000.00 | Liquidation | 400,000.00 |
| 2014 Terex Quad Star MC Unit # RT-110-5 | 604,000.00 | Liquidation | 345,000.00 |
| Sub-total of Schedule B-13 | | | 745,000.00 |

**Fill in this information to identify the case:**

Debtor name     **Mountain Crane Service LLC**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    **18-20225**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

| 2.1 | **Ally** | Describe debtor's property that is subject to a lien | | **$4,711.65** | **$5,500.00** |
| --- | --- | --- | --- | --- | --- |

Creditor's Name

**PO Box 380901
Bloomington, MN
55438-0902**

Creditor's mailing address

Describe debtor's property that is subject to a lien

**TK-38**

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**5/11/2012**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**9844**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Ally** | Describe debtor's property that is subject to a lien | | $5,979.45 | $7,500.00 |
| --- | --- | --- | --- | --- | --- |

Creditor's Name

**PO Box 380901
Bloomington, MN
55438-0902**

Creditor's mailing address

Describe debtor's property that is subject to a lien

**TK-49**

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**10/9/2013**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**9153**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Mountain Crane Service LLC** | Case number (if know) | **18-20225** |
| --- | --- | --- | --- |
| | Name | | |

■ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its relative
☐ Disputed
priority.

---

| 2.3 | **BBVA Compass Finance** | Describe debtor's property that is subject to a lien | $3,424,200.45 | $5,870,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**See attached Schedule B-1 Property in Which
BBVA Compass Finance Holds a Secured
Interest**

**PO Box 674355
Dallas, TX 75267-4355**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
**11/25/2014**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
0001**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

■ No
☐ Unliquidated
☐ Yes. Specify each creditor,
including this creditor and its
priority.
☐ Disputed

---

| 2.4 | **Cheuck Yick Industrial** | Describe debtor's property that is subject to a lien | $2,710,005.36 | $2,400,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**AT-500-4 and TL-243**

**20 West 22nd Street, Suite
706
New York, NY 10010**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
**2/1/2017**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
Mountain Crane**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

■ No
☐ Unliquidated
☐ Yes. Specify each creditor,
including this creditor and its
priority.
☐ Disputed

---

| 2.5 | **Chrysler Financial** | Describe debtor's property that is subject to a lien | $14,621.51 | $16,500.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**TK-45**

**PO Box 660335
Dallas, TX 75266**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Mountain Crane Service LLC** | Case number (*if know*) | **18-20225** |
|---|---|---|---|
| | Name | | |

**Is anyone else liable on this claim?**

**Date debt was incurred**
**6/20/2013**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5687**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **CIT** | Describe debtor's property that is subject to a lien | $2,013,686.91 | $1,338,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **See attached Schedule B-2 Property in Which CIT Holds a Secured Interest** | | |

**25978 Network Place**
**Chicago, IL 60673-1259**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**12/29/2015**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0000**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Citizens One Auto Finance** | Describe debtor's property that is subject to a lien | $40,435.54 | $40,239.69 |
|---|---|---|---|---|
| | Creditor's Name | **TK-83** | | |

**PO Box 845682**
**Boston, MA 02284-5682**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**11/9/2015**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**9107**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Commercial Credit Group** | Describe debtor's property that is subject to a lien | $264,009.99 | $761,000.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor  **Mountain Crane Service LLC**
_____
Name

Case number (if known)    **18-20225**

---

Creditor's Name

**PO Box 60121
Charlotte, NC 28260-0121**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/28/2016**
**Last 4 digits of account number**
**1602**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**See attached Schedule B-3 Property in Which Commercial Credit Group Holds a Secured Interest**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Commercial Credit Group** | | $1,474,242.84 | $1,800,000.00 |

Creditor's Name

**PO Box 60121
Charlotte, NC 28260-0121**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/30/2016**
**Last 4 digits of account number**
**Mountain Crane**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**AT-500-3 and TL-94**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Commercial Credit Group** | | $1,232,205.34 | $1,635,000.00 |

Creditor's Name

**PO Box 60121
Charlotte, NC 28260-0121**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**7/21/2017**
**Last 4 digits of account number**
**1701**

**Describe debtor's property that is subject to a lien**
**See attached Schedule B-4 Property in Which Commercial Credit Group Holds a Secured Interest**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

| Debtor | **Mountain Crane Service LLC** | Case number (if know) | **18-20225** |
|---|---|---|---|
| | Name | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **Commercial Credit Group** | **Describe debtor's property that is subject to a lien** | **$1,232,205.34** | **$1,225,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **See attached Schedule B-5 Property in Which Commercial Credit Group Holds a Secured Interest** | | |
| | **PO Box 60121** | | | |
| | **Charlotte, NC 28260-0121** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **7/21/2017** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **1702** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | ■ No | Check all that apply | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.1 2 | **Commercial Credit Group** | **Describe debtor's property that is subject to a lien** | **$1,322,620.73** | **$1,265,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **See attached Schedule B-6 Property in Which Commercial Credit Group Holds a Secured Interest** | | |
| | **PO Box 60121** | | | |
| | **Charlotte, NC 28260-0121** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **7/21/2017** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **1703** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | ■ No | Check all that apply | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.1 3 | **Equify** | **Describe debtor's property that is subject to a lien** | **$635,096.32** | **$427,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **HT-110-4** | | |
| | **777 Main Street** | | | |
| | **Fort Worth, TX 76102** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 5 of 21

| Debtor | **Mountain Crane Service LLC** | Case number (if know) | **18-20225** |
|---|---|---|---|
| | Name | | |

---

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/8/2015**

**Last 4 digits of account number**
**1322**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 4 | **Equify** | Describe debtor's property that is subject to a lien | $457,061.93 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**777 Main Street**
**Fort Worth, TX 76102**

Creditor's mailing address

**Trailers**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/8/2015**

**Last 4 digits of account number**
**1370**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 5 | **Equify** | Describe debtor's property that is subject to a lien | $1,574,517.53 | $1,180,000.00 |
|---|---|---|---|---|

Creditor's Name

**777 Main Street**
**Fort Worth, TX 76102**

Creditor's mailing address

**See attached Schedule B-7 Property in Which Equify Holds a Secured Interest**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/1/2016**

**Last 4 digits of account number**
**1719**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check that all apply

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | **Mountain Crane Service LLC** | Case number *(if know)* | **18-20225** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.16**

**Everbank**
Creditor's Name

**10 Waterview Boulevard Parsippany, NJ 07054**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/30/2015**
**Last 4 digits of account number**
**8177**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**See attached Schedule B-8 Property in Which Everbank Holds a Secured Interest**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,259,103.78**    **$830,000.00**

---

**2.17**

**Everbank**
Creditor's Name

**10 Waterview Boulevard Parsippany, NJ 07054**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/31/2015**
**Last 4 digits of account number**
**6446**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**See attached Schedule B-9 Property in Which Everbank Holds a Secured Interest**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$376,539.02**    **$161,550.00**

---

**2.18**

**Everbank**
Creditor's Name

**10 Waterview Boulevard Parsippany, NJ 07054**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**RT-90-7**

Describe the lien

**$236,534.24**    **$300,000.00**

---

| Debtor | **Mountain Crane Service LLC** | Case number (if know) | **18-20225** |
|---|---|---|---|
| | Name | | |

---

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/21/2016**

**Last 4 digits of account number**
**3053**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.19 | **Everbank** | Describe debtor's property that is subject to a lien | $14,278.00 | $870,000.00 |
|---|---|---|---|---|

Creditor's Name

**10 Waterview Boulevard**
**Parsippany, NJ 07054**

Creditor's mailing address

**CR-300-1**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.20 | **First National Bank of Layton** | Describe debtor's property that is subject to a lien | $135,693.41 | $81,000.00 |
|---|---|---|---|---|

Creditor's Name

**12 South Main**
**Layton, UT 84041**

Creditor's mailing address

**RT-60-6**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/19/2015**

**Last 4 digits of account number**
**8857**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Mountain Crane Service LLC** | | Case number *(if know)* | **18-20225** |
|---|---|---|---|---|
| | Name | | | |

---

**2.2 1** | **First National Bank of Layton**
Creditor's Name

**12 South Main**
**Layton, UT 84041**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/19/2015**
**Last 4 digits of account number**
**8856**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**RT-80-4**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$203,522.21    $160,000.00

---

**2.2 2** | **Galena**
Creditor's Name

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**See attached Schedule B-10 Property in Which Everbank Holds a Secured Interest**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$377,072.06    $140,000.00

---

**2.2 3** | **GE Capital/Wells Fargo**
Creditor's Name

**PO Box 856937**
**Minneapolis, MN**
**55485-6937**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**AT-350-2**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No

$1,539,904.69    $1,180,000.00

---

| Debtor | **Mountain Crane Service LLC** | Case number (if know) | **18-20225** |
| --- | --- | --- | --- |
| | Name | | |

---

6/27/2014
**Last 4 digits of account number**
**3005**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | **Manitowoc Finance** | Describe debtor's property that is subject to a lien | $176,389.75 | $120,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**PO Box 41601**
**Philadelphia, PA**
**19101-1601**
Creditor's mailing address

**RT-60-5**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/28/2015**
**Last 4 digits of account number**
**0843**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | **Manitowoc Finance** | Describe debtor's property that is subject to a lien | $445,767.46 | $310,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**PO Box 41601**
**Philadelphia, PA**
**19101-1601**
Creditor's mailing address

**RT-90-16**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/28/2015**
**Last 4 digits of account number**
**0850**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **Manitowoc Finance** | Describe debtor's property that is subject to a lien | $355,530.79 | $260,000.00 |
| --- | --- | --- | --- | --- |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

Debtor    **Mountain Crane Service LLC**                                    Case number (if know)    **18-20225**
_____
Name

Creditor's Name
**PO Box 41601**
**Philadelphia, PA**
**19101-1601**
_____
Creditor's mailing address

**RT-90-18**

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No
_____    ☐ Yes
Creditor's email address, if known           **Is anyone else liable on this claim?**

**Date debt was incurred**                   ■ No
**10/28/2015**                               ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**0848**
**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply

■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.

---

| 2.2 7 | **Manitowoc Finance** | **Describe debtor's property that is subject to a lien** | $397,228.25 | $250,000.00 |

Creditor's Name
**PO Box 41601**
**Philadelphia, PA**
**19101-1601**
_____
Creditor's mailing address

**RT-90-19**

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No
_____    ☐ Yes
Creditor's email address, if known           **Is anyone else liable on this claim?**

**Date debt was incurred**                   ■ No
**10/28/2015**                               ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**0847**
**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply

■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.

---

| 2.2 8 | **Manitowoc Finance** | **Describe debtor's property that is subject to a lien** | $374,606.00 | $280,000.00 |

Creditor's Name
**PO Box 41601**
**Philadelphia, PA**
**19101-1601**
_____
Creditor's mailing address

**RT-80-3**

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No
_____    ☐ Yes
Creditor's email address, if known           **Is anyone else liable on this claim?**

**Date debt was incurred**                   ■ No
**11/18/2015**                               ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**3359**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 11 of 21

| Debtor | **Mountain Crane Service LLC** | Case number *(if know)* | **18-20225** |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 9 | **Manitowoc Finance** | Describe debtor's property that is subject to a lien | $817,491.98 | $525,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 41601
Philadelphia, PA
19101-1601**
**RT-130-2**

Creditor's mailing address

Describe the lien

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
2/19/2016
Last 4 digits of account number
0953**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 0 | **Manitowoc Finance** | Describe debtor's property that is subject to a lien | $889,808.87 | $600,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 41601
Philadelphia, PA
19101-1601**
**HT-110-6**

Creditor's mailing address

Describe the lien

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
3/24/2016
Last 4 digits of account number
3841**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 1 | **Manitowoc Finance** | Describe debtor's property that is subject to a lien | $1,038,410.64 | $690,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 41601
Philadelphia, PA
19101-1601**
**AT-115-1**

Creditor's mailing address

Describe the lien

---

| | | |
|---|---|---|
| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 12 of 21 |

Debtor   **Mountain Crane Service LLC**                                    Case number *(if know)*   **18-20225**
_____
Name

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**3/23/2016**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**3838**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 2 | **Mountain America Credit Union** | **Describe debtor's property that is subject to a lien** | $1,435,361.24 | $1,850,000.00 |
|---|---|---|---|---|

Creditor's Name

**CR-440-2**

**PO Box 9001**
**West Jordan, UT 84084**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**3/6/2009**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**7001**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Mountain America Credit Union**

**2. Utah CDC**

---

| 2.3 3 | **Peoples Capital** | **Describe debtor's property that is subject to a lien** | $405,155.56 | $400,000.00 |
|---|---|---|---|---|

Creditor's Name

**RT-110-1**

**PO Box 0254**
**Brattleboro, VT 05302-0254**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**9/5/2013**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**9001**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Mountain Crane Service LLC** | Case number (if know) | **18-20225** |

Name

- ■ No
- ☐ Contingent
- ☐ Yes. Specify each creditor,  ☐ Unliquidated
  including this creditor and its relative  ☐ Disputed
  priority.

---

**2.3 4**

| **Peoples Capital** | Describe debtor's property that is subject to a lien | **$2,535,156.79** | **$1,900,000.00** |

Creditor's Name

**AT-550-1**

**PO Box 0254**
**Brattleboro, VT 05302-0254**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
Creditor's email address, if known
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No

**Date debt was incurred**
**6/9/2014**
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4001**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Contingent
- ☐ Unliquidated
- ☐ Yes. Specify each creditor,  ☐ Disputed
  including this creditor and its relative
  priority.

---

**2.3 5**

| **RB Finance/Direct Capital** | Describe debtor's property that is subject to a lien | **$33,980.72** | **$8,176.87** |

Creditor's Name

**Jack and Slide**

**PO Box 856502**
**Minneapolis, MN**
**55485-6502**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
Creditor's email address, if known
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No

**Date debt was incurred**
**4/3/2015**
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7357**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Contingent
- ☐ Unliquidated
- ☐ Yes. Specify each creditor,  ☐ Disputed
  including this creditor and its relative
  priority.

---

**2.3 6**

| **Salt Lake County Assessor** | Describe debtor's property that is subject to a lien | **$0.00** | **Unknown** |

Creditor's Name

**Business Equipment**

**PO Box 147421**
**2001 S State St #N2300A**
**Salt Lake City, UT 84114**

Creditor's mailing address

**Describe the lien**

**Statutory Lien**

---

| Debtor | **Mountain Crane Service LLC** | Case number *(if know)* | **18-20225** |
| --- | --- | --- | --- |
| | Name | | |

| | | Is the creditor an insider or related party? |
| --- | --- | --- |
| Creditor's email address, if known | | ■ No<br>☐ Yes |
| | | Is anyone else liable on this claim? |
| **Date debt was incurred** | | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | | |
| **Do multiple creditors have an interest in the same property?** | | As of the petition filing date, the claim is:<br>Check all that apply |
| ■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.3 7 | **SG Equipment** | Describe debtor's property that is subject to a lien | **$3,854,960.89** | **$3,050,000.00** |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **CR-660-3** | | |
| | **PO Box 74008025**<br>**Chicago, IL 60674-8025** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No<br>☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred**<br>**4/5/2016** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number**<br>**2138** | | | |
| | **Do multiple creditors have an**<br>**interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |
| | ■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

---

| 2.3 8 | **SG Equipment Finance** | Describe debtor's property that is subject to a lien | **$6,799,100.30** | **$1,225,000.00** |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **CR-275-3** | | |
| | **PO Box 74008025**<br>**Chicago, IL 60674-8025** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No<br>☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred**<br>**3/31/2017** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number**<br>**Mountain Crane** | | | |
| | **Do multiple creditors have an**<br>**interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |
| | ■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Mountain Crane Service LLC** | Case number *(if know)* | **18-20225** |
|---|---|---|---|
| | Name | | |

---

**2.39**

**Siemens Financial**
Creditor's Name

**PO Box 2083**
**Carol Stream, IL**
**60132-2083**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**5/29/2013**
**Last 4 digits of account number**
**8000**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**CR-660-2**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,785,348.67**   **$2,500,000.00**

---

**2.40**

**Siemens Financial**
Creditor's Name

**PO Box 2083**
**Carol Stream, IL**
**60132-2083**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**1/21/2016**
**Last 4 digits of account number**
**8000**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**CR-300-5**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,050,697.80**   **$950,000.00**

---

**2.41**

**Signature Financial**
Creditor's Name

**225 Broadhollow Rd, Suite 132 W**
**Melville, NY 11747**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Describe debtor's property that is subject to a lien
**HT-110-3**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No

**$354,921.06**   **$487,000.00**

---

| Debtor | **Mountain Crane Service LLC** | Case number *(if know)* | **18-20225** |
|---|---|---|---|
| | Name | | |

**12/29/2014**
**Last 4 digits of account number**
**7624**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Signature Financial**
**2. Terex Financial Services**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 2 | | | | |
|---|---|---|---|---|
| | **Sterling National** | Describe debtor's property that is subject to a lien | $575,489.77 | $448,000.00 |
| | Creditor's Name | **HT-110-2** | | |

**500 Seventh Avenue**
**New York, NY 10018**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/31/2013**
**Last 4 digits of account number**
**1802**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 3 | | | | |
|---|---|---|---|---|
| | **TCF Equipment Finance** | Describe debtor's property that is subject to a lien | $549,021.84 | $445,000.00 |
| | Creditor's Name | **RT-110-2** | | |

**PO Box 77077**
**Minneapolis, MN**
**55480-7777**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/26/2016**
**Last 4 digits of account number**
**0504**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 4 | | | | |
|---|---|---|---|---|
| | **TCF Equipment Finance** | Describe debtor's property that is subject to a lien | $1,454,686.09 | $400,000.00 |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **Mountain Crane Service LLC** | Case number (if know) | **18-20225** |
|---|---|---|---|
| | Name | | |

---

Creditor's Name

**PO Box 77077**
**Minneapolis, MN**
**55480-7777**

Creditor's mailing address

**HT-110-5**

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**8/30/2016**

Last 4 digits of account number
**0832**

Do multiple creditors have an
interest in the same property?

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 5 | **Terex Financial Services** | Describe debtor's property that is subject to a lien | $583,282.34 | $487,000.00 |
|---|---|---|---|---|

Creditor's Name

**12460 Collections Center Dr.**
**Chicago, IL 60693-0124**

Creditor's mailing address

**HT-110-3**

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**4/15/2015**

Last 4 digits of account number
**8786**

Do multiple creditors have an
interest in the same property?

☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.41**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 6 | **Terex Financial Services** | Describe debtor's property that is subject to a lien | $255,038.59 | $146,000.00 |
|---|---|---|---|---|

Creditor's Name

**12460 Collections Center Dr.**
**Chicago, IL 60693-0124**

Creditor's mailing address

**See attached Schedule B-11 Property in Which Terex Financial Serivces Holds a Secured Interest**

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**12/15/2015**

Last 4 digits of account number
**2866**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Mountain Crane Service LLC** | Case number (if know) | **18-20225** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 7 | **Terex Financial Services** | Describe debtor's property that is subject to a lien | $868,619.83 | $630,000.00 |
|---|---|---|---|---|

Creditor's Name

**12460 Collections Center Dr.**
**Chicago, IL 60693-0124**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/15/2015**
**Last 4 digits of account number**
**2758**

**Describe debtor's property that is subject to a lien**
**See attached Schedule B-12 Property in Which Terex Financial Serivces Holds a Secured Interest**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 8 | **Terex Financial Services** | Describe debtor's property that is subject to a lien | $1,096,309.79 | $745,000.00 |
|---|---|---|---|---|

Creditor's Name

**12460 Collections Center Dr.**
**Chicago, IL 60693-0124**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/22/2015**
**Last 4 digits of account number**
**3209**

**Describe debtor's property that is subject to a lien**
**See attached Schedule B-13 Property in Which Terex Financial Serivces Holds a Secured Interest**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 9 | **Terex Financial Services** | Describe debtor's property that is subject to a lien | $161,056.59 | $90,000.00 |
|---|---|---|---|---|

Creditor's Name

**12460 Collections Center Dr.**
**Chicago, IL 60693-0124**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**RT-60-10**

**Describe the lien**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 19 of 21

| Debtor | **Mountain Crane Service LLC** | Case number (if know) | **18-20225** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/29/2015**
**Last 4 digits of account number**
**3613**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 0 | **Todd Chapman** | Describe debtor's property that is subject to a lien | $144,461.42 | $140,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **TC-150-2** | | |

**706 Parkway**
**North Salt Lake, UT 84054**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/1/2016**
**Last 4 digits of account number**
**Mountain Crane**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 1 | **Utah CDC** | Describe debtor's property that is subject to a lien | $1,026,940.38 | $1,850,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **CR-440-2** | | |

**5333 South Adams Avenue**
**Ogden, UT 84405**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/1/2009**
**Last 4 digits of account number**
**6009**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Mountain Crane Service LLC** | Case number (if know) | **18-20225** |
|---|---|---|---|
| | Name | | |

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.32**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 2 | **Varilease** | Describe debtor's property that is subject to a lien | $624,869.64 | $500,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **1981 Beechcraft King Air B200 (MC #AIR-1)** | | |

**6340 S 3000 E, 4th Floor
Salt Lake City, UT 84121**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/27/2016**
**Last 4 digits of account number**
**Mountain Crane**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor
and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $51,637,941. 35 |
|---|---|---|

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Capital Lease** | | |
| | Line  **2.52** | |

**Fill in this information to identify the case:**

Debtor name **Mountain Crane Service LLC**

United States Bankruptcy Court for the: DISTRICT OF UTAH

Case number (if known) **18-20225**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $235.88 | $235.88 |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Central Pension Fund**
**CPF Fund 5483 WY**
**PO Box 418433**
**Boston, MA 02241**

Date or dates debt was incurred
**12/2017-1/2018**

Basis for the claim:
**Union Dues for Employee Fringe Benefits**

Last 4 digits of account number **5483**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | $187.00 | $187.00 |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Central Pension Fund of the**
**Internat'l**
**Union of Operating Engineers**

Date or dates debt was incurred
**1/2018**

Basis for the claim:
**Union Dues for Employee Fringe Benefits**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

| Debtor | **Mountain Crane Service LLC** | Case number (if known) | **18-20225** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,841.65 | $1,841.65 |
|---|---|---|---|---|
| | **Colonial Life** | Check all that apply. | | |
| | **PO Box 1365** | ☐ Contingent | | |
| | **Columbia, SC 29202-1365** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **12/1/2017** | **Employee Benefits** | | |
| | Last 4 digits of account number **6722** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5) | ■ No  ☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $329.29 | $329.29 |
|---|---|---|---|---|
| | **Georgia Department of Labor** | Check all that apply. | | |
| | **148 Andrew Young International** | ☐ Contingent | | |
| | **Blvd NE** | ☐ Unliquidated | | |
| | **Atlanta, GA 30303-1751** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2014** | **Payroll Taxes** | | |
| | Last 4 digits of account number **4109** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No  ☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $288.50 | $288.50 |
|---|---|---|---|---|
| | **Idaho Dept. of Labor** | Check all that apply. | | |
| | **317 W. Main Street** | ☐ Contingent | | |
| | **Boise, ID 83735** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/5/2018** | **Payroll Taxes** | | |
| | Last 4 digits of account number **3564** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No  ☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $872.00 | $872.00 |
|---|---|---|---|---|
| | **Idaho State Tax Commission** | Check all that apply. | | |
| | **PO Box 83784** | ☐ Contingent | | |
| | **Boise, ID 83707-3784** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/5/2018** | **Payroll Taxes** | | |
| | Last 4 digits of account number **8609** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No  ☐ Yes | | |

| Debtor | **Mountain Crane Service LLC** | Case number *(if known)* | **18-20225** |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,072.46 | $13,072.46 |
|---|---|---|---|---|

**Intermountain Ironworkers
(Ironworkers 2
PO Box 30124
2156 W 2200 S
Salt Lake City, UT 84130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/2017-1/2018**

Basis for the claim:
**Union Dues for Employee Fringe Benefits**

Last 4 digits of account number **00B1**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,418.68 | $9,418.68 |
|---|---|---|---|---|

**Internal Revenue Service
PO Box 37940
Hartford, CT 06176-7940**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/31/2017 & 1/5/18**

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number **7847**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,379.46 | $12,379.46 |
|---|---|---|---|---|

**Internal Revenue Service
PO Box 37941
Hartford, CT 06176-7941**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2018**

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number **7847**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,420.23 | $7,420.23 |
|---|---|---|---|---|

**Iron Worker Local 27**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/2017**

Basis for the claim:
**Union Dues for Employee Fringe Benefits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| Debtor | **Mountain Crane Service LLC** | | Case number (if known) | **18-20225** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $346.88 | $346.88 |
|---|---|---|---|---|

**IUOE & Pipeline Emp Health/Welfare**
**PO Box 418049**
**Boston, MA 02241-8049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/2017-1/2018**

Basis for the claim:
**Union Dues for Employee Fringe Benefits**

Last 4 digits of account number **0395**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,125.00 | $1,125.00 |
|---|---|---|---|---|

**IUOE Local 400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Union Dues for Employee Fringe Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $567.54 | $567.54 |
|---|---|---|---|---|

**IUOE Wyoming Local 800**
**4925 Wardwell Industrial Ave**
**Bar Numm, WY 82601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/2017-1/2018**

Basis for the claim:
**Union Dues for Employee Fringe Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,021.00 | $1,021.00 |
|---|---|---|---|---|

**Missouri Tax Commission**
**301 W High St**
**Jefferson City, MO 65101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2016**

Basis for the claim:
**Taxes**

Last 4 digits of account number **4834**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Mountain Crane Service LLC** | Case number (if known) | **18-20225** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $206.25 | $206.25 |
|---|---|---|---|---|

**Montana Dept. of Labor & Industry**
**PO Box 1728**
**Helena, MT 59624-1728**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2018**

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number **7251**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $926.00 | $926.00 |
|---|---|---|---|---|

**Montana Dept. of Revenue**
**Sam W. Mitchell Building 125 N.**
**Roberts,**
**Helena, MT 59601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2018**

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number **2WTH**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,097.50 | $4,097.50 |
|---|---|---|---|---|

**Montana Local 400**
**OE CI Trust Fund**
**PO Box 31278**
**Billings, MT 59107-1278**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/2017-1/2018**

Basis for the claim:
**Union Dues for Employee Fringe Benefits**

Last 4 digits of account number **5855**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,335.00 | $1,335.00 |
|---|---|---|---|---|

**North Dakota Tax Commission**
**600 E Boulevard Ave Dept. 127**
**Bismarck, ND 58505**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Jan-18**

Basis for the claim:
**Taxes**

Last 4 digits of account number **4701**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | **Mountain Crane Service LLC** | | Case number (if known) | **18-20225** |
|---|---|---|---|---|
| | Name | | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.91 | $23.91 |
|---|---|---|---|---|

**Oklahoma Department of Labor**
**3017 N Stiles #100**
**Oklahoma City, OK 73105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **Jan-18** | **Payroll Taxes** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|

**Oklahoma Tax Commission**
**PO Box 26860**
**Oklahoma City, OK 73126-0860**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2015-2017** | **Taxes** |

Last 4 digits of account number **7902**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71,511.93 | $71,511.93 |
|---|---|---|---|---|

**Operating Engineers Local Union**
**No. 3**
**Vacation, Holiday & Sick Pay Trust**
**Fund**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **12/2017** | **Union Dues for Employee Fringe Benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231,454.57 | $231,454.57 |
|---|---|---|---|---|

**Operating Engineers Trust Fund**
**for UT**
**1600 Harbor Bay Pkwy #200**
**Alameda, CA 94502**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **12/2017-1/2018** | **Union Dues for Employee Fringe Benefits** |

Last 4 digits of account number **3024**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| Debtor | **Mountain Crane Service LLC** | | Case number (if known) | **18-20225** |
|---|---|---|---|---|
| | Name | | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,847.97 | $4,847.97 |
|---|---|---|---|---|

**2.23**

Priority creditor's name and mailing address
**Oregon Department of Revenue**
**955 Center Street NE**
**Salem, OR 97301-2555**

As of the petition filing date, the claim is:    **$4,847.97**    **$4,847.97**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/31/2017 & 1/5/18**

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number **4512**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.24**

Priority creditor's name and mailing address
**Oregon Employment Department**
**875 Union St. NE**
**Salem, OR 97311**

As of the petition filing date, the claim is:    **$225.06**    **$225.06**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/31/2017 & 1/5/18**

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number **1063**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.25**

Priority creditor's name and mailing address
**Texas Comptroller of Public**
**Accounts**
**PO Box 149354**
**Austin, TX 78714-9354**

As of the petition filing date, the claim is:    **$129,001.99**    **$129,001.99**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/1/2017**

Basis for the claim:
**Sales & Use Taxes**

Last 4 digits of account number **3156**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.26**

Priority creditor's name and mailing address
**Texas Workforce Commission**
**PO Box 149037**
**Austin, TX 78714-9037**

As of the petition filing date, the claim is:    **$325.31**    **$325.31**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2018**

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number **7380**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Mountain Crane Service LLC** | Case number *(if known)* | **18-20225** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,944.08** | **$5,944.08** |
|---|---|---|---|---|
| | **Utah Dept. of Labor**<br>**PO Box 45288**<br>**Salt Lake City, UT 84145-0288** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2018** | Basis for the claim:<br>**Payroll Taxes** | | |
| | Last 4 digits of account number **9100** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,865.59** | **$5,865.59** |
|---|---|---|---|---|
| | **Utah State Tax Commission**<br>**210 N 1950 W**<br>**Salt Lake City, UT 84134-0400** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**12/1/2017** | Basis for the claim:<br>**Sales & Use Taxes** | | |
| | Last 4 digits of account number **2STC** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12,484.13** | **$12,484.13** |
|---|---|---|---|---|
| | **Utah State Tax Commission**<br>**210 N 1950 W**<br>**Salt Lake City, UT 84134-0400** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/2018** | Basis for the claim:<br>**Payroll Taxes** | | |
| | Last 4 digits of account number **3WTH** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,180.04** | **$1,180.04** |
|---|---|---|---|---|
| | **Wyoming Dept. of Unemployment**<br>**Insurance**<br>**PO Box 2760**<br>**Casper, WY 82602** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**1/5/2018** | Basis for the claim:<br>**Payroll Taxes** | | |
| | Last 4 digits of account number **5002** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Mountain Crane Service LLC** | Case number *(if known)* | **18-20225** |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$635.99**

**Academy Sports**
PO Box 571099
Murray, UT 84157-1099

Date(s) debt was incurred  **6/12/2017**

Last 4 digits of account number  **6248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,616.00**

**Ace Pilot Car Services, LLC**
PO Box 554
Akron, CO 80720

Date(s) debt was incurred  **7/29/2017**

Last 4 digits of account number  **Mountain Crane**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,334.56**

**Ace Signs & Designs**
4115 Atkinson Ave
Park City, UT 84098

Date(s) debt was incurred  **8/19/2016**

Last 4 digits of account number  **Mountain Crane**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,884.55**

**Acton Mobile**
PO Box 758689
Baltimore, MD 21275

Date(s) debt was incurred  **2/1/17-12/20/17**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,837.50**

**Air Comm**
4840 S. 35th St.
Phoenix, AZ 85040

Date(s) debt was incurred  **10/1/2017**

Last 4 digits of account number  **Mountain Crane**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,680.00**

**All Glass**
PO Box 1753
West Jordan, UT 84084

Date(s) debt was incurred  **11/2/2017**

Last 4 digits of account number  **Mountain Crane**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,309.20**

**All-Star Catering**
301 W South Temple
Salt Lake City, UT 84101

Date(s) debt was incurred  **1/1/2016**

Last 4 digits of account number  **U001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Mountain Crane Service LLC** | Case number *(if known)* | **18-20225** |
|---|---|---|---|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,035.00**

**Allied Steel Construction Comp**
**PO Box 1111**
**Oklahoma City, OK 73101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/1/2017**

Basis for the claim: _

Last 4 digits of account number  **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Amaris Robles**
**1818 E Helmick St**
**Carson, CA 90746**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,094.18**

**America First Credit Card**
**PO Box 9199**
**Ogden, UT 84409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/1/2016**

Basis for the claim: _

Last 4 digits of account number  **8567**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,886.54**

**American Equipment Inc**
**451 W 3440 S**
**Salt Lake City, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/23/2017**

Basis for the claim: _

Last 4 digits of account number  **UCRA**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Amur Equipment Finance, Inc.**
**f/k/a Axis Capital Inc.**
**308 N Locust St**
**Grand Island, NE 68801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,625.00**

**Apex Transportation, Inc.**
**9800 Alton St**
**Henderson, CO 80640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/28/2017**

Basis for the claim: _

Last 4 digits of account number  **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$375.00**

**Aqua Jet**
**1431 E 500 N**
**Lehi, UT 84043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/13/2017**

Basis for the claim: _

Last 4 digits of account number  **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Mountain Crane Service LLC** | Case number (if known) | **18-20225** |
|---|---|---|---|
| | Name | | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,005.00** |
|---|---|---|---|

**ATS Specialized Inc.**
LBX 7130
PO Box 1450
Minneapolis, MN 55485

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/1/2017**

Basis for the claim: _

Last 4 digits of account number  **MOURIVUT**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$508.32** |
|---|---|---|---|

**B&E Waste Systems Inc.**
PO Box 991
Dodge City, KS 67801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/31/2017**

Basis for the claim: _

Last 4 digits of account number  **4163**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,702.99** |
|---|---|---|---|

**Bank of America - MTN Crane**
PO Box 15796
Wilmington, DE 19886-5796

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2/2017**

Basis for the claim: _

Last 4 digits of account number  **3016**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,315.44** |
|---|---|---|---|

**Bank of America - PC Tow**
PO Box 15796
Wilmington, DE 19886-5796

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/19/2017**

Basis for the claim: _

Last 4 digits of account number  **8978**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,715.20** |
|---|---|---|---|

**Bankcard Center**
PO Box 30833
Salt Lake City, UT 84130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/20/2016**

Basis for the claim: _

Last 4 digits of account number  **5707**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,879.58** |
|---|---|---|---|

**Barco Rent A Truck, Inc.**
717 South 5600 West
Salt Lake City, UT 84104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/5/18-1/12/18**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,944.17** |
|---|---|---|---|

**Bearcom Wireless Worldwide**
PO Box 670354
Dallas, TX 75267-0354

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/23/2016**

Basis for the claim: _

Last 4 digits of account number  **1346**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Mountain Crane Service LLC** | Case number *(if known)* | **18-20225** |
|---|---|---|---|
| | Name | | |

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,210.00**

**Big Dog Services**
**15700 Jamaica Dr**
**Brighton, CO 80602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/16/2017**

Basis for the claim: _

Last 4 digits of account number  **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,719.70**

**Big Sky Pilots**
**1912 Old Hardin Rd**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/25/2017**

Basis for the claim: _

Last 4 digits of account number  **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$94,703.80**

**Bigge Equipment Co.**
**PO Box 1657**
**Dallas, TX 75320-5224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/23/2016**

Basis for the claim: _

Last 4 digits of account number  **CRA1**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$266.00**

**Black Clover, Inc.**
**12101 S. State St., Ste 106**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/14/2017**

Basis for the claim: _

Last 4 digits of account number  **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$205.00**

**Bob's Biffys LLC**
**Bob's Biffys LLC**
**Fairmont, MN 56031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/1/2017**

Basis for the claim: _

Last 4 digits of account number  **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,195.00**

**Breakbulk US Opco Inc.**
**PO Box 28901**
**New York, NY 10087-8901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/1/2016**

Basis for the claim: _

Last 4 digits of account number  **2542**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,177.15**

**Bridestone Hosepower LLC**
**PO Box 861777**
**Orlando, FL 32886-1777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/25/2017**

Basis for the claim: _

Last 4 digits of account number  **0220**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Mountain Crane Service LLC** | | Case number (if known) | **18-20225** |
|---|---|---|---|---|
| | Name | | | |

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,633.48**

**Bronson Crane**
**PO Box 2048**
**West Jordan, UT 84084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/31/2017**

Basis for the claim:  _

Last 4 digits of account number  **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,329.00**

**Buckner Heavylift Cranes**
**4732 NC Highway 54 East**
**Graham, NC 27253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/7/2017**

Basis for the claim:  _

Last 4 digits of account number  **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**Cedars Health, LLC**
**813 Highland Ave**
**Sheridan, WY 82801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/20/2017**

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$468.00**

**Center Machine Inc.**
**PO Box 285**
**Center, ND 58530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/2017**

Basis for the claim:  _

Last 4 digits of account number  **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$508.34**

**Central Glass**
**416 W 500 S**
**Bountiful, UT 84010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/30/2017**

Basis for the claim:  _

Last 4 digits of account number  **903**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$205.23**

**CenturyLink**
**PO Box 91155**
**Seattle, WA 98111-9255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/4/17-1/4/18**

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$192.17**

**Certified Laboratories, Inc.**
**23261 Network Place**
**Chicago, IL 60673-1232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/1/2017**

Basis for the claim:  _

Last 4 digits of account number  **6410**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Mountain Crane Service LLC | Case number (if known) | 18-20225 |
|---|---|---|---|
| | Name | | |

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$64.79**

Chad Bingen
2722 North 17 Road
Worden, MT 59088

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/9/2018**

Basis for the claim: _

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,367.50**

Chance It Pilot Service LLC
PO Box 52013
Casper, WY 82605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2/2017**

Basis for the claim: _

Last 4 digits of account number  **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,917.33**

Cintas
Cintas LOC #180
PO Box 650838
Dallas, TX 75265-0838

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2/2016**

Basis for the claim: _

Last 4 digits of account number  **7546**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$211.56**

Cintas Corporation
PO Box 631025
Cincinnati, OH 45263-1025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/1/2018**

Basis for the claim: _

Last 4 digits of account number  **5780**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$146.14**

CIT
PO Box 100706
Pasadena, CA 91189-0706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/4/2018**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$146.14**

CIT Bank

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,498.65**

City of Pecos
PO Box 929
Pecos, TX 79772

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2017**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Mountain Crane Service LLC** | Case number (if known) | **18-20225** |
|---|---|---|---|
| | Name | | |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,101.78** |
|---|---|---|---|

**Cleveland Crane & Shovel Sales**
26781 Cannon Road
Cleveland, OH 44146

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/30/2016

Basis for the claim: _

Last 4 digits of account number  3387

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,869.02** |
|---|---|---|---|

**Coach Truck & Tractor, LLC**
237 State Rd
Ashtabula, OH 44005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/17/2016

Basis for the claim: _

Last 4 digits of account number  **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$224,060.00** |
|---|---|---|---|

**Coast 2 Coast Logistics**
4003 Crater Lake Hwy
Medford, OR 97504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/26/2017

