2100 B (12/15)

# United States Bankruptcy Court

District of Utah
Case No. 18-20225
Chapter 11

In re: Debtor(s) (including Name and Address)

Mountain Crane Service, LLC
393 S 2650 W
Salt Lake City UT 84104

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/11/2019.

Name and Address of Alleged Transferor(s):

Claim No. : Sabey Trucking, Inc., 200 West Center Street, Woodruff, UT 84086

Name and Address of Transferee:

Big Bertha Equipment LLC
PO Box 1142
American Fork, UT 84003

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/13/19

David A. Sime
**CLERK OF THE COURT**

United States Bankruptcy Court
District of Utah

In re:  
Mountain Crane Service, LLC  
       Debtor

Case No. 18-20225-JTM  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 1088-2     User: andersonj     Page 1 of 1     Date Rcvd: Jul 11, 2019  
                 Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2019.  
10874173      Sabey Trucking, Inc.,   200 West Center Street,   Woodruff, UT 84086

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2019 at the address(es) listed below:  
NONE.                                              TOTAL: 0