Basis for the claim: _

Last 4 digits of account number  **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,400.00** |
|---|---|---|---|

**Code Fabrication, Inc.**
2314 S 5600 W
West Valley City, UT 84102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/1/2017

Basis for the claim: _

Last 4 digits of account number  **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$425.00** |
|---|---|---|---|

**Colemere Gibbs & Stout, PLLC**
405 South Main Street Suite 900
Salt Lake City, UT 84111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/20/2017

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$384.66** |
|---|---|---|---|

**Construction Recycle Inc**
PO Box 95445
South Jordan, UT 84095

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/1/2017

Basis for the claim: _

Last 4 digits of account number  **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$87,285.00** |
|---|---|---|---|

**Construction Truck & Trailer,**
4475 W 2100 S
West Valley City, UT 84120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/27/2016

Basis for the claim: _

Last 4 digits of account number  **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Mountain Crane Service LLC** | Case number *(if known)* | **18-20225** |
|---|---|---|---|
| | Name | | |

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$196,208.22**

**Continental Bank**
**15 W South Temple #300**
**Salt Lake City, UT 84101**

Date(s) debt was incurred  9/1/2017

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,932.81**

**Continental Bank**
**15 W South Temple #300**
**Salt Lake City, UT 84101**

Date(s) debt was incurred  5/16/2016

Last 4 digits of account number  5675

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,445.29**

**Courtney Belcher**
**5359 West 11430 North**
**Highland, UT 84003**

Date(s) debt was incurred  12/31/17-1/12/18

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175.27**

**Creative Expressions**
**PO Box 57725**
**Murray, UT 84157-7725**

Date(s) debt was incurred  7/17/2017

Last 4 digits of account number  2680

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,139.00**

**Crockett Trucking LLC**
**PO Box 265**
**Artesia, NM 88211-0265**

Date(s) debt was incurred  8/1/2017

Last 4 digits of account number  MOUNT

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,747.24**

**Crus Oil Inc**
**PO Box 65438**
**Salt Lake City, UT 84165-0438**

Date(s) debt was incurred  11/1/2016

Last 4 digits of account number  1125

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,826.54**

**Dakota Riggers&Tool Supply,Inc**
**704 E Benson Road**
**Sioux Falls, SD 57104-0771**

Date(s) debt was incurred  9/28/2016

Last 4 digits of account number  3789

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Mountain Crane Service LLC** | Case number *(if known)* | **18-20225** |
|---|---|---|---|
| | Name | | |

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,535.00**

**Dallas W. Six Company, Inc.**
2774 HWY 65/69 South
Carlisle, IA 50047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/1/2017**

Basis for the claim: _

Last 4 digits of account number **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$105.00**

**Dallin Watson**
866 N Timber Drive
Lehi, UT 84043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/9/2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$148,169.00**

**Dave Belcher - Guardian Life**
5850 Silver Summit Parkway
Park City, UT 84098

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/31/2014**

Basis for the claim: _

Last 4 digits of account number **8818**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$375,175.04**

**Dave Belcher - Stock Repurchase**
5850 Silver Summit Parkway
Park City, UT 84098

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/31/2015**

Basis for the claim: _

Last 4 digits of account number **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,957.25**

**Dave's Crane & Wrecker**
402 Center Steet
Union, IA 50258

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/15/2017**

Basis for the claim: _

Last 4 digits of account number **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,800.00**

**David Fox Trucking**
3013 360th St
Osage, IA 50461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/20/2017**

Basis for the claim: _

Last 4 digits of account number **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70,815.31**

**David P. Belcher**
5870 Silver Summit Parkway
Park City, UT 84098

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/1/2016**

Basis for the claim: _

Last 4 digits of account number **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Mountain Crane Service LLC** | | Case number (if known) | **18-20225** |
| | Name | | | |

---

**3.64**

**Nonpriority creditor's name and mailing address**

**Digitek Solutions LLC**
**2487 South Gilbert Road**
**Gilbert, AZ 85295**

Date(s) debt was incurred  __11/30/2017__

Last 4 digits of account number  __Mountain Crane__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$323.75**

---

**3.65**

**Nonpriority creditor's name and mailing address**

**DISA, INC**
**Dept. 890314**
**PO Box 120314**
**Dallas, TX 75312-0314**

Date(s) debt was incurred  __12/31/2017__

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$664.00**

---

**3.66**

**Nonpriority creditor's name and mailing address**

**Dominion Energy**
**PO Box 45841**
**Salt Lake City, UT 84139-0001**

Date(s) debt was incurred  __12/31/17-1/10/18__

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,815.49**

---

**3.67**

**Nonpriority creditor's name and mailing address**

**Donaldson Medical Clinic**
**1577 Dewar Drive Suite 8**
**Rock Springs, WY 82901**

Date(s) debt was incurred  __10/4/2017__

Last 4 digits of account number  __0001__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$112.00**

---

**3.68**

**Nonpriority creditor's name and mailing address**

**Double R Trucking**
**PO Box 21394**
**Cheyenne, WY 82003**

Date(s) debt was incurred  __6/29/2017__

Last 4 digits of account number  __Mountain Crane__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,210.00**

---

**3.69**

**Nonpriority creditor's name and mailing address**

**Duffy Crane & Hauling**
**10180 Brighton Rd.**
**Henderson, CO 80640**

Date(s) debt was incurred  __10/1/2017__

Last 4 digits of account number  __Mountain Crane__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$18,854.62**

---

**3.70**

**Nonpriority creditor's name and mailing address**

**eBAC**
**5414 State Highway 34c Lot 30**
**Woodward, OK 73801**

Date(s) debt was incurred  __11/1/2016__

Last 4 digits of account number  __Mountain Crane__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$8,347.75**

---

| Debtor | **Mountain Crane Service LLC** | Case number (if known) | **18-20225** |
|---|---|---|---|
| | Name | | |

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$110.29**

**Eddie Archibald**
**600 Pioneer Rd. Apt 1320**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/29/2017**

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,621.39**

**Elko Wire Rope, Inc.**
**2425 W Bridger Road**
**SLC, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/22/2017**

Basis for the claim:  _

Last 4 digits of account number  **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Emerald OV LTD**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$220.00**

**Entero Services, LLC**
**112 S Jackson St**
**Enid, OK 73701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/1/2016**

Basis for the claim:  _

Last 4 digits of account number  **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,350.00**

**Equipment Plus, Inc**
**3031 Grand Ave. 100-136**
**Billings, MT 59102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/6/2017**

Basis for the claim:  _

Last 4 digits of account number  **846**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,916.10**

**Fairfield Inn & Suites**
**2370 East Cedar Street**
**Rawlins, WY 82301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/10/2016**

Basis for the claim:  _

Last 4 digits of account number  **2567**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,303.50**

**Fastenal Company, Inc.**
**PO BOX 1286**
**Winona, MN 55987-1286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/28/2016**

Basis for the claim:  _

Last 4 digits of account number  **1331**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Mountain Crane Service LLC** | Case number *(if known)* | **18-20225** |
|---|---|---|---|
| | Name | | |

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,171,353.20** |
|---|---|---|---|

**First National Bank of Layton**
**12 South Main**
**Layton, UT 84041**

Date(s) debt was incurred  **8/6/2014**

Last 4 digits of account number  **8852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$437,057.63** |
|---|---|---|---|

**First National Bank of Layton**
**12 South Main**
**Layton, UT 84041**

Date(s) debt was incurred  **4/15/2015**

Last 4 digits of account number  **8855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,820.84** |
|---|---|---|---|

**Freedom Truck & Trailer, LLC**
**1153 South 3600 West**
**Salt Lake City, UT 84104**

Date(s) debt was incurred  **7/18/2017**

Last 4 digits of account number  **2360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,301.11** |
|---|---|---|---|

**General Electric International**
**PO Box 533017**
**Atlanta, GA 30353-3017**

Date(s) debt was incurred  **12/19/2016**

Last 4 digits of account number  **Mountain Crane**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$270.39** |
|---|---|---|---|

**Grainger**
**Dept. 870592045**
**PO Box 419267**
**Kansas City, MO 64141-6267**

Date(s) debt was incurred  **8/16/2017**

Last 4 digits of account number  **2045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$562.35** |
|---|---|---|---|

**Green Earth Supply**
**PO Box 550092**
**Ft. Lauderdale, FL 33355**

Date(s) debt was incurred  **12/11/2017**

Last 4 digits of account number  **3156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$900.00** |
|---|---|---|---|

**Ground Penetrating Radar Syste**
**PO Box 932**
**Toledo, OH 43697**

Date(s) debt was incurred  **10/8/2017**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Mountain Crane Service LLC** | Case number *(if known)* | **18-20225** |
|---|---|---|---|
| | Name | | |

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$850.00**

**Grove U.S. L.L.C.**
**PO Box 203978**
**Dallas, TX 75320-3978**

Date(s) debt was incurred  **6/3/2016**

Last 4 digits of account number  **Mountain Crane**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,272.00**

**Gulf Coast Crane Services, LLC**
**5961 Highway 44**
**Corpus Christi, TX 78406**

Date(s) debt was incurred  **11/1/2017**

Last 4 digits of account number  **Mountain Crane**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$207,977.87**

**H&E Equipment**
**PO Box 849850**
**Dallas, TC 75284**

Date(s) debt was incurred  **11/30/2016**

Last 4 digits of account number  **4735**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,593.13**

**H&E Equipment**
**PO Box 849850**
**Dallas, TX 75284**

Date(s) debt was incurred  **4/12/2017**

Last 4 digits of account number  **7280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.81**

**H&E Equipment**
**PO Box 849850**
**Dallas, TX 75284**

Date(s) debt was incurred  **7/1/2017**

Last 4 digits of account number  **1678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,360.48**

**H&E Equipment**
**PO Box 849850**
**Dallas, TX 75284**

Date(s) debt was incurred  **2/22/2017**

Last 4 digits of account number  **5989**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,342.11**

**Herc Rentals**
**1702 N Van Buren St**
**Enid, OK 73703**

Date(s) debt was incurred  **11/7/2017**

Last 4 digits of account number  **0163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Mountain Crane Service LLC** | Case number (if known) | **18-20225** |

Name

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,000.00**

**High Plains Tehcnology Center**
**3921 34th Street**
**Woodward, OK 73801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/1/2016**

Basis for the claim: _

Last 4 digits of account number **Mountain Crane**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$54,751.15**

**Hincklease**
**2305 S Presidents Dr, Suite F**
**Salt Lake City, UT 84120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/1/2017**

Basis for the claim: _

Last 4 digits of account number **3830**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,915.52**

**Holland & Hart**
**222 Main St #2200**
**Salt Lake City, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/22/2016**

Basis for the claim: _

Last 4 digits of account number **9218**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,412.88**

**Horizon Cable Service, Inc.**
**PO Box 270895**
**Oklahoma City, OK 73137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/28/2017**

Basis for the claim: _

Last 4 digits of account number **U100**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,220.38**

**Hose & Rubber Supply, Inc**
**PO Box 158**
**Randolph, UT 84064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/27/2017**

Basis for the claim: _

Last 4 digits of account number **1512**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9.24**

**HydraPak Seals Inc.**
**3532 W Galaxy Park Place**
**West Jordan, UT 84088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/1/2017**

Basis for the claim: _

Last 4 digits of account number **1804**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$411.71**

**Hytorc**
**333 Route 17 N.**
**Mahwah, NJ 07430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/1/2017**

Basis for the claim: _

Last 4 digits of account number **N004**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mountain Crane Service LLC** | Case number (if known) | **18-20225** |
|---|---|---|---|
| | Name | | |

---

**3.99**

**Nonpriority creditor's name and mailing address**

**IBS, Inc.**
**PO Box 1717**
**Auburn, WA 98071-1717**

Date(s) debt was incurred  **10/1/2017**

Last 4 digits of account number  **3136**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$72.60

---

**3.100**

**Nonpriority creditor's name and mailing address**

**Imaginit Technologies**
**28127 Network Place**
**Chicago, IL 60673-1281**

Date(s) debt was incurred  **7/19/2017**

Last 4 digits of account number  **R001**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,171.23

---

**3.101**

**Nonpriority creditor's name and mailing address**

**Industrial Supply**
**1635 So. 300 W.**
**Salt Lake City, UT 84101**

Date(s) debt was incurred  **1/20/2017**

Last 4 digits of account number  **U117**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,903.84

---

**3.102**

**Nonpriority creditor's name and mailing address**

**Integris Bass Occupational Med**
**401 S 3rd St**
**Enid, OK 78701**

Date(s) debt was incurred  **11/30/2016**

Last 4 digits of account number  **Mountain Crane**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.103**

**Nonpriority creditor's name and mailing address**

**Intermountain Battery, Inc.**
**2775 S 300 W**
**Salt Lake City, UT 84115**

Date(s) debt was incurred  **2/2/2017**

Last 4 digits of account number  **Mountain Crane**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$9,400.21

---

**3.104**

**Nonpriority creditor's name and mailing address**

**Intermountain Electric**
**1125 S. 300 W.**
**Salt Lake City, UT 84101**

Date(s) debt was incurred  **11/1/2017**

Last 4 digits of account number  **0751**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$78.53

---

**3.105**

**Nonpriority creditor's name and mailing address**

**Intermountain Hose, Inc.**
**3544 Directors Row**
**Salt Lake City, UT 84104**

Date(s) debt was incurred  **2/9/2017**

Last 4 digits of account number  **99**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$6,801.73

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Mountain Crane Service LLC** | Case number *(if known)* | **18-20225** |
|---|---|---|---|
| | Name | | |

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,702,683.56 |

**J&S Equipment Leasing**
**5664 Green Street**
**Salt Lake City, UT 84123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/31/2013

Basis for the claim: _

Last 4 digits of account number  **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27,702.00 |

**J&S Heavy Haul, LLC**
**PO Box 1051**
**Bismarck, ND 58502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/18/2016

Basis for the claim: _

Last 4 digits of account number  **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,098.20 |

**J-Mac Radiator**
**3520 South State Street**
**Salt Lake City, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/1/2016

Basis for the claim: _

Last 4 digits of account number  **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,181.34 |

**J.H. Kaspar Oil Co.**
**305 16th Street**
**Rawlins, WY 82301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/6/2017

Basis for the claim: _

Last 4 digits of account number  **138**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jackson Group Peterbilt**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $40.45 |

**Jacob Evans**
**2361 S 225 E**
**Springville, UT 84663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/11/2018

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $520.00 |

**Jake Raines Enterprises**
**1402 Arline Avenue**
**Abington, PA 19001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/29/2016

Basis for the claim: _

Last 4 digits of account number  **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Mountain Crane Service LLC** | Case number *(if known)* | **18-20225** |
|---|---|---|---|
| | Name | | |

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16.00**

**Jeff Skewes**
**1051 S. 300 E.**
**Lehi, UT 84043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/10/2018

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$204.66**

**Jeffery Moody**
**6031 Thornscrest Way # 101**
**Kearns, UT 84118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/9/18-1/12/18

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,218.51**

**JJ Keller & Associates**
**PO Box 6609**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/8/17-1/9/18

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,068.20**

**John E. Fausett INC**
**PO Box 40**
**Fort Duchesne, UT 84026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/2/2017

Basis for the claim: _

Last 4 digits of account number  Mountain Crane

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,457.13**

**Jones Excavating Company, Inc.**
**5633 W. Axel Park Road**
**West Jordan, UT 84081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/8/2017

Basis for the claim: _

Last 4 digits of account number  MOUCRA

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,236.00**

**Jones Simkins, LLC**
**560 South 300 East**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/1/2017

Basis for the claim: _

Last 4 digits of account number  U101

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$344.37**

**Joshua R. Martin**
**987 E. Tanglewood Rd.**
**Erda, UT 84074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/11/2018

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Mountain Crane Service LLC** | Case number (if known) | **18-20225** |

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,630.12**

**Kennedy Wire Rope & Sling**
**PO Box 4016**
**Corpus Christi, TX 78469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/21/2017**

Basis for the claim: _

Last 4 digits of account number **7260**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,327.02**

**Kenworth Sales Co., Inc.**
**PO Box 27088**
**Salt Lake City, UT 84127-0088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/28/2017**

Basis for the claim: _

Last 4 digits of account number **5146**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,000.00**

**Kirk Lewis**
**2760 Quebec Court**
**Little Canada, MN 55117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/9/2017**

Basis for the claim: _

Last 4 digits of account number **Mountain Crane**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,103.57**

**Komatsu Equipment, Inc.**
**PO Box 842326**
**Dallas, TX 75284-2326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/31/17-1/12/18**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,065.88**

**Komatsu Southwest**
**P.O. Box 842326**
**Dallas, TX 75284-2326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/8/17-1/12/18**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00**

**KS&GS, LLC**
**798 Cty Rd 21**
**Beulah, ND 58523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/1/2016**

Basis for the claim: _

Last 4 digits of account number **Mountain Crane**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,793.42**

**La Sierra Truck Repair**
**50 West Gordon Ave**
**Salt Lake City, UT 84107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/30/2017**

Basis for the claim: _

Last 4 digits of account number **Mountain Crane**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Mountain Crane Service LLC** | Case number (if known) | **18-20225** |
|---|---|---|---|
| | Name | | |

---

**3.127**

**Nonpriority creditor's name and mailing address**

**Leavitt Cranes USA Inc**
**PO Box 94672**
**Seattle, WA 98124-6972**

Date(s) debt was incurred  **5/30/2017**

Last 4 digits of account number  **Mountain Crane**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$108,750.00**

---

**3.128**

**Nonpriority creditor's name and mailing address**

**LiftPlanner Software LLC**
**105 Geneva Blvd**
**Burnsville, MN 55306**

Date(s) debt was incurred  **11/13/2017**

Last 4 digits of account number  **Mountain Crane**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,775.00**

---

**3.129**

**Nonpriority creditor's name and mailing address**

**Lon Stam**
**14443 Muirwood Circle**
**Herriman, UT 84096**

Date(s) debt was incurred  **6/13/2017**

Last 4 digits of account number  **Mountain Crane**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$39,122.92**

---

**3.130**

**Nonpriority creditor's name and mailing address**

**Lon Stam  - Guardian Life**
**14443 S Muirwood Circle**
**Herriman, UT 84096**

Date(s) debt was incurred  **12/31/2014**

Last 4 digits of account number  **8764**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$139,453.00**

---

**3.131**

**Nonpriority creditor's name and mailing address**

**Lon Stam  - Stock Repurchase**
**14443 S Muirwood Circle**
**Herriman, UT 84096**

Date(s) debt was incurred  **12/31/2015**

Last 4 digits of account number  **Mountain Crane**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$375,175.04**

---

**3.132**

**Nonpriority creditor's name and mailing address**

**Luis Aguilar**
**3270 W. Lemay Ave.**
**West Valley City, UT 84119**

Date(s) debt was incurred  **12/1/17-1/11/18**

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,444.12**

---

**3.133**

**Nonpriority creditor's name and mailing address**

**Mad Dog Road Services**
**7102 S County Rd 1160**
**Midland, TX 79706**

Date(s) debt was incurred  **11/23/2016**

Last 4 digits of account number  **Mountain Crane**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,306.44**

---

| Debtor | **Mountain Crane Service LLC** | Case number *(if known)* | **18-20225** |
|---|---|---|---|
| | Name | | |

---

**3.134**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,137.50** |
|---|---|---|
| **Maga Trucking and Repair**<br>**PO Box 225**<br>**Winnemucca, NV 89446** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **11/23/2016** | Basis for the claim: _ | |
| Last 4 digits of account number  **Mountain Crane** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.135**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$982.16** |
|---|---|---|
| **Managerplus Solutions, LLC**<br>**9350 South 150 East, Ste 650**<br>**Sandy, UT 84070** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **4/22/2016** | Basis for the claim: _ | |
| Last 4 digits of account number  **A03H** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.136**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,780.48** |
|---|---|---|
| **Mansfield Oil Company**<br>**PO Box 733706**<br>**Dallas, TX 75373-3706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **1/2/2018** | Basis for the claim: _ | |
| Last 4 digits of account number  **0759** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.137**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,548.00** |
|---|---|---|
| **Mardian Equipment**<br>**221 South 35th Ave.**<br>**Phoenix, AZ 85009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **1/9/2018** | Basis for the claim: _ | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.138**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,700.00** |
|---|---|---|
| **Marquette Transportation Finan**<br>**NW 7939 Box 1450**<br>**Minneapolis, MN 55485-7939** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **4/1/2017** | Basis for the claim: _ | |
| Last 4 digits of account number  **Mountain Crane** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.139**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$513.99** |
|---|---|---|
| **Martin Guy Warr**<br>**2173  N Heritage Drive**<br>**Farr West, UT 84404** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **1/9/2018** | Basis for the claim: _ | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.140**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,880.00** |
|---|---|---|
| **Mazzella Lifting Technologies**<br>**PO Box 637435**<br>**Cincinnati, OH 45263-7435** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **7/3/2017** | Basis for the claim: _ | |
| Last 4 digits of account number  **S032** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Mountain Crane Service LLC** | Case number (if known) | **18-20225** |
|---|---|---|---|
| | Name | | |

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$71.39**

**McGee Company**
**1101 S 700 W**
**Salt Lake City, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/1/2017**

Basis for the claim: _

Last 4 digits of account number **9201**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20.55**

**McKenzie Lauren Curtis**
**1947 E Stag Hill Cir.**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/5/2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,525.00**

**MD Hydraulics**
**820 East Duarte Road**
**Monrovia, CA 91017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/1/2017**

Basis for the claim: _

Last 4 digits of account number **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Michael R. Fanning**
**Central Pension Fund**
**4115 Chesapeake St NW**
**Washington, DC 20016**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,657.46**

**Morrow Equipment Company LLC**
**PO Box 3306**
**Salem, OR 97302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/30/2017**

Basis for the claim: _

Last 4 digits of account number **0194**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,110.50**

**Mosaic Threads**
**2590 Holman Ave Ste C**
**Billings, MT 59102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/1/2017**

Basis for the claim: _

Last 4 digits of account number **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$284,104.56**

**Mountain Heavy Transport**
**393 S 2650 West**
**Salt Lake City, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/17/2017**

Basis for the claim: _

Last 4 digits of account number **0001**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Mountain Crane Service LLC** | Case number (if known) | **18-20225** |
| --- | --- | --- | --- |
| | Name | | |

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99,623.00 |
| --- | --- | --- | --- |

**Moventas**
8823 North Harborgate
Portland, OR 97203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/1/2017

Last 4 digits of account number  1542

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,286.16 |
| --- | --- | --- | --- |

**Murray Glass**
3767 S 150 E
Salt Lake City, UT 84115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/18/2016

Last 4 digits of account number  Mountain Crane

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,070.58 |
| --- | --- | --- | --- |

**Napa Auto Parts**
1317 S 700 W
Salt Lake City, UT 84104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/18/2017

Last 4 digits of account number  1492

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $296.59 |
| --- | --- | --- | --- |

**National Benefit Services, LLC**
PO Box 6980
West Jordan, UT 84084

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/7/2018

Last 4 digits of account number  _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,530.00 |
| --- | --- | --- | --- |

**Nebraska Crane**
73783 Rd 438
Bertrand, NE 68927-3000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/25/2017

Last 4 digits of account number  Mountain Crane

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $852.00 |
| --- | --- | --- | --- |

**Networkfleet, Inc.**
PO Box 975544
Dallas, TX 75397-5544

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/1/2018

Last 4 digits of account number  021S

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $525.00 |
| --- | --- | --- | --- |

**Nord West Composites**
PO Box 30043
Billings, MT 59101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/1/2017

Last 4 digits of account number  Mountain Crane

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Mountain Crane Service LLC** | Case number (if known) | **18-20225** |
|---|---|---|---|
| | Name | | |

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00**

**Omega Morgan Rigging**
PO Box 31001-2368
Pasadena, CA 91110-2368

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/1/2017__

Last 4 digits of account number  __2285__

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$227.00**

**OSCA**
PO Box 11109
Carson, CA 90749

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/26/2017__

Last 4 digits of account number  __4451__

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,515.10**

**P&K Equipment**
3802 W. Doolin Ave
Blackwell, OK 74631

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2/16/2017__

Last 4 digits of account number  __4451__

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.158** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**P2S LLC**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,674.98**

**Pac-Van Inc.**
75 Remittance Drive Suite 3300
Chicago, IL 60675

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __1/4/2017__

Last 4 digits of account number  __UCR3__

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.160** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$388.21**

**Pacific Office Automation Inc.**
14747 NW Greenbrier Pkwy
Beaverton, OR 97006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __1/9/2018__

Last 4 digits of account number  __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$152,124.38**

**Park City Towing**
4115 Atkinson Ave
Park City, UT 84098

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __5/1/2016__

Last 4 digits of account number  __Mountain Crane__

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Mountain Crane Service LLC** | Case number (if known) | **18-20225** |
|---|---|---|---|

Name

---

**3.162** | Nonpriority creditor's name and mailing address

**Paul Belcher**
5359 West 11430 North
Highland, UT 84003

Date(s) debt was incurred  **1/12/2018**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$36,981.69**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.163** | Nonpriority creditor's name and mailing address

**Paul Belcher - Guardian Life**
5359 W Woodland Drive
Highland, UT 84003

Date(s) debt was incurred  **12/31/2014**

Last 4 digits of account number  **8788**

As of the petition filing date, the claim is: *Check all that apply.*                                  **$173,744.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.164** | Nonpriority creditor's name and mailing address

**Pep Boys Fleet Services**
PO Box 8500-50445
Philadelphia, PA 19178-0445

Date(s) debt was incurred  **10/18/2017**

Last 4 digits of account number  **1534**

As of the petition filing date, the claim is: *Check all that apply.*                                        **$17.99**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.165** | Nonpriority creditor's name and mailing address

**Pete's Diesel Repair**
5701 W 700 S
Salt Lake City, UT 84104

Date(s) debt was incurred  **5/1/2017**

Last 4 digits of account number  **Mountain Crane**

As of the petition filing date, the claim is: *Check all that apply.*                                       **$851.62**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.166** | Nonpriority creditor's name and mailing address

**Peterbilt of Utah**
PO Box 27634
Salt Lake City, UT 84127

Date(s) debt was incurred  **11/3/2016**

Last 4 digits of account number  **3519**

As of the petition filing date, the claim is: *Check all that apply.*                                     **$2,330.33**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.167** | Nonpriority creditor's name and mailing address

**Peterson CAT**
1238 W 2nd Street
The Dalles, OR 97058

Date(s) debt was incurred  **5/11/2017**

Last 4 digits of account number  **0900**

As of the petition filing date, the claim is: *Check all that apply.*                                     **$6,482.30**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.168** | Nonpriority creditor's name and mailing address

**Pilot Freight Services**
PO Box 654058
Dallas, TX 75265-4058

Date(s) debt was incurred  **11/29/2017**

Last 4 digits of account number  **Mountain Crane**

As of the petition filing date, the claim is: *Check all that apply.*                                       **$791.05**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Mountain Crane Service LLC** | Case number (if known) | **18-20225** |
|---|---|---|---|
| | Name | | |

---

**3.169** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20.97**

**Pitney Bowes**
PO Box 371874
Pittsburg, PA 15250-7874

Date(s) debt was incurred  1/8/2018

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Plaint Performance Services**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$481.52**

**Point S Tire**
311 W. 200 S
Soda Springs, ID 83276

Date(s) debt was incurred  8/1/2017

Last 4 digits of account number  Mountain Crane

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,948.80**

**Power Equipment Company**
500 E. 62nd Ave
Denver, CO 80216

Date(s) debt was incurred  7/12/2016

Last 4 digits of account number  0269

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.173** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$90.00**

**Precision Truck & Trailer**
1220 S. Pioneer Rd.
Salt Lake City, UT 84104

Date(s) debt was incurred  2/8/2017

Last 4 digits of account number  Mountain Crane

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.174** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,271.24**

**Prestige Equipment Corp.**
P.O. Box 1745
Artesia, NM 88211

Date(s) debt was incurred  12/31/2017

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,296.43**

**PSS Companies**
2444 Baldwin Rd
Cleveland, OH 44194-4321

Date(s) debt was incurred  1/9/2017

Last 4 digits of account number  6056

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Mountain Crane Service LLC** | Case number (if known) | **18-20225** |
|---|---|---|---|
| | Name | | |

---

**3.176** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,800.00**

**Quality Mat**
6550 Tram Rd
Beaumont, TX 77713

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/1/2017

Basis for the claim: _

Last 4 digits of account number  Mountain Crane

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.177** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$36,616.00**

**Ralph Smith Company, Inc.**
847 W 500 S
West Bountiful, UT 84087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/26/2016

Basis for the claim: _

Last 4 digits of account number  Mountain Crane

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.178** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$670.97**

**Rasmussen Equipment**
3333 W 2100 S
West Valley City, UT 84119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/15/17-1/12/18

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.179** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00**

**Reimann Investments, LLC**
1042 East Fort Union Blvd
Midvale, UT 84047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/1/2017

Basis for the claim: _

Last 4 digits of account number  Mountain Crane

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$511.62**

**Republic Services, Inc.**
PO BOX 78829
PHOENIX, AZ 85062-8829

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/31/2017

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.181** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$176,123.00**

**Reynolds Rigging & Crane Servi**
4981 Cake Parkway
DeForest, WI 53532

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/1/2017

Basis for the claim: _

Last 4 digits of account number  Mountain Crane

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$137.70**

**Richard Hunt**
213 Country Club Drive
Stansbury Park, UT 84074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/31/2017

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com |

| Debtor | **Mountain Crane Service LLC** | Case number *(if known)* | **18-20225** |
|---|---|---|---|
| | Name | | |

---

**3.183** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,640.50**

**Richards Brandt Miller Nelson**
**PO Box 2465**
**Salt Lake City, UT 84110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/4/2017**

Basis for the claim: _

Last 4 digits of account number  **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.184** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,045.62**

**Ritter Forest Products**
**PO Box 1265**
**Nederland, TX 77627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/4/2017**

Basis for the claim: _

Last 4 digits of account number  **1238**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.185** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,045.62**

**Ritter Forest Products**
**PO Box 1265**
**Nederland, TX 77627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/4/17-1/11/18**

Basis for the claim: _

Last 4 digits of account number  **1238**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.186** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,695.83**

**Road Machinery & Supplies**
**SDS 12-0749**
**Minneapolis, MN 55486-0749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/18/2017**

Basis for the claim: _

Last 4 digits of account number  **U002**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.187** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$63.94**

**Rocky Mountain Air Solutions**
**Dept. 78716 PO Box 78000**
**Detroit, MI 48278-0716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.188** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.69**

**Rocky Mountain Water Company**
**463 West 3600 South**
**Salt Lake City, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/31/2017**

Basis for the claim: _

Last 4 digits of account number  **MOUCRA**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.189** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,143.02**

**Roper, Inc**
**2936 E Interstate 20**
**Odessa, TX 79766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/1/2016**

Basis for the claim: _

Last 4 digits of account number  **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Mountain Crane Service LLC** | Case number (if known) | **18-20225** |
|---|---|---|---|
| | Name | | |

---

**3.190** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$193.90**

Roy Justice
1202 W 200 N Apt C306
Centerville, UT 84014

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **1/6/2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.191** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,300.00**

RTL Equipment, Inc
3000 S.E. Gateway Drive
Grimes, IA 50111

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2/20/2017**

Basis for the claim: _

Last 4 digits of account number  **3116**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.192** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$184.90**

Ruco Leasing, Inc
916 North Red Rock Road
St. George, UT 84770

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **10/19/2016**

Basis for the claim: _

Last 4 digits of account number  **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.193** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,002.21**

Rush Truck Center, Inc.
Interstate Billing Service, Inc
PO Box 2208
Decatur, AL 35609

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **5/3/2017**

Basis for the claim: _

Last 4 digits of account number  **7651**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.194** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,900.00**

Sabey Trucking, Inc.
200 West Center Street
Woodruff, UT 84086

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **7/1/2017**

Basis for the claim: _

Last 4 digits of account number  **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.195** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$111.74**

Salt Lake City Corp
PO Box 145458
Salt Lake City, UT 84114-5458

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **12/21/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.196** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$590.37**

Sanpete Diesel Service
824 South 500 West
Manti, UT 84642

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **8/1/2017**

Basis for the claim: _

Last 4 digits of account number  **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Mountain Crane Service LLC** | Case number (if known) | **18-20225** |
|---|---|---|---|
| | Name | | |

---

**3.197**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,300.00 |
|---|---|---|
| **Saunders Outdoor Advertising,** | ☐ Contingent | |
| **1764 W 2900 S** | ☐ Unliquidated | |
| **Ogden, UT 84401** | ☐ Disputed | |
| Date(s) debt was incurred  **1/1/2016** | Basis for the claim: _ | |
| Last 4 digits of account number  **Mountain Crane** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.198**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,476.70 |
|---|---|---|
| **Scheels First Bankcard** | ☐ Contingent | |
| **PO Box 2557** | ☐ Unliquidated | |
| **Omaha, NE 68103-2557** | ☐ Disputed | |
| Date(s) debt was incurred  **8/9/2016** | Basis for the claim: _ | |
| Last 4 digits of account number  **6153** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.199**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,813.60 |
|---|---|---|
| **Scott-Macon Equipment Rental I** | ☐ Contingent | |
| **800 3rd Ave, 16th Floor** | ☐ Unliquidated | |
| **New York, NY 10022** | ☐ Disputed | |
| Date(s) debt was incurred  **5/1/2017** | Basis for the claim: _ | |
| Last 4 digits of account number  **4473** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.200**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,974.94 |
|---|---|---|
| **Siemens Financial** | ☐ Contingent | |
| **PO Box 2083** | ☐ Unliquidated | |
| **Carol Stream, IL 60132-2083** | ☐ Disputed | |
| Date(s) debt was incurred  **9/29/2015** | Basis for the claim: _ | |
| Last 4 digits of account number  **4000** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.201**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,668.60 |
|---|---|---|
| **Siemens Financial** | ☐ Contingent | |
| **PO Box 2083** | ☐ Unliquidated | |
| **Carol Stream, IL 60132-2083** | ☐ Disputed | |
| Date(s) debt was incurred  **9/29/2015** | Basis for the claim: _ | |
| Last 4 digits of account number  **5000** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.202**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,787.89 |
|---|---|---|
| **Siemens Financial** | ☐ Contingent | |
| **PO Box 2083** | ☐ Unliquidated | |
| **Carol Stream, IL 60132-2083** | ☐ Disputed | |
| Date(s) debt was incurred  **11/3/2015** | Basis for the claim: _ | |
| Last 4 digits of account number  **1000** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.203**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,872.07 |
|---|---|---|
| **Siemens Financial** | ☐ Contingent | |
| **PO Box 2083** | ☐ Unliquidated | |
| **Carol Stream, IL 60132-2083** | ☐ Disputed | |
| Date(s) debt was incurred  **11/3/2015** | Basis for the claim: _ | |
| Last 4 digits of account number  **2000** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Mountain Crane Service LLC** | Case number *(if known)* | **18-20225** |
|---|---|---|---|
| | Name | | |

---

**3.204** | Nonpriority creditor's name and mailing address

**Six States Distribution**
**28534 Network Place**
**Chicago, IL 60673-1285**

Date(s) debt was incurred  **12/20/2016**

Last 4 digits of account number  **1760**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,442.10**

---

**3.205** | Nonpriority creditor's name and mailing address

**Southwest Visa Chase**
**PO Box 94014**
**Palatine, IL 60094**

Date(s) debt was incurred  **10/3/2016**

Last 4 digits of account number  **9538**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$87,768.43**

---

**3.206** | Nonpriority creditor's name and mailing address

**Spiffy Biffs**
**1414 Continental Ave**
**Bismarck, ND 58504**

Date(s) debt was incurred  **5/20/2017**

Last 4 digits of account number  **UNTC**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$534.41**

---

**3.207** | Nonpriority creditor's name and mailing address

**Staples Contract & Commercial**
**500 Staples Drive**
**Farmington, MA 01702**

Date(s) debt was incurred  **2/18/2017**

Last 4 digits of account number  **8491**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,260.42**

---

**3.208** | Nonpriority creditor's name and mailing address

**Star Specialized Transport, LL**
**PO Box 607**
**Lockney, TX 79241**

Date(s) debt was incurred  **10/17/2016**

Last 4 digits of account number  **Mountain Crane**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$41,300.00**

---

**3.209** | Nonpriority creditor's name and mailing address

**Steel Coatings Inc.**
**410 S 2650 W**
**Salt Lake City, UT 84104**

Date(s) debt was incurred  **8/1/2017**

Last 4 digits of account number  **MOUCRA**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,788.55**

---

**3.210** | Nonpriority creditor's name and mailing address

**Steve Sharp Transportation**
**PO Box 160**
**Cokeville, WY 83114**

Date(s) debt was incurred  **9/25/2017**

Last 4 digits of account number  **Mountain Crane**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$65,500.00**

---

| Debtor | **Mountain Crane Service LLC** | Case number *(if known)* | **18-20225** |
|---|---|---|---|
| | Name | | |

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,045.00** |
|---|---|---|---|

**Stone Passion**
**4503 Dixie Ann Drive**
**West Valley City, UT 84119**

Date(s) debt was incurred  **9/1/2017**

Last 4 digits of account number  **Mountain Crane**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,900.00** |
|---|---|---|---|

**STS, LLC**
**200 Railroad Street**
**Comfrey, MN 56019**

Date(s) debt was incurred  **5/1/2017**

Last 4 digits of account number  **Mountain Crane**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Style-Crete**
**393 S 2650 West**
**Salt Lake City, UT 84104**

Date(s) debt was incurred  **1/26/2017**

Last 4 digits of account number  **0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,307.41** |
|---|---|---|---|

**Sunstate Equipment Co.**
**PO Box 52581**
**Phoenix, AZ 85072**

Date(s) debt was incurred  **12/31/17-1/12/17**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$103.00** |
|---|---|---|---|

**Syn-Tech Systems, INC.**
**100 Four Points Way**
**Tallahassee, FL 32305**

Date(s) debt was incurred  **8/23/2017**

Last 4 digits of account number  **MOUCRA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,449.55** |
|---|---|---|---|

**Tadano America Corporation**
**4242 West Greens Road**
**Houston, TX 77066**

Date(s) debt was incurred  **9/6/2016**

Last 4 digits of account number  **0265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$152.00** |
|---|---|---|---|

**Technology Two**
**809 S 14th #C**
**Dodge City, KS 67801**

Date(s) debt was incurred  **6/29/2016**

Last 4 digits of account number  **6461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Mountain Crane Service LLC** | Case number (if known) | **18-20225** |
|---|---|---|---|
| | Name | | |

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$155,132.98** |
|---|---|---|---|

**Terex Financial Services**
**12460 Collections Center Dr.**
**Chicago, IL 60693-0124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/1/2017**

Basis for the claim:  _

Last 4 digits of account number  **0514**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$395.18** |
|---|---|---|---|

**The Ragman Co, Inc.**
**4404 West 2100 South**
**Salt Lake City, UT 84120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/23/2017**

Basis for the claim:  _

Last 4 digits of account number  **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,349.50** |
|---|---|---|---|

**The Schriever Law Firm**
**57 East 800 North**
**Spanish Fork, UT 84660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/8/2017**

Basis for the claim:  _

Last 4 digits of account number  **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$632.50** |
|---|---|---|---|

**The Tire Den Inc.**
**202 Industrial Drive**
**Rock Springs, WY 82901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/14/2016**

Basis for the claim:  _

Last 4 digits of account number  **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Thomas Trucking**
**PO Box 607**
**Lockney, TX 79241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/31/2016**

Basis for the claim:  _

Last 4 digits of account number  **Mountain Crane**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$111.30** |
|---|---|---|---|

**Timothy A. Bailey**
**7014 S. 2200 W.**
**West Jordan, UT 84084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/20/17-1/12/18**

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125,351.12** |
|---|---|---|---|

**Tom Randall Distributing**
**415 North Sugar Street**
**Layton, UT 84041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/26/2016**

Basis for the claim:  _

Last 4 digits of account number  **1184**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Mountain Crane Service LLC** | Case number (if known) | **18-20225** |
|---|---|---|---|
| | Name | | |

---

**3.225**  **Nonpriority creditor's name and mailing address**

**Top Tool Supply & Service**
**9328 S Hawley Park Road**
**West Jordan, UT 84081**

Date(s) debt was incurred  **12/1/2016**

Last 4 digits of account number  **Mountain Crane**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,194.92**

---

**3.226**  **Nonpriority creditor's name and mailing address**

**Total Safety U.S., Inc.**
**PO Box 654171**
**Dallas, TX 75265-4171**

Date(s) debt was incurred  **8/12/2016**

Last 4 digits of account number  **7197**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$16,400.70**

---

**3.227**  **Nonpriority creditor's name and mailing address**

**TQL**
**Reference#8545515**
**PO Box 634558**
**Cincinnati, OH 45263-4558**

Date(s) debt was incurred  **5/9/2017**

Last 4 digits of account number  **5459**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$14,900.00**

---

**3.228**  **Nonpriority creditor's name and mailing address**

**Travis L. Horton**
**5527 West Bellagio Way**
**Herriman, UT 84096**

Date(s) debt was incurred  **1/11/2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$907.21**

---

**3.229**  **Nonpriority creditor's name and mailing address**

**Trent Poulsen**
**1204 E 3200 N**
**North Ogden, UT 84414**

Date(s) debt was incurred  **12/31/2017**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$186.66**

---

**3.230**  **Nonpriority creditor's name and mailing address**

**Trestlewood**
**PO Box 1050**
**Pleasant Grove, UT 84062**

Date(s) debt was incurred  **2/24/2017**

Last 4 digits of account number  **8324**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,496.35**

---

**3.231**  **Nonpriority creditor's name and mailing address**

**Tri-State Oil Reclaimers**
**1770 Otto Rd**
**Cheyenne, WY 82001**

Date(s) debt was incurred  **5/1/2017**

Last 4 digits of account number  **Mountain Crane**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,313.50**

---

| Debtor | **Mountain Crane Service LLC** | Case number (if known) | **18-20225** |
|---|---|---|---|
| | Name | | |

| 3.232 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,047,487.81** |
|---|---|---|---|

**Trinity Logistics Inc**
**PO Box 62702**
**Baltimore, MD 21264-2702**

Date(s) debt was incurred **3/1/2017**

Last 4 digits of account number **Mountain Crane**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19,850.96** |
|---|---|---|---|

**TSA Specialized, LLC**
**213 South Geneva Road**
**Lindon, UT 84042**

Date(s) debt was incurred **5/9/2017**

Last 4 digits of account number **Mountain Crane**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$955.51** |
|---|---|---|---|

**Tyler R. Poulsen**
**146 W Frontier Cir.**
**Farmington, UT 84025**

Date(s) debt was incurred **12/21/17-1/9/18**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,922.26** |
|---|---|---|---|

**UniFirst Corporation**
**1024 South 200 West**
**Salt Lake City, UT 84101**

Date(s) debt was incurred **10/25/17-1/10/18**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$492.43** |
|---|---|---|---|

**Unitech LC**
**2700 South 900 West**
**Salt Lake City, UT 84119**

Date(s) debt was incurred **8/29/2017**

Last 4 digits of account number **Mountain Crane**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,887.44** |
|---|---|---|---|

**United Rentals, Inc.**
**Lockbox 840514**
**1950 N Stemmons Frwy. ste. 5010**
**Dallas, TX 75207**

Date(s) debt was incurred **1/12/2018**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$21,745.11** |
|---|---|---|---|

**United Visa Chase**
**PO Box 94014**
**Palatine, IL 60094-4014**

Date(s) debt was incurred **10/19/2016**

Last 4 digits of account number **9031**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Mountain Crane Service LLC** | Case number (if known) | **18-20225** |
|---|---|---|---|
| | Name | | |

---

**3.239** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57,200.00**

**US logistics**
**PO Box 14309**
**Cincinnati, OH 45250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **8/1/2017**

Basis for the claim:  _

Last 4 digits of account number   **Mountain Crane**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.240** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,365.13**

**Utah Barricade Company, Inc**
**3232 Redwood Rd**
**West Valley City, UT 84119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **7/14/2016**

Basis for the claim:  _

Last 4 digits of account number   **9140**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.241** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.64**

**Utah Tank and Trailer**
**2255 S 5370 W**
**West Valley, UT 84120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **5/3/2017**

Basis for the claim:  _

Last 4 digits of account number   **Mountain Crane**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.242** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,850.00**

**Utah Trucking Association**
**4183  W 2100 S**
**West Valley, UT 84120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **11/1/2016**

Basis for the claim:  _

Last 4 digits of account number   **Mountain Crane**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.243** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,644.10**

**Utility Trailer Sales of Utah**
**4970 2100 S**
**Salt Lake City, UT 84120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2/20/2017**

Basis for the claim:  _

Last 4 digits of account number   **Mountain Crane**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.244** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,241.82**

**Verizon**
**PO Box 660108**
**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **Jan-18**

Basis for the claim:  _

Last 4 digits of account number   **0001**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.245** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,326.82**

**Verizon**
**PO Box 660108**
**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **Jan-18**

Basis for the claim:  _

Last 4 digits of account number   **0005**

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Mountain Crane Service LLC** | | Case number (if known) | **18-20225** |
|---|---|---|---|---|
| | Name | | | |

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$103.62** |
|---|---|---|---|
| | **Verizon**<br>**PO Box 660108**<br>**Dallas, TX 75266-0108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **Jan-18** | **Basis for the claim:** _ | |
| | Last 4 digits of account number  **0006** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$693.52** |
|---|---|---|---|
| | **Verizon**<br>**PO Box 660108**<br>**Dallas, TX 75266-0108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **Jan-18** | **Basis for the claim:** _ | |
| | Last 4 digits of account number  **0009** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$168,377.00** |
|---|---|---|---|
| | **Vern Belcher - Guardian Life**<br>**5870 Silver Summit Parkway**<br>**Park City, UT 84098** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **12/31/2014** | **Basis for the claim:** _ | |
| | Last 4 digits of account number  **8771** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$375,175.04** |
|---|---|---|---|
| | **Vern Belcher - Stock Repurchase**<br>**5870 Silver Summit Parkway**<br>**Park City, UT 84098** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **12/31/2015** | **Basis for the claim:** _ | |
| | Last 4 digits of account number  **Mountain Crane** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,815.31** |
|---|---|---|---|
| | **Vernon H Belcher**<br>**5850 Silver Summit Parkway**<br>**Park City, UT 84098** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **3/1/2016** | **Basis for the claim:** _ | |
| | Last 4 digits of account number  **Mountain Crane** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,037.00** |
|---|---|---|---|
| | **Vernon Mortenson**<br>**689 W 7950 S**<br>**Willard, UT 84340** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **6/24/2017** | **Basis for the claim:** _ | |
| | Last 4 digits of account number  **Mountain Crane** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,786.00** |
|---|---|---|---|
| | **Viant Crane Service, LLC**<br>**2105 N 58th St. Suite 200**<br>**Superior, WI 54880** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2/23/2017** | **Basis for the claim:** _ | |
| | Last 4 digits of account number  **Mountain Crane** | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Mountain Crane Service LLC** | | Case number *(if known)* | **18-20225** |
|---|---|---|---|---|
| | Name | | | |

---

**3.253**

Nonpriority creditor's name and mailing address

**ViCar Inc**
**3984 500 W**
**Murray, UT 84123**

Date(s) debt was incurred   **11/3/2017**

Last 4 digits of account number   **Mountain Crane**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$8,344.16**

---

**3.254**

Nonpriority creditor's name and mailing address

**Viking Mat Company**
**PO Box 842612**
**Dallas, TX 75284-2612**

Date(s) debt was incurred   **5/1/2017**

Last 4 digits of account number   **Mountain Crane**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$5,680.00**

---

**3.255**

Nonpriority creditor's name and mailing address

**Vision Service Plan**
**PO Box 742788**
**Los Angeles, CA 90074-2788**

Date(s) debt was incurred   **1/1/2018**

Last 4 digits of account number   **0001**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$448.00**

---

**3.256**

Nonpriority creditor's name and mailing address

**VMS Logistics, Corp.**
**2271 N Washington Blvd**
**North Ogden, UT 84414**

Date(s) debt was incurred   **5/30/2017**

Last 4 digits of account number   **Mountain Crane**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$33,207.45**

---

**3.257**

Nonpriority creditor's name and mailing address

**W & D Crane Rentals, LLC**
**PO Box 2047**
**Meridian, MS 39302**

Date(s) debt was incurred   **7/1/2017**

Last 4 digits of account number   **Mountain Crane**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$4,801.91**

---

**3.258**

Nonpriority creditor's name and mailing address

**W.A.S.P.S**
**874 West 26th Street #103**
**Ogden, UT 84401**

Date(s) debt was incurred   **7/20/2017**

Last 4 digits of account number   **Mountain Crane**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$387.75**

---

**3.259**

Nonpriority creditor's name and mailing address

**Warren Cat**
**1101 South FM 1912**
**Amarillo, TX 79118**

Date(s) debt was incurred   **4/1/2017**

Last 4 digits of account number   **Mountain Crane**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$1,761.68**

---

| Debtor | **Mountain Crane Service LLC** | Case number (if known) | **18-20225** |
|---|---|---|---|
| | Name | | |

---

**3.260**

**Nonpriority creditor's name and mailing address**
**Wayne Southam**
**14473 Russian Frost Dr**
**Herriman, UT 84096**

Date(s) debt was incurred  **1/8/18-1/9/18**

Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  _**

Is the claim subject to offset? ■ No  ☐ Yes

**$313.33**

---

**3.261**

**Nonpriority creditor's name and mailing address**
**Wells Fargo Equipment Finance**
**PO Box 856937**
**Minneapolis, MN 55485-6937**

Date(s) debt was incurred  **9/1/2017**

Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  _**

Is the claim subject to offset? ■ No  ☐ Yes

**$181,061.34**

---

**3.262**

**Nonpriority creditor's name and mailing address**
**West Valley Tire, Inc.**
**PO Box 26306**
**Salt Lake City, UT 84126-0306**

Date(s) debt was incurred  **2/23/2017**

Last 4 digits of account number  **Mountain Crane**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  _**

Is the claim subject to offset? ■ No  ☐ Yes

**$57,954.00**

---

**3.263**

**Nonpriority creditor's name and mailing address**
**Western Heavy Haul, Inc.**
**PO Box 672**
**Prineville, OR 97754**

Date(s) debt was incurred  **3/9/2017**

Last 4 digits of account number  **Mountain Crane**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:  _**

Is the claim subject to offset? ■ No  ☐ Yes

**$106,309.00**

---

**3.264**

**Nonpriority creditor's name and mailing address**
**Western States Crane Consultin**
**5050 West 150 South**
**Salt Lake City, UT 84104-6011**

Date(s) debt was incurred  **5/9/2017**

Last 4 digits of account number  **Mountain Crane**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  _**

Is the claim subject to offset? ■ No  ☐ Yes

**$16,405.14**

---

**3.265**

**Nonpriority creditor's name and mailing address**
**Wheeler Machinery**
**PO Box 413071**
**Salt Lake City, UT 84141-3071**

Date(s) debt was incurred  **6/1/2017**

Last 4 digits of account number  **0890**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  _**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,955.25**

---

**3.266**

**Nonpriority creditor's name and mailing address**
**Williams Scotsman, INC.**
**PO BOX 91975**
**Chicago, IL 60693-1975**

Date(s) debt was incurred  **5/1/2017**

Last 4 digits of account number  **8008**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  _**

Is the claim subject to offset? ■ No  ☐ Yes

**$52,135.55**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | **Mountain Crane Service LLC** | Case number *(if known)* | **18-20225** |
|---|---|---|---|
| | Name | | |

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37.90 |
|---|---|---|---|

**WorkforceQA**
**1430 South Main Street**
**Salt Lake City, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/30/2017**

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $101.74 |
|---|---|---|---|

**Xcel Energy**
**P.O. Box 9477**
**Minneapolis, MN 55484-9477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/17-1/8/18**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,002.56 |
|---|---|---|---|

**Ziegler CAT**
**901 West 94th Street**
**Minneapolis, MN 55420-4236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/5/2017**

Basis for the claim: _

Last 4 digits of account number  **9140**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $201,417.79 |
|---|---|---|---|

**Zions Bank**
**1875 Redwood Rd**
**Salt Lake City, UT 84104-5112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/30/2016**

Basis for the claim: _

Last 4 digits of account number  **Mountain Crane**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bell Nunnally & Martin LLP**<br>**3232 McKinney Ave #1400**<br>**Dallas, TX 75204** | Line  **3.87**<br><br>☐ Not listed. Explain ____ | **444N** |
| 4.2 | **Bradley Jones**<br>**Continental Bank**<br>**15 W South Temple #420**<br>**Salt Lake City, UT 84101** | Line  **3.50**<br><br>☐ Not listed. Explain ____ | **7195** |
| 4.3 | **Dorsey & Whitney**<br>**111 S Main St #2100**<br>**Salt Lake City, UT 84111** | Line  **3.261**<br><br>☐ Not listed. Explain ____ | **7030** |
| 4.4 | **Hawaii Health and Welfare Trust Fund**<br>**Weinberg Roger & Rosenfeld**<br>**220 S King St #901**<br>**Honolulu, HI 96813** | Line  _<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Mountain Crane Service LLC** | Case number (if known) | **18-20225** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

| 4.5 | **Hawaii Operating Engineers Annuity Trust**<br>**Weinberg Roger & Rosenfeld**<br>**220 S King St #901**<br>**Honolulu, HI 96813** | Line __<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Manning Curtis Bradshaw & Bednar**<br>**136 E South Temple #1300**<br>**Salt Lake City, UT 84111** | Line **3.41**<br><br>☐ Not listed. Explain ____ | **7417** |
| 4.7 | **O'Donoghue & O'Donoghue LLP**<br>**5301 Wisconsin Ave NW #800**<br>**Washington, DC 20015** | Line **3.144**<br><br>☐ Not listed. Explain ____ | **54RC** |
| 4.8 | **Operating Engineers and Participating...**<br>**Weinberg Roger & Rosenfeld**<br>**220 S King St #901**<br>**Honolulu, HI 96813** | Line __<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Operating Engineers Industry Stabilizati**<br>**Weinberg Roger & Rosenfeld**<br>**220 S King St #901**<br>**Honolulu, HI 96813** | Line __<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Operating Engineers Local Union No. 3**<br>**Weinberg Roger & Rosenfeld**<br>**220 S King St #901**<br>**Honolulu, HI 96813** | Line __<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Parr Brown Gee & Loveless**<br>**101 S 200 E #700**<br>**Salt Lake City, UT 84111** | Line **3.9**<br><br>☐ Not listed. Explain ____ | **2303** |
| 4.12 | **Prince Yeates & Geldzahler**<br>**15 W South Temple #1700**<br>**Salt Lake City, UT 84101** | Line **3.50**<br><br>☐ Not listed. Explain ____ | **7195** |
| 4.13 | **Richard J. Carling**<br>**420 E South Temple #470**<br>**Salt Lake City, UT 84111** | Line **3.38**<br><br>☐ Not listed. Explain ____ | **2203** |
| 4.14 | **Richard J. Carling**<br>**420 E South Temple #470**<br>**Salt Lake City, UT 84111** | Line **3.110**<br><br>☐ Not listed. Explain ____ | **2203** |
| 4.15 | **Strong & Hanni**<br>**102 S 200 E #800**<br>**Salt Lake City, UT 84111** | Line **3.170**<br><br>☐ Not listed. Explain ____ | **7572** |
| 4.16 | **Strong & Hanni**<br>**102 S 200 E #800**<br>**Salt Lake City, UT 84111** | Line **3.158**<br><br>☐ Not listed. Explain ____ | **7572** |
| 4.17 | **Strong & Hanni**<br>**102 S 200 E #800**<br>**Salt Lake City, UT 84111** | Line **3.73**<br><br>☐ Not listed. Explain ____ | **7572** |

| Debtor | **Mountain Crane Service LLC** | Case number *(if known)* | **18-20225** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.18 | **Trustees of the Operating Engineers' Tru**<br>**Weinberg Roger & Rosenfeld**<br>**220 S King St #901**<br>**Honolulu, HI 96813** | Line __<br>☐ Not listed. Explain ____ | __ |
| 4.19 | **Weinberg Roger & Rosenfeld**<br>**220 S King St #901**<br>**Honolulu, HI 96813** | Line __<br>☐ Not listed. Explain ____ | **KKSC** |
| 4.20 | **Weinberg Roger & Rosenfeld**<br>**220 S King St #901**<br>**Honolulu, HI 96813** | Line __<br>☐ Not listed. Explain ____ | __ |
| 4.21 | **Weinberg Roger & Rosenfeld**<br>**220 S King St #901**<br>**Honolulu, HI 96813** | Line __<br>☐ Not listed. Explain ____ | __ |
| 4.22 | **Weinberg Roger & Rosenfeld**<br>**220 S King St #901**<br>**Honolulu, HI 96813** | Line __<br>☐ Not listed. Explain ____ | __ |
| 4.23 | **Weinberg Roger & Rosenfeld**<br>**220 S King St #901**<br>**Honolulu, HI 96813** | Line __<br>☐ Not listed. Explain ____ | __ |
| 4.24 | **Weinberg Roger & Rosenfeld**<br>**220 S King St #901**<br>**Honolulu, HI 96813** | Line __<br>☐ Not listed. Explain ____ | __ |
| 4.25 | **Weinberg Roger & Rosenfeld**<br>**220 S King St #901**<br>**Honolulu, HI 96813** | Line **2.21**<br>☐ Not listed. Explain ____ | __ |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 518,574.90 |
| **5b. Total claims from Part 2** | 5b. + | $ 11,028,686.23 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 11,547,261.13 |

**Fill in this information to identify the case:**

Debtor name **Mountain Crane Service LLC**

United States Bankruptcy Court for the: DISTRICT OF UTAH

Case number (if known) **18-20225**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Peterbuilt Service Truck & Trailer Original Date: 11/20/2015 Maturity Date: 11/20/2020 Term: 60 Months Monthly Payments: $2,560.95** | |
| State the term remaining | **34 Months** | |
| List the contract number of any government contract | | **Axis Capital** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **2012 Liebherr LTR1100 S/N 097393 (MC #HCR-110-1) Original Date: 6/7/2012 Maturity Date: 7/5/2019 Term: 84 Months Monthly Payment: $12,553.49** | |
| State the term remaining | **24 Months** | |
| List the contract number of any government contract | | **Continental Bank 15 W South Temple #300 Salt Lake City, UT 84101** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **2001 Kenworth HH-13 & TL-114 Original Date: 6/28/2013 Maturity Date: 7/28/2018 Term: 60 Months Monthly Payments: $3,840.45** | |
| State the term remaining | **5 Months** | |
| List the contract number of any government contract | | **Continental Bank 15 W South Temple #300 Salt Lake City, UT 84101** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Mountain Crane Service LLC** | | Case number *(if known)* | **18-20225** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **2012 Grove RT890E S/N 232075 (MC #RT-90-15) 2014 Grove RT890E S/N 234514 (MC #RT-90-17) Original Date: 10/31/2014 Maturity Date: 10/31/2021 Term: 84 Months Monthly Payments: $20,147.88** | |
|---|---|---|---|
| | State the term remaining | **50 Months** | |
| | List the contract number of any government contract | | **Continental Bank 15 W South Temple #300 Salt Lake City, UT 84101** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **2008 Grove RT760E S/N 228284 (MC #RT-60-4) Original Date: 5/31/2013 Maturity Date: 5/31/2018 Term: 60 Months Monthly Payments: $2,905.80** | |
|---|---|---|---|
| | State the term remaining | **11 Months** | |
| | List the contract number of any government contract | | **GE Finance** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **2008 Grove RT540E S/N 228253 (MC #RT-40-1) Original Date: 5/31/2013 Maturity Date: 5/31/2018 Term: 60 Months Monthly Payments: $4,589.80** | |
|---|---|---|---|
| | State the term remaining | **11 Months** | |
| | List the contract number of any government contract | | **GE Finance** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **2013 Grove 6300L Tier4I S/N W09300640DWG12040 (MC #AT-350-1) Original Date: 10/1/2013 Maturity Date: 11/1/2020 Term: 84 Months Monthly Payments: $22,681.29** | |
|---|---|---|---|
| | State the term remaining | **39 Months** | **GE Finance** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Mountain Crane Service LLC** | | | Case number (*if known*) | **18-20225** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **2013 Manitowoc 2250 S/N 2251378 (MC #CR-300-4)** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Manitowoc** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **2015 Liebherr LTM 1200-5.1 S/N WLFA54BZ6GEZZ0037 (MC #AT-275-8) Original Date: 1/1/2016 Maturity Date: 1/1/2021 Term: 60 Months Monthly Payments: $15,608.32** |
|---|---|---|
| | State the term remaining | **36 Months** |
| | List the contract number of any government contract | **Schuch Mountain** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **2009 Grove 4115 S/N W091004509WG12292 (MC #AT-115-2) Original Date: 4/1/2017 Maturity Date: 3/31/2021 Term: 48 Months Monthly Payments: $8,809.00** |
|---|---|---|
| | State the term remaining | **39 Months** |
| | List the contract number of any government contract | **Schuch Mountain** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Freightliner Semis x 5 Original Date: 4/16/2015 Maturity Date: 4/16/2018 Term: 36 Months Monthly Payments: $7,419.48** |
|---|---|---|
| | State the term remaining | **3 Months** |
| | List the contract number of any government contract | **TCF Equipment Finance PO Box 77077 Minneapolis, MN 55480-7777** |

| Debtor 1 | **Mountain Crane Service LLC** | | Case number *(if known)* | **18-20225** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **2012 Ford F550 Service Truck TK-42 Original Date: 12/20/2016 Maturity Date: 12/20/2018 Term: 25 Months Monthly Payments: $1,064.33** | |
|---|---|---|---|
| | State the term remaining | **12 Months** | |
| | List the contract number of any government contract | | **Trans Lease** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **2014 International BT-40-2 Original Date: 12/20/2016 Maturity Date: 12/20/2019 Term: 36 Months Monthly Payments: $4,879.46** | |
|---|---|---|---|
| | State the term remaining | **23 Months** | |
| | List the contract number of any government contract | | **Trans Lease** |

**Fill in this information to identify the case:**

Debtor name     **Mountain Crane Service LLC**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    **18-20225**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | | Name | *Check all schedules that apply:* |
|---|---|---|---|---|---|
| 2.1 | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | |
| | | City          State          Zip Code | | | |
| 2.2 | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | |
| | | City          State          Zip Code | | | |
| 2.3 | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | |
| | | City          State          Zip Code | | | |
| 2.4 | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | |
| | | City          State          Zip Code | | | |

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | **Mountain Crane Service LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH |
| Case number (if known) | **18-20225** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01-31-18          X _____
                                  Signature of individual signing on behalf of debtor

                                  **Paul Belcher**
                                  Printed name

                                  **Managing Member**
                                  Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name    **Mountain Crane Service LLC**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known)   **18-20225**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/16**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ☐ Operating a business<br>■ Other   **Operating a business (unaudited) (through 1/13/18)** | **$941,677.00** |
| **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ☐ Operating a business<br>■ Other   **Operating a business (unaudited)** | **$52,215,833.00** |
| **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$49,914,045.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | | **$0.00** |
| **For prior year:**<br>From **1/01/2017** to **12/31/2017** | **(unaudited)** | **$54,297.00** |
| **For year before that:**<br>From **1/01/2016** to **12/31/2016** | | **$59,699.00** |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Mountain Crane Service LLC** | Case number *(if known)* | **18-20225** |

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Accutrac Capital ITC Inc.**<br>**1630 Goodman Rd E #1**<br>**Southaven, MS 38671** | **12/11/2017** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Transport** |
| 3.2. | **Adam B. Parker**<br>**195 Pioneer Rd**<br>**Soda Springs, ID 83276** | **10/2017-1/20**<br>**18** | **$41,277.16** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Reimbursements of**<br>**operating expenses of the**<br>**company advanced on personal**<br>**credit cards** |
| 3.3. | **Alliance Funding Group**<br>**3745 W Chapman Ave #200**<br>**Orange, CA 92868** | **10/2017-12/2**<br>**017** | **$22,258.44** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **Ally**<br>**PO Box 380901**<br>**Bloomington, MN 55438** | **10/2017-12/2**<br>**017** | **$11,954.72** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **ATS Specialized Inc.**<br>**LBX 7130**<br>**PO Box 1450**<br>**Minneapolis, MN 55485** | **10/2017-11/2**<br>**017** | **$20,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Transport** |
| 3.6. | **Axis Capital**<br>**308 N Locust St #100**<br>**Grand Island, NE 68801** | **10/2017-12/2**<br>**017** | **$7,682.85** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Mountain Crane Service LLC**                                Case number *(if known)*  **18-20225**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.7.  **Bank of America - MTN Crane**<br>PO Box 15796<br>Wilmington, DE 19886 | 10/2017-12/2017 | $3,850.77 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8.  **Bank of America - PC Tow**<br>PO Box 15796<br>Wilmington, DE 19886 | 10/2017-12/2017 | $90,000.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9.  **BBVA Compass Equipment**<br>PO Box 674355<br>Dallas, TX 75267 | 10/2017-1/2018 | $540,326.71 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10.  **Bigge Equipment Co.**<br>PO Box 205220<br>Dallas, TX 75320 | 10/2017-11/2017 | $53,731.62 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Equipment rental** |
| 3.11.  **Bronson Crane**<br>PO Box 2048<br>West Jordan, UT 84084 | 12/21/2017 | $34,562.42 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Equipment rental**<br>**Waived lien rights for payment** |
| 3.12.  **BSN Sports, LLC**<br>PO Box 660176<br>Dallas, TX 75266 | 12/31/2017 | $6,711.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Advertising** |
| 3.13.  **Buckner Heavylift Cranes**<br>4732 NC Highway 54 E<br>Graham, NC 27253 | 12/8/2017 | $38,435.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Equipment rental**<br>**Lien rights satisfied by**<br>**payment** |

Debtor    **Mountain Crane Service LLC**                                                    Case number (if known)  **18-20225**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.14. | **Cheuck Yick Industrial Limited**<br>**20 W 22nd St #706**<br>**New York, NY 10010** | **11/2017-1/20**<br>**18** | **$141,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.15. | **City of Carlsbad**<br>**PO Box 1569**<br>**Carlsbad, NM 88221** | **10/2017-1/20**<br>**18** | **$7,089.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Waste disposal** |
| 3.16. | **Cleveland Crane & Shovel Sales**<br>**26781 Cannon Rd**<br>**Cleveland, OH 44146** | **11/2017-12/2**<br>**017** | **$182,754.66** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Equipment rental**<br>**At least $164,000 COD** |
| 3.17. | **Coast 2 Coast Logistics**<br>**4003 Crater Lake Hwy**<br>**Medford, OR 97504** | **10/2017-11/2**<br>**017** | **$77,575.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Transport** |
| 3.18. | **Colson Services Corp**<br>**2 Hanson Place 7th Fl**<br>**Brooklyn, NY 11217** | **11/2017-1/20**<br>**18** | **$36,699.54** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.19. | **Commercial Credit Group**<br>**PO Box 60121**<br>**Charlotte, NC 28260** | **10/2017-1/20**<br>**18** | **$384,910.26** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.20. | **Continental Bank**<br>**15 W South Temple #300**<br>**Salt Lake City, UT 84101** | **10/2017-12/2**<br>**017** | **$24,872.26** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.21. | **CTC Transportation**<br>**PO Box 488**<br>**Euless, TX 76039** | **11/2017,**<br>**1/2018** | **$23,950.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Transport** |

Debtor    **Mountain Crane Service LLC**                                          Case number *(if known)*    **18-20225**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.22. **Direct Capital** PO Box 856502 Minneapolis, MN 55485 | 11/2017-1/2018 | $7,179.45 | ☐ Secured debt ☑ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.23. **Everbank Commercial Finance** 10 Waterview Blvd Parsippany, NJ 07054 | 11/2017-12/2017 | $102,315.30 | ☑ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.24. **First National Bank of Layton** 12 S Main Layton, UT 84041 | 11/2017-1/2018 | $109,464.82 | ☑ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.25. **Fleet Cost & Care** 865 S Fort St Detroit, MI 48217 | 12/2017 | $41,192.85 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **Dues and subscriptions** |
| 3.26. **Gulf Special Services, Inc** 7455 Cullen Blvd Houston, TX 77051 | 11/20/2017 | $47,088.75 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **Equipment rental Lien rights satisfied by payment** |
| 3.27. **Hincklease** 2305 S Presidents Dr #F Salt Lake City, UT 84120 | 11/2017-12/2017 | $16,370.37 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **Truck rentals** |
| 3.28. **Hogan Corp Services** 520 Business Hub Belgrade, MT 59714 | 10/2017-11/2017 | $77,696.25 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **Subcontractor** |

| Debtor | **Mountain Crane Service LLC** | | | Case number *(if known)*  **18-20225** |
|---|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.29. | **Idaho Dept. of Labor**<br>317 W Main St<br>Boise, ID 83735 | 10/2017-1/2018 | $8,878.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Taxes** |
| 3.30. | **Intermountain Ironworkers' Trust**<br>PO Box 30124<br>Salt Lake City, UT 84130 | 10/2017-12/2017 | $79,938.95 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Union dues** |
| 3.31. | **Jack Abbott**<br>553 Lake Dr<br>Harlingen, TX 78550 | 11/15/2017 | $7,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Damage** |
| 3.32. | **Johanson Engineering, Inc.**<br>PO Box 112311<br>Salt Lake City, UT 84147 | 10/2017-11/2017 | $8,310.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Subcontractor** |
| 3.33. | **Jones Simkins, LLC**<br>560 S 300 E #250<br>Salt Lake City, UT 84111 | 11/2017 | $45,154.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Accounting fees** |
| 3.34. | **Jordan Federal Credit Union**<br>9250 S Redwood Rd<br>West Jordan, UT 84088 | 10/2017-12/2017 | $7,901.78 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.35. | **Juniper Tanks LLC**<br>PO Box 3192<br>Carlsbad, NM 88221 | 11/27/2017 | $12,190.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Equipment rental** |
| 3.36. | **Kenworth Sales Co., Inc.**<br>PO Box 27088<br>Salt Lake City, UT 84127-0088 | 10/2017-1/2018 | $22,527.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Parts** |

Debtor    **Mountain Crane Service LLC**                                Case number *(if known)*   **18-20225**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.37. **Luis Aguilar** 3270 W Lemay Ave Salt Lake City, UT 84119 | 11/2017-1/20 18 | $22,804.56 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Reimbursements of operating expenses of the company advanced on personal credit cards** |
| 3.38. **Manitowoc Finance** PO Box 41601 Philadelphia, PA 19101-1601 | 10/2017, 12/2017 | $171,981.36 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.39. **Martin Guy Warr** 2173 N Heritage Dr Ogden, UT 84404 | 10/2017-1/20 18 | $7,311.93 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Reimbursements of operating expenses of the company advanced on personal credit cards** |
| 3.40. **Michigan Dept. of Treasury** Lansing, MI 48929 | 12/2017-1/20 18 | $6,982.95 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Taxes** |
| 3.41. **Montana Department of Revenue** PO Box 8021 Sam W. Mitchell Bldg 125 N Roberts Helena, MT 59604 | 10/2017-1/20 18 | $14,608.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Taxes** |
| 3.42. **Mountain America Credit Union** PO Box 9001 West Jordan, UT 84084 | 10/2017-12/2 017 | $37,575.63 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.43. **Mountain Heavy Transport** 393 S 2650 W Salt Lake City, UT 84104 | 10/23/2017 | $35,397.65 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Transport** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Mountain Crane Service LLC**                                              Case number (if known)    **18-20225**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.44. | **Oregon Department of Revenue**<br>PO Box 14260<br>955 Center Street NE<br>Salem, OR 97309 | **10/2017,<br>12/2017** | **$8,712.97** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.45. | **Pacific Office Automation Inc.**<br>14747 NW Greenbrier Pkwy<br>Beaverton, OR 97006 | **11/2017-1/20<br>18** | **$7,906.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Office equipment** |
| 3.46. | **Peoples Capital & Leasing**<br>PO Box 0254<br>Brattleboro, VT 05302 | **10/2017-11/2<br>017** | **$70,536.20** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.47. | **Performance Transport**<br>11408 Cactus<br>Bloomington, CA 92316 | **11/3/2017** | **$14,800.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Transport** |
| 3.48. | **Platt & Associates, Inc.**<br>1494 W South Jordan Pkwy<br>South Jordan, UT 84095 | **10/2017-11/2<br>017** | **$27,956.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Transport** |
| 3.49. | **Reynolds Rigging & Crane Service**<br>4981 Cake Pkwy<br>DeForest, WI 53532 | **11/2017,<br>1/2018** | **$207,380.54** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Equipment rental<br>Waived lien rights for payment** |
| 3.50. | **Robb Hebble**<br>3938 Cherry Lane<br>Medford, OR 97504 | **10/2017-1/20<br>18** | **$9,997.17** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Reimbursements of<br>operating expenses of the<br>company advanced on personal<br>credit cards** |

Debtor    **Mountain Crane Service LLC**                                        Case number *(if known)*  **18-20225**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.51. **Rocky Mountain Power**<br>PO Box 26000<br>Portland, OR 97256 | 11/2017-1/20 18 | $7,687.58 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Utilities** |
| 3.52. **Roll-Lift USA, Inc**<br>PO Box 2619<br>Dayton, TX 77535 | 10/2017-12/2 017 | $335,354.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Equipment rental Waived lien rights for payment** |
| 3.53. **Ryan L. Bingham**<br>3426 E 300 N<br>Rigby, ID 83442 | 10/2017-1/20 18 | $6,573.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Reimbursements of operating expenses of the company advanced on personal credit cards** |
| 3.54. **Ryan Oliverson**<br>1059 W Trimble Creek Dr<br>West Jordan, UT 84088 | 11/2017-12/2 017 | $22,561.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Reimbursements of operating expenses of the company advanced on personal credit cards** |
| 3.55. **Sabey Trucking, Inc.**<br>200 W Center St<br>Woodruff, UT 84086 | 11/3/2017 | $19,850.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Transport** |
| 3.56. **Salt Lake County Treasurer**<br>PO Box 410418<br>Salt Lake City, UT 84141 | 11/15/2017 | $30,766.35 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Taxes** |
| 3.57. **Scottrade Bank**<br>PO Box 956951<br>MO 63495 | 12/6/2017 | $23,386.77 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor    **Mountain Crane Service LLC**                                      Case number *(if known)*    **18-20225**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.58. | **SG Equipment Finance**<br>PO Box 74008025<br>Chicago, IL 60674 | **10/2017-12/2017** | **$279,089.28** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.59. | **Siemens Financial**<br>PO Box 2083<br>Carol Stream, IL 60132 | **10/2017-12/2017** | **$113,721.24** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.60. | **Signature Financial**<br>225 Broadhollow Rd #132 W<br>Melville, NY 11747 | **10/2017-11/2017** | **$42,197.76** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.61. | **South Texas Crane Service, Inc.**<br>PO Box 7616<br>Victoria, TX 77903 | **12/15/2017** | **$39,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Transport** |
| 3.62. | **Stephanie Lucas**<br>3783 W La Questa Ct<br>Salt Lake City, UT 84120 | **11/2017-12/2017** | **$12,443.31** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Reimbursements of operating expenses of the company advanced on personal credit cards** |
| 3.63. | **TCF Equipment Finance**<br>PO Box 77077<br>Minneapolis, MN 55480 | **10/31/2017** | **$9,815.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.64. | **Texas Comptroller of Public Accounts**<br>PO Box 149348<br>Austin, TX 78714 | **10/2017-11/2017** | **$23,720.83** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |

Debtor    **Mountain Crane Service LLC**                                             Case number *(if known)*   **18-20225**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.65<br>. | **Todd Chapman**<br>706 Parkway<br>North Salt Lake, UT 84054 | **10/2017-12/2<br>017** | **$6,470.18** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.66<br>. | **Trans Lease Inc.**<br>PO Box 172686<br>Denver, CO 80217 | **10/2017-12/2<br>017** | **$23,775.16** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.67<br>. | **Trinity Logistics Inc**<br>PO Box 62702<br>Baltimore, MD 21264-2702 | **10/2017-12/2<br>018** | **$84,280.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ **Transport** |
| 3.68<br>. | **US Logistics**<br>PO Box 14309<br>Cincinnati, OH 45250 | **10/2017-11/2<br>017** | **$25,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ **Transport** |
| 3.69<br>. | **Utah Dept. of Workforce Services**<br>PO Box 45288<br>Salt Lake City, UT 84145 | **10/2017,<br>1/2018** | **$17,660.06** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ **Taxes** |
| 3.70<br>. | **Utah State Tax Commission**<br>210 N 1950 W<br>Salt Lake City, UT 84134 | **10/2017-1/20<br>18** | **$151,913.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ **Taxes / Registration<br>fees** |
| 3.71<br>. | **Varilease**<br>6340 S 3000 E 4th Fl<br>Salt Lake City, UT 84121 | **11/21/2017** | **$14,658.06** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.72<br>. | **Verizon**<br>PO Box 660108<br>Dallas, TX 75266 | **11/2017-12/2<br>017** | **$34,338.42** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |

Debtor    **Mountain Crane Service LLC**                                         Case number (if known)  **18-20225**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.73. **Vern Belcher**<br>**5870 Silver Summit Pkwy**<br>**Park City, UT 84098** | **1/2017-12/20<br>17** | **$17,485.71** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Health Insurance<br>Stipend ($9,854.35); Truck<br>Stipend ($7,631.36)** |
| 3.74. **Washington Labor & Industries**<br>**PO Box 44000**<br>**Olympia, WA 98504** | **10/2017** | **$12,709.15** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Taxes** |
| 3.75. **Wells Fargo Equipment Finance**<br>**PO Box 856937**<br>**Minneapolis, MN 55485** | **12/1/2017** | **$52,688.98** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Equipment rental** |
| 3.76. **Wells Fargo Home Mortgage**<br>**PO Box 51965**<br>**Los Angeles, CA 90051** | **11/2017-1/20<br>18** | **$9,164.70** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.77. **Wyoming Dept. of Workforce Services**<br>**PO Box 2760**<br>**Casper, WY 82602** | **10/2017-1/20<br>18** | **$27,654.34** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Taxes** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Courtney Belcher**<br>**5359 W 11430 N**<br>**American Fork, UT 84003** | **11/2017-1/20<br>18** | **$74,302.93** | **Reimbursements of operating<br>expenses of the company<br>advanced on personal credit<br>cards** |
| 4.2. **David Belcher**<br>**5870 Silver Summit Pkwy**<br>**Park City, UT 84098**<br>**Member** | **1/2017-11/20<br>17** | **$292,910.51** | **Note ($22,190.64);<br>Reimbursements of operating<br>expenses of the company<br>advanced on personal credit<br>cards ($270,719.87)** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    **Mountain Crane Service LLC**                                                Case number *(if known)*  **18-20225**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.3.  **Infiniti Financial** | **5/2017-8/201 7** | **$4,189.60** | **Courtney Belcher - Vehicle** |
| 4.4.  **Jared Belcher** **5349 W 11430 N** **American Fork, UT 84003** | **1/2017-9/201 7** | **$69,362.14** | **Reimbursements of operating expenses of the company advanced on personal credit cards** |
| 4.5.  **Josh Chafin** **3028 S 1450 W** **Perry, UT 84302** **Chief Financial Officer** | **1/2017-9/201 7** | **$58,151.57** | **Reimbursements of operating expenses of the company advanced on personal credit cards** |
| 4.6.  **Joshua R. Martin** **987 E Tanglewood Rd** **Tooele, UT 84074** | **1/2017-1/201 8** | **$90,965.72** | **Reimbursements of operating expenses of the company advanced on personal credit cards** |
| 4.7.  **Lon Stam** **14443 Muirwood Cir** **Herriman, UT 84096** **Member** | **1/2017-12/20 17** | **$185,749.10** | **Reimbursements of operating expenses of the company advanced on personal credit cards** |
| 4.8.  **Paul Belcher** **5359 W Woodland Dr** **American Fork, UT 84003** **Member** | **3/2017-12/20 17** | **$796,834.86** | **Reimbursements of operating expenses of the company advanced on personal credit cards** |
| 4.9.  **Paul P. Burghardt** **Burghardt Law, PLLC** **Salt Lake City, UT** **Former General Counsel and Chief Business Officer** | **1/2017-10/20 17** | **$124,960.71** | **Reimbursements of operating expenses of the company advanced on personal credit cards** |
| 4.10 .  **Vern Belcher** **5870 Silver Summit Pkwy** **Park City, UT 84098** **Member** | **1/2017-12/20 17** | **$32,879.39** | **Reimbursements of operating expenses of the company advanced on personal credit cards** |

5.    **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Everbank** **10 Waterview Boulevard** **Parsippany, NJ 07054** | **2012 Terex RT230 (value $115,000)** **2012 Terex RT230 (value $115,000)** **2012 Terex RT345-1XL (value $140,000)** **2012 Terex RT345-1XL (value $140,000)** **2012 Terex RT345-1XL (value $145,000)** **2001 Terex RT-555-1 (value $160,000)** | **3/9/2017** | **$815,000.00** |

6.    **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

Debtor    **Mountain Crane Service LLC**                                    Case number *(if known)*  **18-20225**

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Bigge**<br>10700 Bigge Ave<br>San Leandro, CA 94577 | **Offset amounts owed to Debtor with amounts owed by Debtor  (note: value in cranes)**<br>Last 4 digits of account number: _____ | 1/5/2018 | $301,267.77 |
| **Bronson Crane and Rigging**<br>PO Box 2048<br>West Jordan, UT 84084 | **Offset amounts owed to Debtor with amounts owed by Debtor (note: lien waiver)**<br>Last 4 digits of account number: _____ | 11/27/2017 | $7,693.20 |
| **Chuck Hogan**<br>520 Business Hub<br>Belgrade, MT 59714 | **Debtor's customer paid a vendor in lieu of amounts due Debtor (note: lien waiver)**<br>Last 4 digits of account number: _____ | 10/31/2017 | $9,890.00 |
| **Mountain Heavy Transport**<br>393 S 2650 W<br>Salt Lake City, UT 84104 | **Offset amounts owed to Debtor with amounts owed by Debtor**<br>Last 4 digits of account number: _____ | 11/12/2017 | $391,321.57 |
| **Platt & Associates, Inc.**<br>1494 W South Jordan Pkwy<br>South Jordan, UT 84095 | **Offset amounts owed to Debtor with amounts owed by Debtor**<br>Last 4 digits of account number: _____ | 11/28/2017 | $58,009.06 |
| **R&O** | **Offset amounts owed to Debtor with amounts owed by Debtor**<br>Last 4 digits of account number: _____ | 10/30/2017 | $10,715.63 |
| **TSA** | **Offset amounts owed to Debtor with amounts owed by Debtor**<br>Last 4 digits of account number: _____ | 11/16/2017 | $19,850.96 |

**Part 3:**    **Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Amaris Robles**<br>**v.**<br>**Mountain Crane Service LLC, et al.**<br>**160902303** | **Personal Injury** | **Third Judicial District Court**<br>**Salt Lake County, State of Utah**<br>**PO Box 1860**<br>**450 S State St**<br>**Salt Lake City, UT 84114** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **Anthony Osbahr, Angie Osbahr and Keith Joel Osbahr**<br>**v.**<br>**Mountain Crane Service LLC**<br>**170901390** | **Wrongful Death Dismissed With Prejudice**<br>**5/10/2017** | **Third Judicial District Court**<br>**Salt Lake County, State of Utah**<br>**PO Box 1860**<br>**450 S State St**<br>**Salt Lake City, UT 84114** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor     **Mountain Crane Service LLC**                                                   Case number *(if known)*  **18-20225**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Cintas**<br>**v.**<br>**Mountain Crane Service LLC**<br>**179912204** | **Debt Collection** | **Third Judicial District Court**<br>**Salt Lake County, State of**<br>**Utah**<br>**PO Box 1860**<br>**450 S State St**<br>**Salt Lake City, UT 84114** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **CIT Bank NA**<br>**v.**<br>**Mountain Crane Service LLC,**<br>**et al.**<br>**170907417** | **Contracts** | **Third Judicial District Court**<br>**Salt Lake County, State of**<br>**Utah**<br>**PO Box 1860**<br>**450 S State St**<br>**Salt Lake City, UT 84114** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Continental Bank**<br>**v.**<br>**Mountain Crane**<br>**170907195** | **Contracts** | **Third Judicial District Court**<br>**Salt Lake County, State of**<br>**Utah**<br>**PO Box 1860**<br>**450 S State St**<br>**Salt Lake City, UT 84114** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Freight Tec Management**<br>**Group I**<br>**v.**<br>**Mountain Crane Service LLC**<br>**160905562** | **Contracts**<br>**Dismissed**<br>**10/31/2016** | **Third Judicial District Court**<br>**Salt Lake County, State of**<br>**Utah**<br>**PO Box 1860**<br>**450 S State St**<br>**Salt Lake City, UT 84114** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | **Gunslinger For You LLC**<br>**v.**<br>**Mountain Crane Service**<br>**178900044** | **Small Claims** | **Utah District** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. | **H&E Equipment Services Inc**<br>**v.**<br>**Mountain Crane Service LLC,**<br>**et al.**<br>**3:17-CV-02444-N** | **Contracts: Other,**<br>**Contract (190),**<br>**Contracts, Other**<br>**Contract** | **United States District Court**<br>**Northern District of Texas**<br>**(Dallas)**<br>**Earle Cabell Federal**<br>**Building**<br>**1100 Commerce St**<br>**Dallas, TX 75242** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Hotsy of Okla. Inc.**<br>**v.**<br>**Mountain Crane Service**<br>**CS-2017-637** | **Contracts**<br>**Breach of**<br>**Contract** | **Oklahoma District** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Jackson Group Peterbilt**<br>**v.**<br>**Mountain Crane Service LLC**<br>**179912203** | **Debt Collection** | **Third Judicial District Court**<br>**Salt Lake County, State of**<br>**Utah**<br>**PO Box 1860**<br>**450 S State St**<br>**Salt Lake City, UT 84114** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Mountain Crane Service LLC**

Case number *(if known)*    **18-20225**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.11. | **Michael R. Fanning**<br>**v.**<br>**Mountain Crane Service, LLC**<br>**1:17-CV-02454-RC** | **Labor: Employee Retirement Income Security Act (ERISA) (79 1), Labor & Employment, ERISA** | **United States District Court District of Columbia (Washington, DC)**<br>**333 Constitution Avenue NW**<br>**Room 1225**<br>**Washington, DC 20001** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **Monson Construction**<br>**v.**<br>**Mountain Crane Service LLC, et al.**<br>**170901390** | **Civil**<br>**Dismissed With Prejudice**<br>**5/25/2017** | **Third Judicial District Court Salt Lake County, State of Utah**<br>**PO Box 1860**<br>**450 S State St**<br>**Salt Lake City, UT 84114** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.13. | **Mountain Crane Service**<br>**v.**<br>**Erix Crane & Rigging and AGCS Marine Insurance**<br>**2:17-CV-01051-CW-DBP** | **Contracts: Other, Contract (190), Contracts, Other Contract** | **United States District Court District of Utah (Central)**<br>**351 S West Temple**<br>**Salt Lake City, UT 84101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | **Mountain Crane Service LLC**<br>**v.**<br>**Erix Crane & Rigging Inc. and AGCS Marine Insurance Company**<br>**170905251** | **Contracts** | **Third Judicial District Court Salt Lake County, State of Utah**<br>**PO Box 1860**<br>**450 S State St**<br>**Salt Lake City, UT 84114** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | **Mountain Crane Service, LLC**<br>**v.**<br>**Hedquist Construction, Inc. and United Fire & Casualty Company**<br>**CV-103523** | **Civil** | **Seventh Judicial District Court Natrona County, State of Wyoming**<br>**115 N Center #100**<br>**Casper, WY 82601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | **Mountain Crane Service LLC**<br>**v.**<br>**T&C Industries LLC, Tobin Warren and Fernando Leija**<br>**130907431** | **Contracts**<br>**Judgment Entered**<br>**7/29/2014** | **Third Judicial District Court Salt Lake County, State of Utah**<br>**PO Box 1860**<br>**450 S State St**<br>**Salt Lake City, UT 84114** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | **Plant Performance Services LL, P2S LLC and EMerald OV LTD**<br>**v.**<br>**Mountain Crane Service LLC, et al.**<br>**160907572** | **Contracts** | **Third Judicial District Court Salt Lake County, State of Utah**<br>**PO Box 1860**<br>**450 S State St**<br>**Salt Lake City, UT 84114** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Mountain Crane Service LLC**                                    Case number *(if known)*    **18-20225**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.18. | **Trustees of the Operating Engineers' Trust Funds, Pension Trust Fund, Hawaii Health and Welfare Trust Fund for Operating Engineers, Hawaii Operating Engineers Annuity Trust Fund, Operating Engineers and Participating Employers Pre Apprentice, Apprentice and Journeyman Affirmation Action Training Fund for Hawaii, Operating Engineers Industry Stabilization Trust Fund, Operating Engineers Local Union No. 3 Vacation, Holiday and Sick Pay Trust Fund**<br>**v.**<br>**Mountain Crane Services**<br>**1:18-CV-00006-ACK-KSC** | **Labor: Employee Retirement Income Security Act (ERISA) (79 1), Labor & Employment, ERISA** | **United States District Court District of Hawaii (Hawaii) 300 Ala Moana Blvd C-338 Honolulu, HI 96850** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | **Utah Occupational Safety and Health Division**<br>**v.**<br>**Mountain Crane Services, LLC**<br>**531120328** | **Labor** | **State of Utah - Labor Commission Division of Adjudication PO Box 146615 160 E 300 S, 3rd Fl Salt Lake City, UT 84114** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. | **Utah State Tax Commission**<br>**v.**<br>**Mountain Crane Service LLC**<br>**176913585** | **Tax Lien Judgment Set Aside** | **Third Judicial District Court Salt Lake County, State of Utah PO Box 1860 450 S State St Salt Lake City, UT 84114** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21. | **Utah State Tax Commission**<br>**v.**<br>**Mountain Crane Service LLC**<br>**176914293** | **Tax Lien Judgment Set Aside** | **Third Judicial District Court Salt Lake County, State of Utah PO Box 1860 450 S State St Salt Lake City, UT 84114** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22. | **Utah State Tax Commission**<br>**v.**<br>**Mountain Crane Service LLC**<br>**176914337** | **Tax Lien Judgment Set Aside** | **Third Judicial District Court Salt Lake County, State of Utah PO Box 1860 450 S State St Salt Lake City, UT 84114** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.23. | **Washington State of Labor and Industries**<br>**v.**<br>**Mountain Crane**<br>**7-2-00320-4** | **Tax** | **Washington Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor    **Mountain Crane Service LLC**                                                      Case number *(if known)*  **18-20225**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.24. | **Wells Fargo Equipment Finance**<br>**v.**<br>**Mountain Crane Service**<br>**170907030** | **Contracts** | **Third Judicial District Court**<br>**Salt Lake County, State of Utah**<br>**PO Box 1860**<br>**450 S State St**<br>**Salt Lake City, UT 84114** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.25. | **Western Heavy Haul**<br>**v.**<br>**Mountain Crane Services** | | **State of Oregon** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Allison Tuft**<br>**10058 Pinehurst Dr**<br>**Sandy, UT 84092** | **Wedding present** | **6/8/2016** | **$1,000.00** |
| | Recipients relationship to debtor | | | |
| 9.2. | **National Wild Turkey Federation**<br>**770 Augusta Rd**<br>**Edgefield, SC 29824** | **Charitable Donation** | **2/9/2016** | **$1,000.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.3. | **Cambodia Jobs Foundation**<br>**355 S Alpine Dr**<br>**Alpine, UT 84004** | **Charitable Donation** | **8/31/2016** | **$10,000.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.4. | **Turkey Box Fund**<br>**2760 S Bellin Rd**<br>**Idaho Falls, ID 83402** | **Charitable Donation**<br>**Turkey Box Lunch** | **11/9/2016** | **$4,326.00** |
| | Recipients relationship to debtor<br>**None** | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Mountain Crane Service LLC**                                   Case number *(if known)*  **18-20225**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.5. | **Central Wyoming College**<br>**2660 Peck Ave**<br>**Riverton, WY 82501** | **Charitable Donation** | **2/23/2017** | **$1,000.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.6. | **Brigham Young University**<br>**Provo, UT** | **Charitable Donation**<br>**Scholarship Fund** | **3/24/2017** | **$25,000.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.7. | **University of Utah**<br>**201 Presidents Cir**<br>**Salt Lake City, UT 84112** | **Charitable Donation**<br>**Scholarship Fund** | **3/24/2017** | **$10,350.00** |
| | Recipients relationship to debtor<br>**None** | | | |

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Wire fraud for $157,800** | **Recovered $87,771.60** | **2/15/2017** | **$70,028.40** |

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Clyde Snow** | **Attorney's fees and costs** | **11/2/2016-1/5/2018** | **$93,118.81** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

| Debtor | **Mountain Crane Service LLC** | Case number *(if known)* **18-20225** |
|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Cohne Kinghorn, P.C.**<br>**111 E. Broadway, 11th Floor**<br>**Salt Lake City, UT 84111**<br><br>**Email or website address**<br>**mboley@cohnekinghorn.com**<br><br>**Who made the payment, if not debtor?** | **Attorney's fees and costs** | **9/2017-1/20 18** | **$16,920.70** |
| 11.3. | **Rocky Mountain Advisory LLC**<br>**215 S State St #550**<br>**Salt Lake City, UT 84111**<br><br>**Email or website address**<br><br>**Who made the payment, if not debtor?** | **Accounting fees and costs** | **8/2017-12/2 017** | **$14,649.95** |
| 11.4. | **United States Bankruptcy Court**<br>**for the District of Utah**<br>**350 S Main #350**<br>**Salt Lake City, UT 84101**<br><br>**Email or website address**<br><br>**Who made the payment, if not debtor?** | **Filing fee** | **1/12/2018** | **$1,717.00** |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

Debtor    **Mountain Crane Service LLC**                                    Case number *(if known)*    **18-20225**

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 . | **Manitowoc Finance PO Box 41601 Philadelphia, PA 19101-1601** | **2000 Manitowoc 777 S/N 7771086 Transferred in full satisfaction of operating lease deficeincy balance** | **12/20/2017** | **$250,000.00** |
| | Relationship to debtor **Creditor** | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **PO Box 990 Riverton, UT 84065** | |
| 14.2. | **4115 Atkinson Avenue Park City, UT 84098** | |

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

**Tax identification numbers**

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **401k plan started during 2015** | EIN: |

---

Debtor    **Mountain Crane Service LLC**                                       Case number *(if known)*    **18-20225**

Has the plan been terminated?

■ No
☐ Yes

■ No Go to Part 10.
☐ Yes. Fill in below:
■ No Go to Part 10.
☐ Yes. Fill in below:

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **First National Bank of Layton**<br>**PO Box 248**<br>**12 South Main**<br>**Layton, UT 84041** | **XXXX-9601** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **4/4/2017** | **$36,791.45** |
| 18.2. | **First National Bank of Layton**<br>**PO Box 248**<br>**12 South Main**<br>**Layton, UT 84041** | **XXXX-2311** | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other__ | **2/22/2017** | **$3,737.42** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Mountain Crane Services LLC**<br>**393 S Monterey St**<br>**Salt Lake City, UT 84104** | **All members of the Debtor and Josh Chafin** | **Petty cash** | ☐ No<br>■ Yes |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

Debtor    **Mountain Crane Service LLC**                              Case number *(if known)*  **18-20225**

---

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

| Part 12: | Details About Environment Information |
| --- | --- |

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
| --- | --- |

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |
| 25.1.    **Bakken Crane Service, LLC**<br>**393 S 2650 W**<br>**Salt Lake City, UT 84104** | **North Dakota Crane Rental (operations ceased in 12/2012, but expenses and asset liquidation extended into 2015)** | **EIN:**<br><br>**From-To   6/2011-12/2012** |

---

Debtor    **Mountain Crane Service LLC**                                      Case number *(if known)*  **18-20225**

| Business name address | Describe the nature of the business | Employer Identification number |
| --- | --- | --- |
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.2.  **J & S Equipment Leasing, LLC**<br>**5664 S Green Street**<br>**Salt Lake City, UT 84123** | **Equipment Leasing** | EIN:<br><br>From-To  1/2009-12/2013 |
| 25.3.  **MC Wyoming, LLC**<br>**393 S 2650 W**<br>**Salt Lake City, UT 84104** | **Wyoming Labor** | EIN:  **46-3475764**<br><br>From-To  **8/2013-Present** |
| 25.4.  **Mighty Crane Service, LLC**<br>**393 S 2650 W**<br>**Salt Lake City, UT 84104** | **Nevada Crane Rental** | EIN:  **20-8220794**<br><br>From-To  **1/2007-12/2013** |
| 25.5.  **Mountain Crane Canada, Inc.**<br>**393 S 2650 W**<br>**Salt Lake City, UT 84104** | **Canada Crane Rental** | EIN:  **Not Applicable**<br><br>From-To  **11/2013-operations ceased in 2014** |
| 25.6.  **Mountain Heavy Transport, LLC**<br>**393 S 2650 W**<br>**Salt Lake City, UT 84104** | **For-Hire Trucking** | EIN:  **47-2854779**<br><br>From-To  **1/2015-Present** |
| 25.7.  **Mountain National Crane Rental, LLC.**<br>**393 S 2650 W**<br>**Salt Lake City, UT 84104** | **National Crane Sales** | EIN:  **26-2607966**<br><br>From-To  **5/2008-12/2013** |
| 25.8.  **Mountain National Heavy Haul, LLC**<br>**393 S 2650 W**<br>**Salt Lake City, UT 84104** | **Equipment Registration** | EIN:  **26-3948207**<br><br>From-To  **12/2008-Present** |
| 25.9.  **Mountain Transport, LLC**<br>**393 S 2650 W**<br>**Salt Lake City, UT 84104** | **Non-Union Labor** | EIN:  **26-2693575**<br><br>From-To  **5/2008-Present** |
| 25.10.  **MTN Wind**<br>**393 S 2650 W**<br>**Salt Lake City, UT 84104** | **Wind Tower Erection** | EIN:  **81-3584458**<br><br>From-To  **8/2016-3/2017** |
| 25.11.  **PC Land Holdings, LLC**<br>**393 S 2650 W**<br>**Salt Lake City, UT 84104** | **Real Estate** | EIN:  **14-1992916**<br><br>From-To  **11/2005-Present** |
| 25.12.  **Reach Higher Holdings, LLC**<br>**393 S 2650 W**<br>**Salt Lake City, UT 84104** | **Towing  1/18/2011** | EIN:  **27-4574879**<br><br>From-To  **1/2011 until interest was sold back to Dan Smith** |

Debtor    **Mountain Crane Service LLC**

Case number *(if known)* **18-20225**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.13. | **Reaching Higher LLC**<br>393 S 2650 W<br>Salt Lake City, UT 84104 | **Aviation** | EIN: **81-1099541**<br><br>From-To **8/2015-Present** |
| 25.14. | **Schuch Mountain Holdings, LLC**<br>393 S 2650 W<br>Salt Lake City, UT 84104 | **Leasing Company** | EIN: **47-5266906**<br><br>From-To **10/2015-Present** |
| 25.15. | **Style-Crete, Inc.**<br>393 S 2650 W<br>Salt Lake City, UT 84104 | **Real Estate** | EIN: **87-0220243**<br><br>From-To **11/2011-Present** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | **Alison Tuft**<br>10058 Pinehurst Dr<br>Sandy, UT 84092 | **3/2014-10/2016**<br>**(Former employee)** |
| 26a.2. | **Amber Hauber**<br>7531 Tam Dr<br>Magna, UT 84044 | **2/2017-present**<br>**(Current employee)** |
| 26a.3. | **Andrew Wolfgramm**<br>1295 E Millbrooke Way<br>Bountiful, UT 84010 | **1/2012-present**<br>**(Current employee)** |
| 26a.4. | **Ashely Lewis**<br>4138 W 3800 S<br>Salt Lake City, UT 84120 | **9/2015-present**<br>**(Current employee)** |
| 26a.5. | **Ashlee Loscher**<br>929 W California Ave<br>Salt Lake City, UT 84120 | **5/2017-12/2017**<br>**(Former employee)** |
| 26a.6. | **Casi Zamudio**<br>3141 Alsace Way<br>Salt Lake City, UT 84119 | **12/2017-present**<br>**(Current employee)** |
| 26a.7. | **Cole Neeley**<br>580 E 1030 N<br>Pleasant Grove, UT 84062 | **6/2016-8/2017**<br>**(Former employee)** |
| 26a.8. | **Coleton Stam**<br>14443 Muirwood Cir<br>Herriman, UT 84096 | **9/2011-8/2016**<br>**(Former employee)** |
| 26a.9. | **Courtney Belcher**<br>5359 W Woodland Dr<br>American Fork, UT 84003 | **2/2013-present**<br>**(Current employee)** |
| 26a.10. | **Dallin Watson**<br>866 N Timber Dr<br>Lehi, UT 84043 | **7/2017-present**<br>**(Current employee)** |

Debtor    **Mountain Crane Service LLC**                                    Case number *(if known)*  **18-20225**

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.11.  **Elizabeth Anderson**<br>HC 63 Box 270085<br>Fruitland, UT 84027 | **1/2015-present<br>(Current employee)** |
| 26a.12.  **Garrett Blood**<br>5468 N Bear Ridge Way<br>Lehi, UT 84043 | **9/2013-4/2016<br>(Former employee)** |
| 26a.13.  **Glenda Matthews**<br>607 E Kensington Ave<br>Salt Lake City, UT 84105 | **2/2016-present<br>(Current employee)** |
| 26a.14.  **Jairus White**<br>958 Bronco Dr<br>Spring Creek, NV 89815 | **1/2017-4/2017<br>(Former employee)** |
| 26a.15.  **Jared Belcher**<br>5349 W 11430 N<br>American Fork, UT 84003 | **5/2009-present<br>(Current employee)** |
| 26a.16.  **Jazmine Beeny**<br>27 E Gilbride Ave #220<br>Salt Lake City, UT 84107 | **10/2016-8/2017<br>(Former employee)** |
| 26a.17.  **Jelina Petzinger**<br>**Digitek**<br>2487 S Gilbert Rd #106-412<br>Gilbert, AZ 85295 | **2015-present<br>(Consultant)** |
| 26a.18.  **Josh Chafin**<br>3028 S 1450 W<br>Perry, UT 84302 | **5/2016-present<br>(Current employee)** |
| 26a.19.  **Katie Odom**<br>5006 E Broken Arrow Ln<br>Eagle Mountain, UT 84005 | **2/2017-10/2017<br>(Former employee)** |
| 26a.20.  **Kyle Walton**<br>237 12th St<br>Rawlins, WY 82301 | **12/2016-present<br>(Current employee)** |
| 26a.21.  **Loralee Hanson**<br>1473 Eastpoint Cir<br>Sandy, UT 84092 | **6/2016-present<br>(Former employee)** |
| 26a.22.  **Marie Neff**<br>14 E Sunrise Way<br>Farmington, UT 84025 | **2/2007-present<br>(Current employee)** |
| 26a.23.  **Michelle Allen**<br>1298 N 1700 W<br>Lehi, UT 84043 | **3/2014-present<br>(Current employee)** |
| 26a.24.  **NexGen - Fleet Cost and Care**<br>865 S Fort St<br>Detroit, MI 48217 | **2017-present<br>(Consultant)** |
| 26a.25.  **Ruth Hansen**<br>2530 W 12420 S<br>Riverton, UT 84065 | **10/2007-8/2016<br>(Former employee)** |
| 26a.26.  **Stephanie Lucas**<br>5032 S Rocky Rd<br>Salt Lake City, UT 84129 | **6/2014-present<br>(Current employee)** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor    **Mountain Crane Service LLC**                     Case number *(if known)*  **18-20225**

| Name and address | Date of service From-To |
|---|---|
| 26a.27.  **Talyssa Swan**<br>**2880 Olive Brook Cir**<br>**Magna, UT 84044** | **7/2017-present**<br>**(Current employee)** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Jones Simkins, LLC**<br>**560 S 300 E #250**<br>**Salt Lake City, UT 84111** | **2013-present**<br>**(Auditor/Tax**<br>**Professional)** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Amber Hauber**<br>**7531 Tam Dr**<br>**Magna, UT 84044** | |
| 26c.2.  **Andrew Wolfgramm**<br>**1295 E Millbrooke Way**<br>**Bountiful, UT 84010** | |
| 26c.3.  **Ashely Lewis**<br>**4138 W 3800 S**<br>**Salt Lake City, UT 84120** | |
| 26c.4.  **Casi Zamudio**<br>**3141 Alsace Way**<br>**Salt Lake City, UT 84119** | |
| 26c.5.  **Courtney Belcher**<br>**5359 W Woodland Dr**<br>**American Fork, UT 84003** | |
| 26c.6.  **Dallin Watson**<br>**866 N Timber Dr**<br>**Lehi, UT 84043** | |
| 26c.7.  **Elizabeth Anderson**<br>**HC 63 Box 270085**<br>**Fruitland, UT 84027** | |
| 26c.8.  **Glenda Matthews**<br>**607 E Kensington Ave**<br>**Salt Lake City, UT 84105** | |
| 26c.9.  **Jared Belcher**<br>**5349 W 11430 N**<br>**American Fork, UT 84003** | |
| 26c.10.  **Jelina Petzinger**<br>**Digitek**<br>**2487 S Gilbert Rd #106-412**<br>**Gilbert, AZ 85295** | |

Debtor    **Mountain Crane Service LLC**                                    Case number (if known)  **18-20225**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.11.  **Josh Chafin**<br>**3028 S 1450 W**<br>**Perry, UT 84302** | |
| 26c.12.  **Kyle Walton**<br>**237 12th St**<br>**Rawlins, WY 82301** | |
| 26c.13.  **Marie Neff**<br>**14 E Sunrise Way**<br>**Farmington, UT 84025** | |
| 26c.14.  **Michelle Allen**<br>**1298 N 1700 W**<br>**Lehi, UT 84043** | |
| 26c.15.  **NexGen - Fleet Cost and Care**<br>**865 S Fort St**<br>**Detroit, MI 48217** | |
| 26c.16.  **Shelby Murray**<br>**625 E Cherapple Dr**<br>**Orem, UT 84097** | |
| 26c.17.  **Stephanie Lucas**<br>**5032 S Rocky Rd**<br>**Salt Lake City, UT 84129** | |
| 26c.18.  **Talyssa Swan**<br>**2880 Olive Brook Cir**<br>**Magna, UT 84044** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Advantage Funding**<br>**1111 Marcus Ave St M27**<br>**New Hyde Park, NY 11042** |
| 26d.2.  **BBVA**<br>**2850 E Cambelback Rd #190B**<br>**Phoenix, AZ 85016** |
| 26d.3.  **Bigge/Galena**<br>**10700 Bigge Ave**<br>**San Leandro, CA 94577** |
| 26d.4.  **Calaway Capital Resources**<br>**1878 Ashley Ridge Rd**<br>**Sandy, UT 84092** |
| 26d.5.  **Cheuck Industrial**<br>**Unit C, Eth Floor**<br>**Charmill Center Hong Kong**<br>**85223779878** |
| 26d.6.  **CIT**<br>**155 Commerce Way**<br>**Portsmouth, NH 03801** |

Debtor    **Mountain Crane Service LLC**                                    Case number *(if known)*   **18-20225**

| Name and address |
| --- |

| 26d.7. | **Citizens Asset Finance**<br>**45 Dan Rd**<br>**Canton, MA 02021** |
| --- | --- |
| 26d.8. | **Clairvest**<br>**22 St. Clair Avenue East #1700**<br>**Toronto, Ontario, Canada, M4T 2S3** |
| 26d.9. | **Clyde Snow**<br>**201 S Main #1300**<br>**Salt Lake City, UT 84111** |
| 26d.10. | **Commercial Credit Group**<br>**9306 Windrush Dr**<br>**Spring, TX 77379** |
| 26d.11. | **Continental Bank**<br>**15 W South Temple #300**<br>**Salt Lake City, UT 84101** |
| 26d.12. | **Equify**<br>**777 Main St #3900**<br>**Fort Worth, TX 76102** |
| 26d.13. | **Everbank**<br>**390 S Woods Mill Rd #300**<br>**Chesterfield, MO 63017** |
| 26d.14. | **First National Bank of Layton**<br>**480 E 400 S**<br>**Salt Lake City, UT 84111** |
| 26d.15. | **Fortress Insurance**<br>**PO Box 165194**<br>**Salt Lake City, UT 84116** |
| 26d.16. | **Idaho Public Works Licensing Board**<br>**1090 E Watertower St #150M**<br>**Meridian, ID 83642** |
| 26d.17. | **Iron City Capital**<br>**100 Hazel Ln #300**<br>**Edgeworth, PA 15143** |
| 26d.18. | **Jacobs Engineering**<br>**707 17th St**<br>**Denver, CO 80202** |
| 26d.19. | **Kenworth Sales Co., Inc.**<br>**2125 S Constitution**<br>**Salt Lake City, UT 84119** |
| 26d.20. | **KLC Financial**<br>**3514 County Road 101**<br>**Minnetonka, MN 55345** |
| 26d.21. | **Manitowoc Finance**<br>**1111 Old Eagle School Rd**<br>**Wayne, PA 19087** |
| 26d.22. | **National Interstate**<br>**PO Box 547**<br>**Richfield, OH 44286** |

Debtor    **Mountain Crane Service LLC**                                      Case number *(if known)*  **18-20225**

| | Name and address |
|---|---|
| 26d.23. | **Nations Equipment Finance**<br>**501 Merritt Seven**<br>**Norwalk, CT 06851** |
| 26d.24. | **PacifiCorp**<br>**1407 W North Temple #210**<br>**Salt Lake City, UT 84116** |
| 26d.25. | **Peoples Capital**<br>**850 Main St, BC03/RC871**<br>**Bridgeport, CT 06604** |
| 26d.26. | **Richards Brandt Miller Nelson**<br>**299 S Main, 15th Fl**<br>**Salt Lake City, UT 84111** |
| 26d.27. | **SBG Capital**<br>**4939 W Ray Rd #4202**<br>**Chandler, AZ 85226** |
| 26d.28. | **Scottrade Bank**<br>**13075 Manchester Rd**<br>**Saint Louis, MO 63131** |
| 26d.29. | **SG Equipment Finance**<br>**Jersey City, NJ 07310** |
| 26d.30. | **Siemens Financial**<br>**PO Box 2083**<br>**301 Lindenwood Dr**<br>**Malvern, PA 19355** |
| 26d.31. | **Sterling Crane** |
| 26d.32. | **Sumitomo Mitsui Finance & Leasing Co.**<br>**2 Allen Ctr**<br>**1200 Smith St #1140**<br>**Houston, TX 77002** |
| 26d.33. | **TCF Bank**<br>**15450 S Outer Forty Dr #220**<br>**Chesterfield, MO 63017** |
| 26d.34. | **Terex Financial**<br>**200 Nyala Farm Rd**<br>**Westport, CT 06880** |
| 26d.35. | **Trans Lease Inc.**<br>**4475 E 74th Ave #103**<br>**Commerce City, CO 80022** |
| 26d.36. | **Utah CDC**<br>**5333 S Adams Ave #B**<br>**Ogden, UT 84405** |
| 26d.37. | **VFI**<br>**800 E Cottonwood Pkwy, 2nd Fl**<br>**Salt Lake City, UT 84121** |
| 26d.38. | **Wells Fargo Equipment Finance**<br>**600 S 4th St, 10th Fl**<br>**MAC N9300-100**<br>**Minneapolis, MN 55415** |

Debtor   **Mountain Crane Service LLC**
Case number *(if known)* **18-20225**

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Belcher | 5870 Silver Summit Pkwy Park City, UT 84098 | Member | 2.75% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jared Belcher | 5349 W 11430 N American Fork, UT 84003 | Chief Administrative Officer | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Josh Chafin | 3028 S 1450 W Perry, UT 84302 | Chief Financial Officer | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joshua R. Martin | 987 E Tanglewood Rd Tooele, UT 84074 | Chief Sales Officer | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lon Stam | 14443 S Muirwood Cir Herriman, UT 84096 | Member | 2.75% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Paul Belcher | 5359 W Woodland Dr American Fork, UT 84003 | Chief Executive Officer, President, Member | 91.75% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Vern Belcher | 5870 Silver Summit Pkwy Park City, UT 84098 | Member | 2.75% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Paul P. Burghardt | Burghardt Law, PLLC Salt Lake City, UT | Former General Counsel and Chief Business Officer | |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Debtor    **Mountain Crane Service LLC**                                    Case number *(if known)*    **18-20225**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐  No

■  Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **David Belcher**<br>**5870 Silver Summit Pkwy**<br>**Park City, UT 84098** | **$82,7559.40** | **1/2017-1/2018** | **Payroll** |
| | **Relationship to debtor**<br>**Member** | | | |
| 30.2. | **Jared Belcher**<br>**5349 W 11430 N**<br>**American Fork, UT 84003** | **$118,269.64** | **1/2017-1/2018** | **Payroll** |
| | **Relationship to debtor**<br>**Chief Adminstrative Officer** | | | |
| 30.3. | **Joshua Chafin**<br>**3028 S 1450 W**<br>**Perry, UT 84302** | **$89,721.20** | **1/2017-1/2018** | **Payroll** |
| | **Relationship to debtor**<br>**Chief Financial Officer** | | | |
| 30.4. | **Joshua R. Martin**<br>**987 E Tanglewood Rd**<br>**Tooele, UT 84074** | **$167,485.28** | **1/2017-1/2018** | **Payroll** |
| | **Relationship to debtor**<br>**Chief Sales Officer** | | | |
| 30.5. | **Lon Stam**<br>**14443 S Muirwood Cir**<br>**Herriman, UT 84096** | **$94,649.69** | **1/2017-1/2018** | **Payroll** |
| | **Relationship to debtor**<br>**Member** | | | |
| 30.6. | **Loralee Hanson**<br>**1473 Eastpoint Cir**<br>**Sandy, UT 84092** | **$11,671.13** | **1/2017-1/2018** | **Payroll** |
| | **Relationship to debtor**<br>**Bookkeeper** | | | |
| 30.7. | **Paul Belcher**<br>**5359 W Woodland Dr**<br>**American Fork, UT 84003** | **$160,979.48** | **1/2017-1/2018** | **Payroll** |
| | **Relationship to debtor**<br>**Member** | | | |

Debtor    **Mountain Crane Service LLC**

Case number *(if known)*    **18-20225**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.8. | **Paul P. Burghardt**<br>**Burghardt Law, PLLC**<br>**Salt Lake City, UT** | **$142,567.55** | **1/2017-11/2017** | **Payroll** |
| | **Relationship to debtor**<br>**Former General Counsel and**<br>**Chief Business Officer** | | | |
| 30.9. | **Vern Belcher**<br>**5870 Silver Summit Pkwy**<br>**Park City, UT 84098** | **$86,918.93** | **1/2017-1/2018** | **Payroll** |
| | **Relationship to debtor**<br>**Member** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Mountain Crane Service LLC** | **EIN:    83-0397847** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor **Mountain Crane Service LLC**      Case number *(if known)* **18-20225**

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____      **Paul Belcher**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Managing Member** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Mountain Crane Service LLC**                                    Case number *(if known)*  **18-20225**

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01-31-18

_____          **Paul Belcher**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor   **Managing Member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

---